**Paul Charles WESCH, Plaintiff,**

**Michael Figures, et al., Intervenors–Plaintiffs,**

**v.**

**Guy HUNT, et al., Defendants.**

**Civ. A. No. 91–0787.**

United States District Court,
S.D. Alabama, S.D.

March 9, 1992.

Judgment Affirmed May 18, 1992.

See 112 S.Ct. 1926.

David A. Boyett, III and Ferrell S. Anders, Mobile, Ala., for plaintiff.

Ronnie L. Williams, Mobile, Ala. and John H. England, Jr., Tuscaloosa, Ala., for intervenors-plaintiffs.

Algert S. Agricola, Jr., Mark Montiel, Montgomery, Ala., Michael A. Carvin, Washington, D.C., Ronald C. Forehand, Asst. Atty. Gen., Robert M. Givhan, Walter S. Turner, Office of Atty. Gen., Montgomery, Ala., James C. Wood, Mobile, Ala., Taylor D. Wilkins, Jr., Bay Minette, Ala., Jack Booker Weaver, Windell C. Owens, Monroeville, Ala., George W. Fendley, III, Camden, Ala., Bruce N. Wilson, Grove Hill, Ala. and Michael Onderdonk, Chatom, Ala., for defendants.

Devon Wiggins, pro se.

Gregory B. Stein, Henry Brewster, Mobile, Ala.

Jack Drake, Tuscaloosa, Ala.

## MEMORANDUM OPINION

Before COX, Circuit Judge, HAND, Senior District Judge, and ALBRITTON, District Judge.

BY THE COURT.

### INTRODUCTION

On September 23, 1991, Plaintiff Paul Charles Wesch brought this action seeking declaratory and injunctive relief against the Governor of Alabama, as well as other state officials, contending, *inter alia,* that the present State law defining congressional districts in the State of Alabama violates Art. I, § 2 of the Constitution. Based on 1990 census data, Wesch specifically alleges that if the 1992 congressional elections were to be held under the present districting plan, it would violate his right to the constitutionally mandated "one-person, one-vote" scheme of representation.

Pursuant to 28 U.S.C. § 2284(a), this three-judge court was convened. On December 9, 1991, Michael Figures and others, who assert a claim under the Voting Rights Act, 42 U.S.C. § 1973 *et seq.*, were granted leave to intervene. A two day trial was held.

Having considered the evidence and the post-trial submissions of the parties, the court enters the following findings of fact and conclusions of law.

### FINDINGS OF FACT

1. The Plaintiff Paul Charles Wesch is a citizen of the United States and is a resident and registered voter in the First Con-

gressional District of Alabama as presently configured.

2. The Intervenor–Plaintiffs, Michael Figures and others, are African–American citizens of the United States and the State of Alabama. They have been allowed to intervene in this litigation both on their own behalf and on behalf of all African–American citizens of the State of Alabama.

3. It was agreed by all parties, including the Plaintiff–Intervenors, that the complaint of intervention would proceed on an allegation that § 2 of the Voting Rights Act has been violated, insofar as the class represented by the intervenors had been denied meaningful access to the voting process that would allow them to elect candidates of their choice.

4. The court notes that the original complaint was filed in September, a fact known to the Plaintiff–Intervenors who chose not to intervene until December 4, 1991. Therefore, the Plaintiff–Intervenors were permitted to intervene only after they agreed to comply with all procedures and deadlines in place.

5. The Defendant Guy Hunt is the Governor of Alabama. The Defendant Billy Joe Camp is the Secretary of State of Alabama. The Defendants Lionel W. Noonan, Harry D'Olive, Devon Wiggins, Otha Lee Biggs, Jerry Bogan, Clarence Watters, and Tom W. Turner are the Probate Judges of the seven counties which presently comprise the First Congressional District of Alabama. All Defendants are sued both in their individual and official capacities. All Defendants have significant duties in the administration of congressional elections in Alabama.

6. This court advised the parties of its intent to employ Professor Harold W. Stanley as the court's expert to assist in considering any and all plans for redistricting that might be submitted, and to advise the court on the statistical issues in regard to any possible redistricting. The court extended to the parties the opportunity to state if there were any objections to the court's selection of this expert. No objections were filed. After the trial, the parties were also given the opportunity to object to the statistical information relied on by Professor Stanley, the same information underlying this order. No objections were filed.

7. In 1981, the Alabama Legislature enacted the current version of Ala.Code § 17–20–1 (1987), which divided the state into seven congressional districts. During 1990, the Bureau of the Census of the United States Department of Commerce conducted a census of the United States, including the State of Alabama, pursuant to constitutional authority. On January 16, 1991, the Clerk of the United States House of Representatives notified Governor Hunt that Alabama would retain seven seats in the House of Representatives following the 1990 census. (Statement of Agreed Facts and Exhibit A thereto.)

8. According to the 1990 census, Alabama's total population is 4,040,587 persons. In order to achieve exact population equality among each of Alabama's seven congressional districts, the ideal population of each district would be 577,227 persons. (Statement of Agreed Facts and Exhibit B thereto.)

9. Alabama's most populous congressional district is District 5, which has 603,726 persons. Accordingly, District 5 varies from the "ideal" population by 26,499 persons, or 4.59%. Alabama's least populous congressional district is District 6, which has 532,748 persons. Accordingly, District 6 varies from the "ideal" population by 44,479 persons, or 7.71%. The difference between the populations of the most populous and least populous districts is 70,978 persons, which constitutes a relative overall variance from the ideal population of 12.3%. (Statement of Agreed Facts, Exhibit B.)

10. African–Americans do not constitute a majority in any of Alabama's existing congressional districts. (Statement of Agreed Facts, Exhibit C.) However, according to the 1990 census data, the African–American population in Alabama is sufficiently compact and contiguous to permit the creation of a congressional district in which 65% or more of the residents are African–Americans. The parties agree

that such a district should be created. (Supplemental Stipulation filed January 3, 1992.)

11. On February 8, 1991, the Alabama Legislature received the 1990 census data on magnetic tape from the Bureau of Census, and this information was loaded, as received, into the computer system maintained by the Alabama Legislature's Permanent Joint Legislative Committee on Reapportionment ("Reapportionment Committee"). The population data in the Reapportionment Committee's computer data base is the official 1990 census data compiled and released by the Bureau of the Census and is accurate and reliable information for redistricting purposes. (Statement of Agreed Facts.) On July 15, 1991, the Secretary of Commerce advised that there would be no adjustment to the 1990 census figures as originally transmitted to the Alabama Legislature.

12. The total population of each existing congressional district is reflected in Appendix A to this opinion. The total population of each existing congressional district by race is reflected in Appendix B; the total population by race of each of Alabama's 67 counties is reflected in Appendix C; and the voting age population by race of each of the 67 counties is reflected in Appendix D. The names, dates when first elected, and home addresses of Alabama's incumbent congressmen are reflected in Appendix E.

13. On April 2, 1991, the Reapportionment Committee adopted a set of guidelines for redistricting. (Plaintiff's Exhibit 1; deposition of Marilyn Terry, pp. 24–25.) The Guidelines set forth a fair set of criteria for congressional redistricting. In addition to mandating compliance with population equality or the "one-person, one-vote" rule and the requirements of the Voting Rights Act, these guidelines included the following criteria:

3. All legislative and congressional districts will be composed of contiguous and reasonably compact geography.

4. Where possible, legislative and congressional districts should attempt to preserve communities of interest, including without limitation municipalities and concentrations of blacks and other ethnic minorities, where such efforts do not violate the other stated criteria.

5. Counties should be used as district building blocks where possible, and to the extent consistent with other aspects of these criteria.

a. Where county lines cannot be maintained, district boundaries should follow as closely as practicable the local voting precinct boundary lines in order to minimize voter confusion and cost of election administration.

b. Where voting precinct boundary lines cannot be followed and also meet the geographic guidelines as stated in this section, district lines must follow census block geography in order to maintain the integrity of the statistical analysis.

6. Efforts will be made to preserve cores of existing districts where such efforts are consistent with and do not violate the other criteria stated herein.

14. The Alabama Legislature adjourned its 1991 regular session on July 29, 1991, without enacting a congressional redistricting plan. (Statement of Agreed Facts, Paragraph 13.) It was argued that the Legislature might delay the primaries for congressional elections, allowing it time to adopt and have precleared a constitutional redistricting plan. If that were done, two primaries would have to be held, entailing added cost to the taxpayers.

15. By statute, Alabama's congressional primaries will be held June 2, 1992. The qualifying deadline for candidates is sixty days prior to the primary, or April 3, 1992.[1] In order for a legislatively-enacted congressional redistricting plan to receive the "preclearance" from the Justice Department required by § 5 of the Voting Rights Act, 42 U.S.C. § 1973c, in time for the April 3 qualifying deadline, such a plan should have been submitted to the Justice Department no later than February 3, 1992.

---

1. Ala.Code §§ 17–16–6 to –11 (Supp.1990).

16. Under Alabama law, the calling of special sessions of the Legislature is a discretionary call on the part of the Governor. Ala. Const. Art. V, § 122. The Governor's answer filed on October 29, 1991, indicated that the Governor did not plan to call a special session of the Legislature for the purposes of redistricting.

17. At the time this case was filed, this court considered it highly unlikely that the legislative process could produce a congressional redistricting plan and have it precleared in time for the 1992 congressional primaries to be held as scheduled. Nothing was presented to this court to indicate that the Legislature would convene for the purpose of adopting a plan of redistricting in time to be precleared for these elections. Nothing was presented to indicate that even if a special session was called for the purpose of considering redistricting, that a successful effort would follow, or that even if the Legislature was allowed to consider the matter after the regular term commenced on February 4, 1992, that a plan would be forthcoming, and if forthcoming, there would be time to have such plan precleared. The court considered this case on a fast track in light of the impending primary. All parties participating in this case were put on notice of this fact.

18. Consequently, the court finds that the only means by which Alabama's 1992 congressional primaries may be held in a timely manner (other than under the current districting scheme which, for reasons enumerated in the Conclusions of Law, the court rejects) is pursuant to an interim redistricting plan ordered by this court.

19. The parties have submitted six proposed redistricting plans to the court for its consideration: (1) the "Reed Plan," Plaintiff's Exhibits 3 and 7; (2) the "Sam Pierce Zero Plan," Plaintiff's Exhibits 2 and 6 (hereafter the "Pierce Plan"); (3) the "Hilliard Plan," Intervenors' Exhibits 3 and 3A; (4) the "Unity Plan," Intervenors' Exhibits 1 and 1A; (5) the "Modified Unity Plan," Intervenors' Exhibits 2 and 2A; and (6) the "CD25 Plan," Intervenors' Exhibits 4 and 4A.

20. Of the six plans submitted, only the Reed Plan was considered in its final form by the Reapportionment Committee. The Pierce Plan, however, is a modification of a plan called the "Larry Dixon Plan" which was considered by the Reapportionment Committee. The Pierce Plan modified the Larry Dixon Plan to some extent, but the basic format is similar. The Legislature of the State of Alabama created an Interim Task Force on Reapportionment by Act # 87–356. By Act $ 90–388 that task force became the staff to the Permanent Committee on Reapportionment of the Alabama Legislature. The task force scheduled a series of public hearings in regard to redistricting matters, and under the instructions given to the Reapportionment Committee, as set forth in the Guidelines for Legislative and Congressional Redistricting, the Reapportionment Committee meetings and public hearings were open to the public and all plans presented to the Reapportionment Committee were to be made available to the public for its input. These public meetings were held in accordance with the schedule outlined in the appendix to the motion to dissolve filed by Evans (Tab $ 14). Among those plans considered by the Reapportionment Committee, and one that apparently was to be presented to the Legislature, was the Larry Dixon Plan.

The Reapportionment Committee conducting the hearings was made up both African–Americans and Whites. Public input to the Reapportionment Committee in regard to the respective plans was from both African–Americans and Whites.

21. Neither The Pierce Plan nor the Larry Dixon Plan was adopted by the Alabama Legislature.

22. We take judicial notice of the fact that the Legislature has since adopted a plan which substantially differs from any plan that was submitted to this court. We also note the fact that the adopted Plan has neither been precleared by the Justice Department nor approved by the District Court for the District of Columbia.

23. Only two of the plans submitted—the Pierce Plan and the Reed Plan—achieve population equality among the districts.

Under the Pierce Plan two districts contain one person less than the ideal district population of 577,227. Under the Reed Plan, one district has two fewer voters than the ideal. The Hilliard Plan has a total deviation of .71% and an average deviation of .63%. The Modified Unity Plan shows a deviation of 1.6% with an average of .52%. The Unity Plan exhibits a total deviation of 1.15% and an average of .27%. Finally, the CD25 Plan has a deviation of .02%. Deviations in all these plans are not justified by any particular goal or interest.

24. Both the Pierce and Reed Plans contain a district with more than 65% African–American population. Under the Pierce Plan, District 7 contains an African–American population comprising 67.69% of the total residents of that District and 63.58% of that District's voting age residents. These percentages slightly exceed those in the majority African–American district (District 4) created by the Reed Plan: 66.-69% total population and 62.93% voting age population. (Plaintiff's Exhibits 2 and 3; TR 15–16.) More significantly, as of December 1990, the African–American percentage of registered voters in the Pierce Plan's District 7 was 55.55%, which is 3% greater than the African–American percentage of registered voters in the Reed Plan's District 4.

25. Both the Reed Plan and the Pierce Plan provide African–Americans in Alabama with a substantial majority so as to permit them an opportunity to elect a candidate of their choice. The district in the Pierce Plan is slightly more weighted because it includes higher percentages of African–Americans in total population, voting age population and registered voter population.

26. The Hilliard Plan includes two majority African–American districts, with an African–American population of 59.33%

and 61.98% respectively. Although this plan was submitted by the intervenors, they took the position that the Hilliard Plan probably provided obstacles of sufficient nature to cast doubt on their opportunity to elect candidates of their choice in these districts.

27. There are significant differences between the Pierce Plan and the Reed Plan in terms of compactness of their districts. District 1 of the Pierce Plan includes six closely contiguous counties in southwest Alabama, whereas District 1 under the Reed Plan includes Mobile County to the south and Tuscaloosa County to the north. District 2 under the Pierce Plan is largely composed of counties in the southeast corner of the state, while the Reed Plan's District 2 stretches from Mobile County, in the extreme southwest corner of the State, to Lee County, in east central Alabama. The Pierce Plan is superior to the Reed Plan in terms of compactness.[2]

28. The Pierce Plan maintains the integrity of individual voting precincts to a far greater degree than does the Reed Plan. The Pierce Plan splits only 10 voting precincts statewide, whereas the Reed Plan splits at least 57. (Plaintiff's Exhibits 2 and 3.) A redistricting plan should minimize precinct splitting when possible because of administrative problems encountered in the conduct of elections when precincts are split.

Furthermore, it is possible to construct a majority African–American district in Alabama using precincts as building blocks.

29. The Pierce Plan splits seven counties. The Reed Plan splits eight counties. The Hilliard Plan splits thirty-one counties.

30. The Pierce Plan also maintains the cores of existing districts to a much greater extent than the Reed Plan. Again, the most striking differences between the

**2.** The Reock Test indicates that the Reed Plan contains a district which is the *least* compact of any of the 35 districts analyzed by the Reapportionment Office. The Reed Plan's District 1 has a Reock Test measurement with less than 0.2 and by comparison, the average of the Pierce districts under the Reock Test is 0.41.

The Reock Test is a relatively simple method of measuring the relationship between the area of the district and the area of the smallest possible circumscribing circle. The resulting measure is a number between 1 to 0, with numbers closer to one being more compact. *See Karcher v. Dagget,* 462 U.S. 725, 756–57, 103 S.Ct. 2653, 2673–74, 77 L.Ed.2d 133 (1983).

plans in this regard are apparent in Districts 1 and 2. There are also significant differences in District 3. The following table reflects the percentage of residents of existing Districts 1, 2, and 3 who remain in those districts under the Pierce and Reed Plans:

| District | Pierce | Reed |
|----------|--------|------|
| 1 | 97.2 | 64.3 |
| 2 | 86.7 | 57.0 |
| 3 | 85.2 | 75.0 |

31. As a consequence of its apparent disregard for maintaining the cores of existing Districts 1 and 2, the Reed Plan would also separate the incumbent congressmen in those districts from a large percentage of their current constituents. Under the Reed Plan, Congressman Callahan, the incumbent in the present District 1, would be placed in District 2. (Plaintiff's Exhibit 20.) District 2 under the Reed Plan contains only 25.6% of Congressman Callahan's existing constituents. Likewise, the Reed Plan would place Congressman Dickinson, the present incumbent in District 2, in District 3 against District 3's incumbent, Congressman Browder. (Plaintiff's Exhibit 20.) 75.0% of the current residents of District 3—Congressman Browder's present constituents—are included in the Reed Plan's District 3. However, only 19.0% of Congressman Dickinson's present constituents are included in that District.

32. Another consequence of the Reed Plan's distortion of Districts 1 and 2 is that the Pierce Plan better preserves the communities of interests in those two districts.

## CONCLUSIONS OF LAW

33. The court has jurisdiction pursuant to the authority contained in 28 U.S.C. §§ 1331, 1343, 2284 and 42 U.S.C. § 1971 *et seq.*

34. Congressional redistricting is primarily and foremost a state legislative responsibility. It is therefore with great reluctance that we order an interim plan to become effective for the upcoming 1992 elections. It is out of deference to the Legislature that we have delayed our ruling until this time. In fact, we have afforded it every opportunity to fashion its own plan in order that it could fulfil its responsibility under the Constitution.[3]

35. Unfortunately, the Legislature has not yet precleared its adopted plan so that it can be in place for the impending elections, and we are bound by the Constitution not to permit these elections under the present districts.[4]

36. First and foremost, any court ordered redistricting plan must achieve precise population equality among its districts. *Wesberry v. Sanders,* 376 U.S. 1, 84 S.Ct. 526, 11 L.Ed.2d 481 (1964); *Kirkpatrick v. Preisler,* 394 U.S. 526, 89 S.Ct. 1225, 22 L.Ed.2d 519 (1969). This is to ensure that "as nearly as is practicable one man's vote in a congressional election will be worth as much as another's." *Wesberry,* 376 U.S. at

---

3. It was argued that the Legislature was unable to fulfill its obligation to redistrict because the census information it received in February 1991 might be subject to correction. This argument fails because the Supreme Court has previously indicated that the fact that the latest correction of the census is not available at the time the problem is addressed is of no moment to that effort. *Karcher v. Dagget,* 462 U.S. 725, 729, 103 S.Ct. 2653, 2657–58, 77 L.Ed.2d 133 (1983).

4. The Alabama law establishes the qualifying date for upcoming primary elections at April 3, 1992, and as noted *supra,* the ability of the Legislature to preclear its newly adopted plan appears illusory. Those who may desire to seek congressional office, and who must qualify by April 3, 1992, are left in a quandary as to what will be their district, when they are to qualify, when will the primaries actually be conducted, and, potentially, whether an election will be held at all. In addition to candidates being left in such a quandary, certain requirements of the law impact on the election officials, including the Probate Judges and others, who must conduct these elections. Lastly, the voters are impacted by the effect of potential delays as it affects the quality of their representation in the national legislature. For these reasons, this court finds that there is an emergency that requires judicial attention under the law in order to provide adequate relief for all affected, including the plaintiff. Since this is so, it becomes necessary for the court to consider an appropriate plan in light of the judicial standards imposed in drafting such plans as against those that might be considered by a legislature. *Chapman v. Meier,* 420 U.S. 1, 95 S.Ct. 751, 42 L.Ed.2d 766 (1975); *Connor v. Finch,* 431 U.S. 407, 97 S.Ct. 1828, 52 L.Ed.2d 465 (1977).

7–8, 84 S.Ct. at 530. Put another way, Art. I, § 2 prohibits any population deviations among districts in a congressional redistricting plan without proper justification. *Kirkpatrick,* 394 U.S. at 531, 89 S.Ct. at 1229.

37. Among the plans submitted, only two meet this rigorous standard [5]—the Pierce Plan and the Reed Plan. All the other plans which were submitted have unacceptable deviations. Further, none of the proponents of these plans provide an adequate justification for the deviation and we have "no authority to depart from the constitutional mandate of perfect equality in order to achieve some non-constitutional policy" that we believe will serve the public good.[6] *Connor,* 431 U.S. at 417, 97 S.Ct. at 1835.

■ 38. If it is possible under constitutional restrictions, a court should consider expressed state policies and preferences. The Reapportionment Committee established guidelines by which to measure a proposed apportionment plan. These guidelines reflect constitutional considerations established by case and statutory law. Any redistricting plan should take into consideration: compactness/contiguity; preservation of political subdivisions; maintenance of communities of interest; and preservation of the core areas of existing districts.

39. Compactness addresses the geographic shape of districts. The most compact district is the district that is configured in the smallest possible area. *See Karcher,* 462 U.S. at 756–57, 103 S.Ct. at 2673–74. Preservation of political subdivi-

sions promotes efficient representation, empowers a constituency's ability to organize productively, and serves as a deterrent to partisan gerrymandering. *Burton v. Hobbie,* 561 F.Supp. 1029, 1035 (M.D.Ala. 1983); *Ely v. Klahr,* 403 U.S. 108, 91 S.Ct. 1803, 29 L.Ed.2d 352 (1971). Protecting communities of interest is meant to keep intact "distinctive units which share common concerns with respect to one or more identifiable features such as geography, demography, ethnicity, culture, socio-economic status or trade." *Carstens v. Lamm,* 543 F.Supp. 68 (D.C.Colo.1982). Preserving cores of existing congressional districts prevents needless modifications and avoids pitting two incumbent congressmen against one another. *Karcher,* 462 U.S. at 740, 103 S.Ct. at 2663. Based on the findings made above, we conclude that the Pierce Plan better satisfies the above criteria than does the Reed Plan, or any of the other plans.

■ 40. With regard to the majority African–American district, the parties entered into the following stipulation:

According to 1990 data compiled and released by the United States Bureau of the Census, the African American population in the State of Alabama is sufficiently compact and contiguous to comprise a single member significant majority (65% or more) African American Congressional district. Consequently, all parties agree that a significant majority African American Congressional district should be created.

(Supplemental Stipulation dated January 3, 1992.) This stipulation avoided the necessi-

---

**5.** Precise population equality is a demanding standard requiring the states to "justify each variance no matter how small." *Karcher,* 462 U.S. at 730, 103 S.Ct. at 2658 (quoting *Kirkpatrick,* 394 U.S. at 530–31, 89 S.Ct. at 1229 (citations omitted)). *See Hastert v. State Bd. of Elections,* 777 F.Supp. 634 (N.D.Ill.1991) (rejecting a plan with a .00297% population deviation because the plan's proponent could not justify its equality inferiority in comparison with another submitted plan with a .00017% deviation).

The advancement of information processing technologies in the last decade since *Karcher* have raised the deviation standard to an "absolute population equality," giving greater authority to the Court's 1983 statement that "rapid

advances in computer technology and education during the last two decades make it relatively simply to draw contiguous districts of equal population and at the same time to further whatever secondary goals the state has." *Karcher,* 462 U.S. at 732, 103 S.Ct. at 2659.

**6.** Some of these parties argue that the population deviations in their plans can be zeroed out easily. This may be so, but we remind the parties that this type of computation is not this court's responsibility. If a party wishes to propose a plan for adoption by a court, then it is incumbent upon that party to fashion a plan that comports with the law.

ty of the court considering prolonged testimony regarding whether § 2 of the Voting Rights Act requires the creation of such a district under the circumstances present in this case. This court will honor the stipulation, and accordingly, will not make an independent determination of whether § 2 of the Voting Rights Act requires the creation of a majority African–American congressional district in Alabama at this time. The court has found that the Pierce Plan creates a majority African–American district that provides African–Americans a reasonable opportunity to elect a candidate of their choice, and does so without the need for extensive gerrymandering. The court deems it inappropriate to make a judicial determination relative to what § 2 requires under the circumstances present in this case in light of the stipulation; the parties do not contest the matter and therefore it would be imprudent for the court to address it. This case does not require this court to decide whether the creation of a majority African–American district is mandated by either § 2 or the Constitution and as a matter of judicial restraint we do not undertake to do so.

■ 41. Therefore, having followed the mandate in *Karcher*, while keeping in mind the desirability of preserving compactness, cores of all districts, communities of interest, and political subdivisions, we adopt the Pierce Plan except to the extent mentioned below.[7]

■ First, we have discovered no justifiable basis for the fact that the Pierce Plan places Congressman Erdreich and Congressman Harris in the same district. The Supreme Court has recognized the policy of "avoiding contests between incumbent representatives" as a legitimate objective. *Karcher*, 462 U.S. at 740, 103 S.Ct. at 2663. *See also Burton v. Hobbie*, 561 F.Supp. at

1035. Accordingly, we have modified the Pierce Plan so that the two congressmen will not be in the same district. Second, in working to achieve zero population deviation and redesign Districts 6 and 7, the affected districts were made marginally more compact in Jefferson and Tuscaloosa counties.

42. The court adopts a redistricting plan to be used in the conduct of congressional elections for the State of Alabama (to be called "The 1992 Alabama Redistricting Plan") in the event the Alabama Legislature fails to have precleared a redistricting plan in time for the conduct of those elections without delay under applicable state and federal laws. The plan is verbally described in Appendix A to Professor Stanley's report dated January 22, 1992. (*See* Order, Doc. #97). Appendix B to that report is a map depicting the plan. The map is appended simply to illustrate the plan, and Appendix A shall control in the event of any conflict between it and Appendix B. Appendix C to that report includes certain statistical data which the court finds to be accurate, none of the parties having posed objections to that data in response to this court's order.

■ 43. A motion pending seeks a stay of any order by this court adopting a plan pending preclearance. We have reserved ruling on the motion until now. We conclude that there is no requirement that the plan which we now adopt be precleared before it becomes operative.[8]

44. First, the plan that we now adopt is a "court decreed" plan. *Connor v. Johnson*, 402 U.S. 690, 91 S.Ct. 1760, 29 L.Ed.2d 268 (1971). It is clear that a plan must be precleared only if it is a "legislative plan." *McDaniel v. Sanchez*, 452 U.S. 130, 137, 101 S.Ct. 2224, 2229–30, 68 L.Ed.2d 724

---

7. When no plan submitted to a court fully comports with objectives and criteria that should be incorporated in a judicially approved plan, a court should fashion its own plan to satisfy relevant legal criteria and incorporate the most desirable aspects of the plans presented to the court. *Carstens v. Lamm*, 543 F.Supp. 68 (D.C.Colo.1982).

8. Section 5 of the Voting Rights Act, as amended, 42 U.S.C. § 1973c, requires a governmental body to obtain preclearance of a proposed plan either by securing a declaratory judgment from the United States District Court for the District of Columbia or by submitting the change to the Attorney General of the United States. As long as the Attorney General has not interposed an objection within sixty days after such submission, the state may enforce the change.

(1981). "[T]he essential characteristic of a legislative plan is the exercise of legislative judgment ... [that is], a proposal reflecting the policy choices of the elected representatives of the people...." *Id.* at 152–53, 101 S.Ct. at 2238. *See also* 28 C.F.R. § 51.18 (1991) (stating that, in general, "changes affecting voting that are ordered by a federal court are subject to the preclearance requirements of section 5 to the extent that they reflect the policy choices of the submitting authority.").

The plan which this court adopts today is substantially the same as the plan offered by Plaintiff Wesch. Neither he, nor the party he is affiliated with, can claim to be exercising legislative judgment. We are certain that the Pierce Plan does not reflect the policy choices of the elected representative of the people. *Cf. McDaniel v. Sanchez*, 452 U.S. 130, 101 S.Ct. 2224, 68 L.Ed.2d 724 (1981) (holding that a reapportionment plan submitted to a court by the *legislative body* of a covered jurisdiction was a legislative plan); *Campos v. City of Baytown, Texas*, 840 F.2d 1240 (5th Cir. 1988) (holding that plan proposed by *the city* was a legislative plan), *cert. denied*, 492 U.S. 905, 109 S.Ct. 3213, 106 L.Ed.2d 564 (1989); *Farnum v. Burns*, 561 F.Supp. 83, 92 (D.R.I.1983) (holding that plan drafted by a legislative consultant under the direction of the *legislative body* reflected the policy choices of the elected representative and was therefore a legislative plan).

45. Alternatively, it appears that the Legislature will not have a plan precleared in time to be in place for the April 3, 1992 qualifying deadline. For that reason, the situation calls for emergency action by this court. The Supreme Court acknowledged this exception to preclearance in *Upham v. Seamon*, 456 U.S. 37, 44, 102 S.Ct. 1518, 1522–23, 71 L.Ed.2d 725 (1982):

> It is true that we have authorized District Courts to order or to permit elections to be held pursuant to apportionment plans that do not in all respects measure up to the legal requirements, even constitutional requirements. Necessity has been the motivating factor in these situations. (citations omitted).

The Court later reaffirmed this exception in *McDaniel v. Sanchez*, 452 U.S. 130, 153 n. 35, 101 S.Ct. 2224, 2238 n. 35, 68 L.Ed.2d 724 (1981), noting the ample power of the district courts to fashion interim plans. *See also Burton v. Hobbie*, 561 F.Supp. at 1036 (recognizing the authority of a court to implement an interim plan so that an election can be held); 28 C.F.R. § 51.18(c) (1991) (acknowledging a federal court's authority to approve a plan without preclearance: "A federal court's authorization of the emergency interim use without preclearance of a voting change does not exempt from section 5 review any use of the practice not explicitly authorized by the court.").

For the foregoing reasons, the Motion is Denied.

46. We find that, at a minimum, district lines should become fixed one week prior to the April 3, 1992 qualifying date for candidates to allow both candidates and election officials the necessary time to evaluate them and choose their future conduct accordingly.

## CONCLUSION

■ Congressional redistricting is a state legislature's fundamental task, but it becomes a judicial duty when a legislature fails to adopt and preclear a plan after having adequate opportunity to do so.

At the time this opinion is released, it is reported, although evidence of such is not before the court, that the Alabama legislature has passed a redistricting plan. It is also reported that the plan has not received preclearance by the Attorney General of the United States under § 5 of the Voting Rights Act of 1965.

Since this court recognizes that congressional redistricting is properly a matter to be determined by the legislature and that the federal courts should intervene only if the legislature fails to act in a constitutional manner, the question arises: Why should the court not consider the legislature's belatedly adopted plan and, if it is found by the court to comply with constitutional and legal requirements, adopt this expression of the legislative will as the court's plan

and order it into effect immediately? The answer is that this court has no legal authority to do so.

Section 5 of the Voting Rights Act requires a legislative plan to be submitted to the Attorney General for approval before it can be put into effect. The Attorney General has a period of 60 days to study the plan and express any objections he might have to it or to any of its provisions.

The Supreme Court has made clear that this requirement of the Voting Rights Act cannot be put aside by having a legislative plan approved by a federal district court (other than the U.S. District Court for the District of Columbia). *McDaniel v. Sanchez*, 452 U.S. at 130, 101 S.Ct. at 2224; *United States v. Board of Supervisors*, 429 U.S. 642, 97 S.Ct. 833, 51 L.Ed.2d 106 (1977).

Thus, if we adopted the reported legislative plan, it would still be subject to the preclearance requirement, which might well require postponement of the primaries. This we are unwilling to do.

It should be clearly understood that this court does not wish to compete with the state legislature as to where congressional district lines should be drawn. It is, however, our responsibility to ensure that the voters of this state have the opportunity to choose their members of Congress from constitutionally drawn districts when elections are held at the time set by state law.

If the plan reportedly adopted by the legislature should be precleared by some expedited method no later than 12:00 noon, Central Time, March 27, 1992, one week before the statutory deadline for candidates to qualify to run, as set out herein, then that plan will take effect and those will be the congressional districts for the 1992 election. Otherwise, the legislature will have defaulted in its obligation to the people of the state and the plan described herein will take effect.

The plan adopted by this court shall become operative and controlling for the 1992 congressional elections. Additionally, it shall govern the conduct of congressional elections after 1992 unless and until the Legislature for the State of Alabama adopts a plan and has it precleared in time for such elections to proceed without delay under applicable law.

The court will by separate document enter judgment consistent with this opinion.

### FINAL JUDGMENT

It is ordered, adjudged, and decreed as follows:

1. It is declared that Ala.Code § 17–20–1 (1987), as it read prior to its amendment in 1992, if applied to congressional elections in 1992, violates Art. I, § 2 of the United States Constitution.

2. The defendants, individually, and their successors, agents, employees, attorneys, and those persons otherwise acting in concert or in participation with them who receive actual notice of this order, are ENJOINED from:

(a) conducting congressional elections in the State of Alabama under the districting plan heretofore established by Ala.Code § 17–20–1 (1987) as that section read prior to its 1992 amendment;

(b) failing to conduct congressional elections in 1992 in accordance with a redistricting plan adopted by this court and called "The 1992 Alabama Redistricting Plan," which is verbally described in Appendix A to this order. [Page 1512.] Appendix B to this order is a map depicting the plan. [Page 1582.] (The map is appended simply to illustrate the plan, and Appendix A shall control in the event of any conflict between it and Appendix B). Provided, however, that the injunction contained in this paragraph (b) shall not be effective if the Alabama Legislature duly enacts a redistricting plan for the conduct of congressional elections in 1992 and has the same precleared no later than 12:00 noon, Central Time, March 27, 1992; and

(c) failing to conduct congressional elections in calendar years after 1992 in accordance with the 1992 Alabama Redistricting Plan described in paragraph (b) above. Provided, however, that the injunction contained in this paragraph (c) shall not be effective in the event the Alabama Legisla-

ture duly enacts a redistricting plan and has the same precleared in accordance with federal law in time for congressional election to proceed without delay under then applicable state and federal law.

All the Judges concur.

## APPENDIX A

DB: ALABAMA

District Statistics
Total Populations, All Ages
Plan: Cong. Districts Gumby

Date: 11/21/91
Time: 12:11 p.m.
Page: 1

Plan type: CONGRESSIONAL DISTRICTS

| District Name | Number Members | Total Population | Ideal Population | District Variance | % District Variance |
|---|---|---|---|---|---|
| District 1 | 1 | 593,911 | 577,227 | 16,684 | 2.89% |
| District 2 | 1 | 569,423 | 577,227 | -7,804 | -1.35% |
| District 3 | 1 | 565,135 | 577,227 | -12,092 | -2.09% |
| District 4 | 1 | 573,868 | 577,227 | -3,359 | -0.58% |
| District 5 | 1 | 603,726 | 577,227 | 26,499 | 4.59% |
| District 6 | 1 | 532,748 | 577,227 | -44,479 | -7.71% |
| District 7 | 1 | 601,776 | 577,227 | 24,549 | 4.25% |
| Total | 7 | 4,040,587 | 4,040,589 | -2 | 0.00% |

PLANWIDE STATISTICS:

| | |
|---|---|
| Range of populations: | 532,748 to 603,726 |
| Ratio range: | 1.1332 |
| Absolute range: | -44,479 to 26,499 |
| Absolute overall range: | 70,978 |
| Relative range: | -7.71 to 4.59% |
| Relative overall range: | 12.30% |
| Absolute mean deviation: | 19352.29 |
| Relative mean deviation: | 3.35% |
| Standard deviation: | 23237.8677 |

## APPENDIX B

DB: ALABAMA

District Summary
Total Populations, All Ages
Plan: Cong. Districts Gumby

Date: 11/21/91
Time: 12:12 p.m.
Page: 1

Plan type: CONGRESSIONAL DISTRICTS

| District Name | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| District 1 | 593,911 | 408,778 | 175,531 | 4,951 | 3,786 | 865 |
| | 100.00% | 68.83% | 29.56% | 0.83% | 0.64% | 0.15% |
| District 2 | 569,423 | 381,279 | 182,021 | 1,593 | 3,285 | 1,245 |
| | 100.00% | 66.96% | 31.97% | 0.28% | 0.58% | 0.22% |
| District 3 | 565,135 | 403,218 | 156,724 | 1,133 | 3,132 | 928 |
| | 100.00% | 71.35% | 27.73% | 0.20% | 0.55% | 0.16% |
| District 4 | 573,868 | 530,503 | 40,004 | 1,647 | 1,063 | 651 |
| | 100.00% | 92.44% | 6.97% | 0.29% | 0.19% | 0.11% |
| District 5 | 603,726 | 503,616 | 88,353 | 5,505 | 5,158 | 1,094 |
| | 100.00% | 83.42% | 14.63% | 0.91% | 0.85% | 0.18% |
| District 6 | 532,748 | 331,711 | 196,872 | 730 | 2,936 | 499 |
| | 100.00% | 62.26% | 36.95% | 0.14% | 0.55% | 0.09% |
| District 7 | 601,776 | 416,692 | 181,200 | 947 | 2,437 | 500 |
| | 100.00% | 69.24% | 30.11% | 0.16% | 0.40% | 0.08% |
| Total | 4,040,587 | 2,975,797 | 1,020,705 | 16,506 | 21,797 | 5,782 |
| | 100.00% | 73.65% | 25.26% | 0.41% | 0.54% | 0.14% |

District Summary
DB: ALABAMA Total Populations, All Ages
Plan: Cong. Districts

Plan type: CONGRESSIONAL DISTRICTS

| District Name | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| District 1 | 593,911 | 408,778 | 175,531 | 4,951 | 3,786 | 865 |
| District 2 | 569,423 | 381,279 | 182,021 | 1,593 | 3,285 | 1,245 |
| District 3 | 565,135 | 403,218 | 156,724 | 1,133 | 3,132 | 928 |
| District 4 | 573,868 | 530,503 | 40,004 | 1,647 | 1,063 | 651 |
| District 5 | 603,726 | 503,616 | 88,353 | 5,505 | 5,158 | 1,094 |
| District 6 | 532,748 | 331,711 | 196,872 | 730 | 2,936 | 499 |
| District 7 | 601,776 | 416,692 | 181,200 | 947 | 2,437 | 500 |

APPENDIX C

REA~~ ~~~IONMENT OFFICE
1~ ...JTH UNION, ROOM 811
MONTGOMERY, ALABAMA 36130
(205) 242-7941

DB: ALABAMA Attributes of Census Units Date: 6/11/91
 Within Alabama Time: 9:53 a.m.
 Total Populations, All Ages Page: 1

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Autauga County | 34,222 | 27,144 | 6,845 | 71 | 120 | 42 |
| | 100.00% | 79.32% | 20.00% | 0.21% | 0.35% | 0.12% |
| Baldwin County | 98,280 | 84,565 | 12,640 | 630 | 221 | 224 |
| | 100.00% | 86.04% | 12.86% | 0.64% | 0.22% | 0.23% |
| Barbour County | 25,417 | 14,118 | 11,194 | 46 | 44 | 15 |
| | 100.00% | 55.55% | 44.04% | 0.18% | 0.17% | 0.06% |
| Bibb County | 16,576 | 13,052 | 3,478 | 25 | 11 | 10 |
| | 100.00% | 78.74% | 20.98% | 0.15% | 0.07% | 0.06% |
| Blount County | 39,248 | 38,397 | 521 | 133 | 33 | 164 |
| | 100.00% | 97.83% | 1.33% | 0.34% | 0.08% | 0.42% |
| Bullock County | 11,042 | 3,036 | 7,986 | 8 | 10 | 2 |
| | 100.00% | 27.50% | 72.32% | 0.07% | 0.09% | 0.02% |
| Butler County | 21,892 | 13,049 | 8,798 | 24 | 19 | 2 |
| | 100.00% | 59.61% | 40.19% | 0.11% | 0.09% | 0.01% |
| Calhoun County | 116,034 | 92,873 | 21,578 | 296 | 869 | 418 |
| | 100.00% | 80.04% | 18.60% | 0.26% | 0.75% | 0.36% |
| Chambers County | 36,876 | 23,575 | 13,221 | 41 | 13 | 26 |
| | 100.00% | 63.93% | 35.85% | 0.11% | 0.04% | 0.07% |
| Cherokee County | 19,543 | 18,154 | 1,291 | 51 | 24 | 23 |
| | 100.00% | 92.89% | 6.61% | 0.26% | 0.12% | 0.12% |
| Chilton County | 32,458 | 28,647 | 3,674 | 63 | 38 | 36 |
| | 100.00% | 88.26% | 11.32% | 0.19% | 0.12% | 0.11% |
| Choctaw County | 16,018 | 8,913 | 7,077 | 10 | 12 | 6 |
| | 100.00% | 55.64% | 44.18% | 0.06% | 0.07% | 0.04% |
| Clarke County | 27,240 | 15,527 | 11,625 | 45 | 35 | 8 |
| | 100.00% | 57.00% | 42.68% | 0.17% | 0.13% | 0.03% |
| Clay County | 13,252 | 11,044 | 2,166 | 23 | 13 | 6 |
| | 100.00% | 83.34% | 16.34% | 0.17% | 0.10% | 0.05% |
| Cleburne County | 12,730 | 12,084 | 587 | 20 | 13 | 26 |
| | 100.00% | 94.93% | 4.61% | 0.16% | 0.10% | 0.20% |
| Coffee County | 40,240 | 32,702 | 6,917 | 163 | 317 | 141 |
| | 100.00% | 81.27% | 17.19% | 0.41% | 0.79% | 0.35% |
| Colbert County | 51,666 | 42,820 | 8,568 | 137 | 93 | 48 |
| | 100.00% | 82.88% | 16.58% | 0.27% | 0.18% | 0.09% |
| Conecuh County | 14,054 | 8,063 | 5,925 | 43 | 13 | 10 |
| | 100.00% | 57.37% | 42.16% | 0.31% | 0.09% | 0.07% |
| Coosa County | 11,063 | 7,242 | 3,782 | 34 | 4 | 1 |
| | 100.00% | 65.46% | 34.19% | 0.31% | 0.04% | 0.01% |
| Covington County | 36,478 | 31,551 | 4,777 | 72 | 48 | 30 |
| | 100.00% | 86.49% | 13.10% | 0.20% | 0.13% | 0.08% |
| Crenshaw County | 13,635 | 10,048 | 3,544 | 27 | 11 | 5 |
| | 100.00% | 73.69% | 25.99% | 0.20% | 0.08% | 0.04% |
| Cullman County | 67,613 | 66,744 | 560 | 134 | 117 | 58 |
| | 100.00% | 98.71% | 0.83% | 0.20% | 0.17% | 0.09% |
| Dale County | 49,633 | 39,365 | 8,847 | 239 | 731 | 451 |
| | 100.00% | 79.31% | 17.82% | 0.48% | 1.47% | 0.91% |
| Dallas County | 48,130 | 20,121 | 27,825 | 41 | 129 | 14 |
| | 100.00% | 41.81% | 57.81% | 0.09% | 0.27% | 0.03% |

1506

REAPPORTIONMENT OFFICE
11 SOUTH UNION, ROOM 817
MONTGOMERY, ALABAMA 36130
(205) 242-7941

DB: ALABAMA

Attributes of Census Units
Within Alabama
Total Populations, All Ages

Date: 6/11/91
Time: 9:53 a.m.
Page: 2

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| DeKalb County | 54,651 | 52,980 | 1,028 | 481 | 77 | 85 |
| | 100.00% | 96.94% | 1.88% | 0.88% | 0.14% | 0.16% |
| Elmore County | 49,210 | 37,850 | 11,039 | 137 | 129 | 55 |
| | 100.00% | 76.92% | 22.43% | 0.28% | 0.26% | 0.11% |
| Escambia County | 35,518 | 24,326 | 10,046 | 1,047 | 58 | 41 |
| | 100.00% | 68.49% | 28.28% | 2.95% | 0.16% | 0.12% |
| Etowah County | 99,840 | 85,274 | 13,799 | 250 | 419 | 98 |
| | 100.00% | 85.41% | 13.82% | 0.25% | 0.42% | 0.10% |
| Fayette County | 17,962 | 15,717 | 2,190 | 9 | 19 | 27 |
| | 100.00% | 87.50% | 12.19% | 0.05% | 0.11% | 0.15% |
| Franklin County | 27,814 | 26,463 | 1,249 | 57 | 35 | 10 |
| | 100.00% | 95.14% | 4.49% | 0.20% | 0.13% | 0.04% |
| Geneva County | 23,647 | 20,682 | 2,824 | 93 | 15 | 33 |
| | 100.00% | 87.46% | 11.94% | 0.39% | 0.06% | 0.14% |
| Greene County | 10,153 | 1,966 | 8,181 | 3 | 0 | 3 |
| | 100.00% | 19.36% | 80.58% | 0.03% | 0.00% | 0.03% |
| Hale County | 15,498 | 6,255 | 9,214 | 20 | 9 | 0 |
| | 100.00% | 40.36% | 59.45% | 0.13% | 0.06% | 0.00% |
| Henry County | 15,374 | 9,918 | 5,395 | 31 | 6 | 24 |
| | 100.00% | 64.51% | 35.09% | 0.20% | 0.04% | 0.16% |
| Houston County | 81,331 | 61,513 | 18,954 | 287 | 470 | 107 |
| | 100.00% | 75.63% | 23.30% | 0.35% | 0.58% | 0.13% |
| Jackson County | 47,796 | 44,696 | 1,968 | 1,020 | 90 | 22 |
| | 100.00% | 93.51% | 4.12% | 2.13% | 0.19% | 0.05% |
| Jefferson County | 651,525 | 418,317 | 228,521 | 889 | 3,222 | 576 |
| | 100.00% | 64.21% | 35.07% | 0.14% | 0.49% | 0.09% |
| Lamar County | 15,715 | 13,805 | 1,862 | 24 | 10 | 14 |
| | 100.00% | 87.85% | 11.85% | 0.15% | 0.06% | 0.09% |
| Lauderdale County | 79,661 | 71,560 | 7,695 | 165 | 196 | 45 |
| | 100.00% | 89.83% | 9.66% | 0.21% | 0.25% | 0.06% |
| Lawrence County | 31,513 | 24,563 | 4,798 | 2,124 | 19 | 9 |
| | 100.00% | 77.95% | 15.23% | 6.74% | 0.06% | 0.03% |
| Lee County | 87,146 | 64,889 | 20,407 | 132 | 1,584 | 134 |
| | 100.00% | 74.46% | 23.42% | 0.15% | 1.82% | 0.15% |
| Limestone County | 54,135 | 46,658 | 7,127 | 148 | 158 | 44 |
| | 100.00% | 86.19% | 13.17% | 0.27% | 0.29% | 0.08% |
| Lowndes County | 12,658 | 3,185 | 9,456 | 10 | 4 | 3 |
| | 100.00% | 25.16% | 74.70% | 0.08% | 0.03% | 0.02% |
| Macon County | 24,928 | 3,443 | 21,340 | 24 | 99 | 22 |
| | 100.00% | 13.81% | 85.61% | 0.10% | 0.40% | 0.09% |
| Madison County | 238,912 | 184,197 | 48,116 | 1,601 | 4,232 | 766 |
| | 100.00% | 77.10% | 20.14% | 0.67% | 1.77% | 0.32% |
| Marengo County | 23,084 | 11,314 | 11,745 | 11 | 11 | 3 |
| | 100.00% | 49.01% | 50.88% | 0.05% | 0.05% | 0.01% |
| Marion County | 29,830 | 28,759 | 967 | 57 | 35 | 12 |
| | 100.00% | 96.41% | 3.24% | 0.19% | 0.12% | 0.04% |
| Marshall County | 70,832 | 69,361 | 1,087 | 231 | 111 | 42 |
| | 100.00% | 97.92% | 1.53% | 0.33% | 0.16% | 0.06% |

REAPPORTIONMENT OFFICE
11 SOUTH UNION, ROOM 811
MONTGOMERY, ALABAMA 36130
(205) 242-7941

DB: ALABAMA

Attributes of Census Units
Within Alabama
Total Populations, All Ages

Date: 6/11/91
Time: 9:53 a.m.
Page: 3

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Mobile County | 378,643 | 254,853 | 117,872 | 1,940 | 3,398 | 580 |
| | 100.00% | 67.31% | 31.13% | 0.51% | 0.90% | 0.15% |
| Monroe County | 23,968 | 14,320 | 9,372 | 215 | 54 | 7 |
| | 100.00% | 59.75% | 39.10% | 0.90% | 0.23% | 0.03% |
| Montgomery County | 209,085 | 119,420 | 87,312 | 414 | 1,533 | 406 |
| | 100.00% | 57.12% | 41.76% | 0.20% | 0.73% | 0.19% |
| Morgan County | 100,043 | 89,122 | 10,081 | 310 | 370 | 160 |
| | 100.00% | 89.08% | 10.08% | 0.31% | 0.37% | 0.16% |
| Perry County | 12,759 | 4,503 | 8,219 | 16 | 14 | 7 |
| | 100.00% | 35.29% | 64.42% | 0.13% | 0.11% | 0.05% |
| Pickens County | 20,699 | 12,002 | 8,645 | 24 | 27 | 1 |
| | 100.00% | 57.98% | 41.77% | 0.12% | 0.13% | 0.00% |
| Pike County | 27,595 | 17,814 | 9,548 | 146 | 68 | 19 |
| | 100.00% | 64.56% | 34.60% | 0.53% | 0.25% | 0.07% |
| Randolph County | 19,881 | 15,138 | 4,686 | 29 | 21 | 7 |
| | 100.00% | 76.14% | 23.57% | 0.15% | 0.11% | 0.04% |
| Russell County | 46,860 | 28,473 | 18,088 | 90 | 117 | 92 |
| | 100.00% | 60.76% | 38.60% | 0.19% | 0.25% | 0.20% |
| St. Clair County | 50,009 | 45,138 | 4,561 | 136 | 77 | 97 |
| | 100.00% | 90.26% | 9.12% | 0.27% | 0.15% | 0.19% |
| Shelby County | 99,358 | 90,715 | 7,718 | 264 | 575 | 86 |
| | 100.00% | 91.30% | 7.77% | 0.27% | 0.58% | 0.09% |
| Sumter County | 16,174 | 4,759 | 11,369 | 6 | 30 | 10 |
| | 100.00% | 29.42% | 70.29% | 0.04% | 0.19% | 0.06% |
| Talladega County | 74,107 | 50,970 | 22,773 | 174 | 113 | 77 |
| | 100.00% | 68.78% | 30.73% | 0.23% | 0.15% | 0.10% |
| Tallapoosa County | 38,826 | 28,493 | 10,212 | 62 | 37 | 22 |
| | 100.00% | 73.39% | 26.30% | 0.16% | 0.10% | 0.06% |
| Tuscaloosa County | 150,522 | 109,398 | 39,377 | 253 | 1,264 | 230 |
| | 100.00% | 72.68% | 26.16% | 0.17% | 0.84% | 0.15% |
| Walker County | 67,670 | 63,042 | 4,405 | 84 | 107 | 32 |
| | 100.00% | 93.16% | 6.51% | 0.12% | 0.16% | 0.05% |
| Washington County | 16,694 | 10,984 | 4,623 | 1,068 | 14 | 5 |
| | 100.00% | 65.80% | 27.69% | 6.40% | 0.08% | 0.03% |
| Wilcox County | 13,568 | 4,203 | 9,353 | 6 | 6 | 0 |
| | 100.00% | 30.98% | 68.93% | 0.04% | 0.04% | 0.00% |
| Winston County | 22,053 | 21,925 | 57 | 42 | 26 | 3 |
| | 100.00% | 99.42% | 0.26% | 0.19% | 0.12% | 0.01% |
| Total Alabama | 4,040,587 | 2,975,797 | 1,020,705 | 16,506 | 21,797 | 5,782 |
| | 100.00% | 73.65% | 25.26% | 0.41% | 0.54% | 0.14% |

1508

# APPENDIX D

REAPPORTIONMENT OFFICE
11 SOUTH UNION, ROOM 811
MONTGOMERY, ALABAMA 36130
(205) 242-7941

DB: ALABAMA

Attributes of Census Units
Within Alabama
Ethnic Breakdown of Voting Age Populations

Date: 7/31
Time: 2:41p.m.
Page: 1

| Census Unit | Total Vot. Age | Vot. Age White | Vot. Age Black | Vot. Age Am. Ind. | Vot. Age Asian/PI | Vot. Age Other |
|---|---|---|---|---|---|---|
| Autauga County | 24,124 | 19,593 | 4,366 | 48 | 90 | 2 |
| | 70.49% | 57.25% | 12.76% | 0.14% | 0.26% | 0.08 |
| Baldwin County | 72,747 | 64,059 | 7,938 | 459 | 159 | 13 |
| | 74.02% | 65.18% | 8.08% | 0.47% | 0.16% | 0.13 |
| Barbour County | 17,953 | 10,744 | 7,130 | 36 | 30 | 1 |
| | 70.63% | 42.27% | 28.05% | 0.14% | 0.12% | 0.05 |
| Bibb County | 11,783 | 9,617 | 2,138 | 16 | 8 | |
| | 71.08% | 58.02% | 12.90% | 0.10% | 0.05% | 0.02 |
| Blount County | 29,212 | 28,615 | 366 | 94 | 24 | 11 |
| | 74.43% | 72.91% | 0.93% | 0.24% | 0.06% | 0.29 |
| Bullock County | 7,661 | 2,513 | 5,131 | 7 | 8 | |
| | 69.38% | 22.76% | 46.47% | 0.06% | 0.07% | 0.02 |
| Butler County | 15,301 | 9,919 | 5,357 | 15 | 9 | |
| | 69.89% | 45.31% | 24.47% | 0.07% | 0.04% | 0.00 |
| Calhoun County | 87,056 | 71,217 | 14,702 | 241 | 603 | 29 |
| | 75.03% | 61.38% | 12.67% | 0.21% | 0.52% | 0.25 |
| Chambers County | 27,244 | 18,499 | 8,685 | 30 | 10 | 2 |
| | 73.88% | 50.17% | 23.55% | 0.08% | 0.03% | 0.05 |
| Cherokee County | 14,851 | 13,881 | 898 | 39 | 18 | 1 |
| | 75.99% | 71.03% | 4.59% | 0.20% | 0.09% | 0.08 |
| Chilton County | 23,771 | 21,320 | 2,361 | 47 | 24 | 1 |
| | 73.24% | 65.68% | 7.27% | 0.14% | 0.07% | 0.06 |
| Choctaw County | 11,310 | 6,700 | 4,592 | 7 | 8 | |
| | 70.61% | 41.83% | 28.67% | 0.04% | 0.05% | 0.02 |
| Clarke County | 19,085 | 11,684 | 7,346 | 29 | 22 | |
| | 70.06% | 42.89% | 26.97% | 0.11% | 0.08% | 0.01 |
| Clay County | 9,934 | 8,497 | 1,407 | 16 | 10 | |
| | 74.96% | 64.12% | 10.62% | 0.12% | 0.08% | 0.03 |
| Cleburne County | 9,418 | 8,983 | 388 | 15 | 11 | 2 |
| | 73.98% | 70.57% | 3.05% | 0.12% | 0.09% | 0.16 |
| Coffee County | 29,913 | 24,882 | 4,577 | 118 | 234 | 10 |
| | 74.34% | 61.83% | 11.37% | 0.29% | 0.58% | 0.25 |
| Colbert County | 39,118 | 33,112 | 5,825 | 96 | 54 | 3 |
| | 75.71% | 64.09% | 11.27% | 0.19% | 0.10% | 0.06 |
| Conecuh County | 10,136 | 6,278 | 3,815 | 27 | 11 | |
| | 72.12% | 44.67% | 27.15% | 0.19% | 0.08% | 0.04 |
| Coosa County | 8,181 | 5,579 | 2,576 | 21 | 4 | |
| | 73.95% | 50.43% | 23.28% | 0.19% | 0.04% | 0.01 |
| Covington County | 27,241 | 24,039 | 3,086 | 56 | 32 | 2 |
| | 74.68% | 65.90% | 8.46% | 0.15% | 0.09% | 0.08 |
| Crenshaw County | 9,991 | 7,613 | 2,345 | 22 | 7 | |
| | 73.27% | 55.83% | 17.20% | 0.16% | 0.05% | 0.03 |
| Cullman County | 50,601 | 49,994 | 386 | 98 | 80 | 4 |
| | 74.84% | 73.94% | 0.57% | 0.14% | 0.12% | 0.06 |
| Dale County | 35,757 | 29,228 | 5,529 | 184 | 518 | 29 |
| | 72.04% | 58.89% | 11.14% | 0.37% | 1.04% | 0.60 |
| Dallas County | 33,025 | 15,449 | 17,445 | 32 | 91 | |
| | 68.62% | 32.10% | 36.25% | 0.07% | 0.19% | 0.02 |

DB: ALABAMA

Attributes of Census Units
Within Alabama
Ethnic Breakdown of Voting Age Populations

| Census Unit | Total Vot. Age | Vot. Age White | Vot. Age Black | Vot. Age Am. Ind. | Vot. Age Asian/PI | Vot. Age Other |
|---|---|---|---|---|---|---|
| DeKalb County | 40,744 | 39,666 | 694 | 283 | 43 | 5 |
| | 74.55% | 72.58% | 1.27% | 0.52% | 0.08% | 0.11 |
| Elmore County | 36,418 | 28,496 | 7,696 | 105 | 87 | 3 |
| | 74.01% | 57.91% | 15.64% | 0.21% | 0.18% | 0.07 |
| Escambia County | 26,051 | 18,450 | 6,840 | 703 | 32 | 2 |
| | 73.35% | 51.95% | 19.26% | 1.98% | 0.09% | 0.07 |
| Etowah County | 75,251 | 65,349 | 9,299 | 182 | 353 | 6 |
| | 75.37% | 65.45% | 9.31% | 0.18% | 0.35% | 0.07 |
| Fayette County | 13,360 | 11,801 | 1,523 | 6 | 11 | 1 |
| | 74.38% | 65.70% | 8.48% | 0.03% | 0.06% | 0.11 |
| Franklin County | 20,910 | 19,978 | 867 | 39 | 19 | |
| | 75.18% | 71.83% | 3.12% | 0.14% | 0.07% | 0.03 |
| Geneva County | 17,757 | 15,821 | 1,837 | 71 | 12 | 1 |
| | 75.09% | 66.90% | 7.77% | 0.30% | 0.05% | 0.07 |
| Greene County | 6,811 | 1,641 | 5,165 | 3 | 0 | |
| | 67.08% | 16.16% | 50.87% | 0.03% | 0.00% | 0.02 |
| Hale County | 10,616 | 4,772 | 5,829 | 11 | 4 | |
| | 68.50% | 30.79% | 37.61% | 0.07% | 0.03% | 0.00 |
| Henry County | 11,273 | 7,667 | 3,561 | 24 | 6 | 1 |
| | 73.33% | 49.87% | 23.16% | 0.16% | 0.04% | 0.10 |
| Houston County | 58,858 | 46,249 | 12,041 | 214 | 288 | 6 |
| | 72.37% | 56.87% | 14.80% | 0.26% | 0.35% | 0.08 |
| Jackson County | 35,482 | 33,503 | 1,342 | 563 | 57 | 1 |
| | 74.24% | 70.10% | 2.81% | 1.18% | 0.12% | 0.04 |
| Jefferson County | 488,937 | 328,268 | 157,208 | 697 | 2,359 | 40 |
| | 75.05% | 50.38% | 24.13% | 0.11% | 0.36% | 0.06 |
| Lamar County | 11,725 | 10,434 | 1,253 | 17 | 10 | 1 |
| | 74.61% | 66.40% | 7.97% | 0.11% | 0.06% | 0.07 |
| Lauderdale County | 60,580 | 55,008 | 5,275 | 128 | 137 | 3 |
| | 76.05% | 69.05% | 6.62% | 0.16% | 0.17% | 0.04 |
| Lawrence County | 22,874 | 18,702 | 3,095 | 1,061 | 12 | |
| | 72.59% | 59.35% | 9.82% | 3.37% | 0.04% | 0.01 |
| Lee County | 68,058 | 52,769 | 13,846 | 108 | 1,226 | 10 |
| | 78.10% | 60.55% | 15.89% | 0.12% | 1.41% | 0.13 |
| Limestone County | 40,529 | 35,087 | 5,197 | 113 | 101 | 3 |
| | 74.87% | 64.81% | 9.60% | 0.21% | 0.19% | 0.06 |
| Lowndes County | 8,263 | 2,513 | 5,742 | 4 | 3 | |
| | 65.28% | 19.85% | 45.36% | 0.03% | 0.02% | 0.01 |
| Macon County | 18,286 | 2,780 | 15,397 | 18 | 74 | 1 |
| | 73.36% | 11.15% | 61.77% | 0.07% | 0.30% | 0.07 |
| Madison County | 180,157 | 142,174 | 33,542 | 945 | 2,999 | 49 |
| | 75.41% | 59.51% | 14.04% | 0.40% | 1.26% | 0.21 |
| Marengo County | 16,091 | 8,524 | 7,550 | 10 | 7 | |
| | 69.71% | 36.93% | 32.71% | 0.04% | 0.03% | 0.00 |
| Marion County | 22,508 | 21,733 | 712 | 33 | 23 | |
| | 75.45% | 72.86% | 2.39% | 0.11% | 0.08% | 0.02 |
| Marshall County | 53,366 | 52,343 | 766 | 161 | 76 | 2 |
| | 75.34% | 73.90% | 1.08% | 0.23% | 0.11% | 0.03 |

**1510**

| Census Unit | Total Vot. Age | Vot. Age White | Vot. Age Black | Vot. Age Am. Ind. | Vot. Age Asian/PI | Vot. Age Other |
|---|---|---|---|---|---|---|
| Mobile County | 270,610 | 190,842 | 75,791 | 1,286 | 2,279 | 41 |
| | 71.47% | 50.40% | 20.02% | 0.34% | 0.60% | 0.11 |
| Monroe County | 16,590 | 10,597 | 5,806 | 152 | 31 | |
| | 69.22% | 44.21% | 24.22% | 0.63% | 0.13% | 0.02 |
| Montgomery County | 151,701 | 92,603 | 57,450 | 303 | 1,072 | 27 |
| | 72.55% | 44.29% | 27.48% | 0.14% | 0.51% | 0.13 |
| Morgan County | 74,027 | 66,930 | 6,538 | 208 | 244 | 10 |
| | 74.00% | 66.90% | 6.54% | 0.21% | 0.24% | 0.11 |
| Perry County | 8,757 | 3,719 | 5,009 | 9 | 14 | |
| | 68.63% | 29.15% | 39.26% | 0.07% | 0.11% | 0.05 |
| Pickens County | 14,805 | 9,369 | 5,401 | 17 | 17 | |
| | 71.53% | 45.26% | 26.09% | 0.08% | 0.08% | 0.00 |
| Pike County | 20,729 | 14,208 | 6,348 | 92 | 63 | 1 |
| | 75.12% | 51.49% | 23.00% | 0.33% | 0.23% | 0.07 |
| Randolph County | 14,696 | 11,650 | 3,012 | 19 | 12 | |
| | 73.92% | 58.60% | 15.15% | 0.10% | 0.06% | 0.02 |
| Russell County | 34,380 | 21,762 | 12,396 | 67 | 95 | 6 |
| | 73.37% | 46.44% | 26.45% | 0.14% | 0.20% | 0.13 |
| St. Clair County | 36,699 | 33,259 | 3,230 | 106 | 51 | 5 |
| | 73.38% | 66.51% | 6.46% | 0.21% | 0.10% | 0.11 |
| Shelby County | 72,167 | 66,406 | 5,147 | 179 | 379 | 5 |
| | 72.63% | 66.84% | 5.18% | 0.18% | 0.38% | 0.06 |
| Sumter County | 11,202 | 3,869 | 7,291 | 5 | 28 | |
| | 69.26% | 23.92% | 45.08% | 0.03% | 0.17% | 0.06 |
| Talladega County | 53,614 | 38,551 | 14,805 | 129 | 79 | 5 |
| | 72.35% | 52.02% | 19.98% | 0.17% | 0.11% | 0.07 |
| Tallapoosa County | 28,899 | 22,100 | 6,718 | 41 | 25 | 1 |
| | 74.43% | 56.92% | 17.30% | 0.11% | 0.06% | 0.04 |
| Tuscaloosa County | 114,857 | 86,831 | 26,623 | 195 | 1,022 | 18 |
| | 76.31% | 57.69% | 17.69% | 0.13% | 0.68% | 0.12 |
| Walker County | 50,560 | 47,546 | 2,847 | 67 | 79 | 2 |
| | 74.72% | 70.26% | 4.21% | 0.10% | 0.12% | 0.03 |
| Washington County | 11,611 | 8,033 | 2,916 | 645 | 12 | |
| | 69.55% | 48.12% | 17.47% | 3.86% | 0.07% | 0.03 |
| Wilcox County | 8,956 | 3,297 | 5,649 | 6 | 4 | |
| | 66.01% | 24.30% | 41.63% | 0.04% | 0.03% | 0.00 |
| Winston County | 16,621 | 16,530 | 38 | 31 | 19 | |
| | 75.37% | 74.96% | 0.17% | 0.14% | 0.09% | 0.01 |
| Total Alabama | 2,981,799 | 2,273,845 | 677,681 | 10,809 | 15,529 | 3,93 |
| | 73.80% | 56.28% | 16.77% | 0.27% | 0.38% | 0.10 |

## APPENDIX E

| District | Name/Address | Census Residence |
|---|---|---|
| 1 | Sonny Callahan (R)<br>3251 Riviere Du Chien Drive<br>Mobile, AL<br><br>FIRST ELECTED: NOVEMBER, 1984 | Mobile County<br>Tract 20<br>Block 231<br>Voting District #0360 |
| 2 | Bill Dickinson (R)<br>2350 Woodley Road<br>Montgomery, AL<br><br>FIRST ELECTED: NOVEMBER, 1964 | Montgomery County<br>Tract 20<br>Block 311<br>Voting District #0180 |
| 3 | Glen Browder (D)<br>517 Pelham Street, North<br>Jacksonville, AL<br><br>FIRST ELECTED: APRIL, 1989 | Calhoun County<br>Tract 21<br>Block 510<br>Voting District #0010 |
| 4 | Tom Bevill (D)<br>1600 Alabama Avenue<br>Jasper, AL<br><br>FIRST ELECTED: NOVEMBER, 1989 | Walker County<br>Tract 203<br>Block 173<br>Voting District #0010 |
| 5 | Bud Cramer (D)<br>417 Eustis Street<br>Huntsville, AL<br><br>FIRST ELECTED: NOVEMBER, 1982 | Madison County<br>Tract 1<br>Block 234<br>Voting District #0060 |
| 6 | Ben Erdreich (D)<br>2625 Highland Avenue, South<br>Birmingham, AL<br><br>FIRST ELECTED: NOVEMBER, 1982 | Jefferson County<br>Tract 47.01<br>Block 723<br>Voting District #5408 |
| 7 | Clause Harris (D)<br>3121 Azalea Lane East<br>(41st Avenue)<br>Tuscaloosa, AL<br><br>FIRST ELECTED: NOVEMBER, 1986 | Tuscaloosa County<br>Tract 123.01<br>Block 143<br>Voting District #0160 |

## APPENDIX A TO FINAL JUDGMENT

"Units Assigned to a District"

The following description lists the census geographical units (as contained within the State computer's reapportionment data base) composing each congressional district. When a county is entirely within a congressional district the county and its population are listed as a single line. For the seven counties split by congressional district lines, the county name is listed without population figures and subsequent lines give voting precincts and population figures for each precinct in that county. For the ten voting precincts split by congressional district lines, the name of the precinct is listed without population figures, followed by lines listing the census tract, the census block group number, and then the census block within each tract and block group, with population figures. Lines at the end of each block group, tract, precinct, or county listing give summary population totals for that unit in the particular congressional district.

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 1
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 1

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Baldwin County | 98,280 | 84,565 | 12,640 | 630 | 221 | 224 |
| | 100.00% | 86.04% | 12.86% | 0.64% | 0.22% | 0.23% |
| Clarke County | | | | | | |
| CARLTON/GAINESTOWN/CHOCTAW | 2,018 | 319 | 1,694 | 1 | 3 | 1 |
| | 100.00% | 15.81% | 83.94% | 0.05% | 0.15% | 0.05% |
| JACKSON | 3,606 | 1,567 | 2,025 | 13 | 0 | 1 |
| | 100.00% | 43.46% | 56.16% | 0.36% | 0.00% | 0.03% |
| WALKER SPRINGS | 586 | 263 | 319 | 4 | 0 | 0 |
| | 100.00% | 44.88% | 54.44% | 0.68% | 0.00% | 0.00% |
| ALLEN | 391 | 22 | 369 | 0 | 0 | 0 |
| | 100.00% | 5.63% | 94.37% | 0.00% | 0.00% | 0.00% |
| MCVAY/PARKERTOWN/JACKSON | 4,405 | 3,580 | 807 | 6 | 9 | 3 |
| | 100.00% | 81.27% | 18.32% | 0.14% | 0.20% | 0.07% |
| SALITPA | | | | | | |
| Tract 9579 | | | | | | |
| Block Group 1 | | | | | | |
| Block 109 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 110 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 111 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 112 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 113 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 114 | 21 | 0 | 21 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 115 | 103 | 63 | 40 | 0 | 0 | 0 |
| | 100.00% | 61.17% | 38.83% | 0.00% | 0.00% | 0.00% |
| Block 116 | 23 | 7 | 16 | 0 | 0 | 0 |
| | 100.00% | 30.43% | 69.57% | 0.00% | 0.00% | 0.00% |
| Block 117 | 52 | 0 | 52 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 118 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 119 | 95 | 95 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 121 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 144 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 145 | 0 | 0 | 0 | 0 | 0 | 0 |

**1514**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 1
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 2

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Water block 199B | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199D | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199E | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199F | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199G | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 1 | 294 100.00% | 165 56.12% | 129 43.88% | 0 0.00% | 0 0.00% | 0 0.00% |
| **Block Group 8** | | | | | | |
| Block 801 | 25 100.00% | 22 88.00% | 3 12.00% | 0 0.00% | 0 0.00% | 0 0.00% |
| Block 802 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 803 | 27 100.00% | 0 0.00% | 27 100.00% | 0 0.00% | 0 0.00% | 0 0.00% |
| Block 804 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 899D | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 899E | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 8 | 52 100.00% | 22 42.31% | 30 57.69% | 0 0.00% | 0 0.00% | 0 0.00% |
| Total Tract 9579 | 346 100.00% | 187 54.05% | 159 45.95% | 0 0.00% | 0 0.00% | 0 0.00% |
| Total SALITPA | 346 100.00% | 187 54.05% | 159 45.95% | 0 0.00% | 0 0.00% | 0 0.00% |
| **WINN/ZIMCO** | | | | | | |
| **Tract 9577** | | | | | | |
| **Block Group 2** | | | | | | |
| Block 230 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 231 | 58 100.00% | 13 22.41% | 45 77.59% | 0 0.00% | 0 0.00% | 0 0.00% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 1
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 3

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 232 | 1 | 0 | 1 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Water block 299A | 0 | 0 | 0 | 0 | .0 | 0 |
| | | | | | | |
| Total Block Group 2 | 59 | 13 | 46 | 0 | 0 | 0 |
| | 100.00% | 22.03% | 77.97% | 0.00% | 0.00% | 0.00% |
| | | | | | | |
| Total Tract 9577 | 59 | 13 | 46 | 0 | 0 | 0 |
| | 100.00% | 22.03% | 77.97% | 0.00% | 0.00% | 0.00% |
| | | | | | | |
| **Tract 9578** | | | | | | |
| | | | | | | |
| Block Group 6 | | | | | | |
| Block 612 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 6 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| | | | | | | |
| Block Group 7 | | | | | | |
| Block 707 | 16 | 6 | 10 | 0 | 0 | 0 |
| | 100.00% | 37.50% | 62.50% | 0.00% | 0.00% | 0.00% |
| Block 708 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| Total Block Group 7 | 16 | 6 | 10 | 0 | 0 | 0 |
| | 100.00% | 37.50% | 62.50% | 0.00% | 0.00% | 0.00% |
| | | | | | | |
| Total Tract 9578 | 21 | 11 | 10 | 0 | 0 | 0 |
| | 100.00% | 52.38% | 47.62% | 0.00% | 0.00% | 0.00% |
| | | | | | | |
| **Tract 9579** | | | | | | |
| | | | | | | |
| Block Group 1 | | | | | | |
| Block 101 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| Block 102 | 15 | 10 | 5 | 0 | 0 | 0 |
| | 100.00% | 66.67% | 33.33% | 0.00% | 0.00% | 0.00% |
| Block 103 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| Block 107 | 2 | 2 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 123 | 59 | 20 | 38 | 1 | 0 | 0 |
| | 100.00% | 33.90% | 64.41% | 1.69% | 0.00% | 0.00% |
| Block 124 | 167 | 45 | 122 | 0 | 0 | 0 |
| | 100.00% | 26.95% | 73.05% | 0.00% | 0.00% | 0.00% |

**1516**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 1
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 4

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 125 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 126 | 156 | 11 | 145 | 0 | 0 | 0 |
| | 100.00% | 7.05% | 92.95% | 0.00% | 0.00% | 0.00% |
| Block 127 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 128 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 130 | 1 | 0 | 1 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 131 | 7 | 3 | 4 | 0 | 0 | 0 |
| | 100.00% | 42.86% | 57.14% | 0.00% | 0.00% | 0.00% |
| Block 132 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 133 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 134 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 135 | 59 | 26 | 33 | 0 | 0 | 0 |
| | 100.00% | 44.07% | 55.93% | 0.00% | 0.00% | 0.00% |
| Block 136 | 25 | 18 | 7 | 0 | 0 | 0 |
| | 100.00% | 72.00% | 28.00% | 0.00% | 0.00% | 0.00% |
| Water block 199H | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 1 | 500 | 144 | 355 | 1 | 0 | 0 |
| | 100.00% | 28.80% | 71.00% | 0.20% | 0.00% | 0.00% |
| Total Tract 9579 | 500 | 144 | 355 | 1 | 0 | 0 |
| | 100.00% | 28.80% | 71.00% | 0.20% | 0.00% | 0.00% |
| Total WINN/ZIMCO | 580 | 168 | 411 | 1 | 0 | 0 |
| | 100.00% | 28.97% | 70.86% | 0.17% | 0.00% | 0.00% |
| GROVE HILL/WHATLEY/GREENWOOD/HELLW | 3,835 | 2,408 | 1,421 | 3 | 3 | 0 |
| | 100.00% | 62.79% | 37.05% | 0.08% | 0.08% | 0.00% |
| GROVE HILL CITY HALL | 1,551 | 976 | 560 | 7 | 8 | 0 |
| | 100.00% | 62.93% | 36.11% | 0.45% | 0.52% | 0.00% |
| NEW PROSPECT/CHILTON | 274 | 274 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| LIBERTY | 269 | 256 | 13 | 0 | 0 | 0 |
| | 100.00% | 95.17% | 4.83% | 0.00% | 0.00% | 0.00% |
| BASNI | 403 | 338 | 61 | 0 | 1 | 3 |
| | 100.00% | 83.87% | 15.14% | 0.00% | 0.25% | 0.74% |
| THOMASVILLE | 5,859 | 3,787 | 2,056 | 9 | 7 | 0 |
| | 100.00% | 64.64% | 35.09% | 0.15% | 0.12% | 0.00% |
| Total Clarke County | 24,123 | 14,145 | 9,895 | 44 | 31 | 8 |
| | 100.00% | 58.64% | 41.02% | 0.18% | 0.13% | 0.03% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 1
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 5

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Escambia County | 35,518 | 24,326 | 10,046 | 1,047 | 58 | 41 |
| | 100.00% | 68.49% | 28.28% | 2.95% | 0.16% | 0.12% |
| Mobile County | 378,643 | 254,853 | 117,872 | 1,940 | 3,398 | 580 |
| | 100.00% | 67.31% | 31.13% | 0.51% | 0.90% | 0.15% |
| Monroe County | 23,968 | 14,320 | 9,372 | 215 | 54 | 7 |
| | 100.00% | 59.75% | 39.10% | 0.90% | 0.23% | 0.03% |
| Washington County | 16,694 | 10,984 | 4,623 | 1,068 | 14 | 5 |
| | 100.00% | 65.80% | 27.69% | 6.40% | 0.08% | 0.03% |
| Total District 1 | 577,226 | 403,193 | 164,448 | 4,944 | 3,776 | 865 |
| | 100.00% | 69.85% | 28.49% | 0.86% | 0.65% | 0.15% |

**1518**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 2
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 6

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Autauga County | 34,222 | 27,144 | 6,845 | 71 | 120 | 42 |
| | 100.00% | 79.32% | 20.00% | 0.21% | 0.35% | 0.12% |
| Barbour County | 25,417 | 14,118 | 11,194 | 46 | 44 | 15 |
| | 100.00% | 55.55% | 44.04% | 0.18% | 0.17% | 0.06% |
| Bullock County | 11,042 | 3,036 | 7,986 | 8 | 10 | 2 |
| | 100.00% | 27.50% | 72.32% | 0.07% | 0.09% | 0.02% |
| Butler County | 21,892 | 13,049 | 8,798 | 24 | 19 | 2 |
| | 100.00% | 59.61% | 40.19% | 0.11% | 0.09% | 0.01% |
| Coffee County | 40,240 | 32,702 | 6,917 | 163 | 317 | 141 |
| | 100.00% | 81.27% | 17.19% | 0.41% | 0.79% | 0.35% |
| Conecuh County | 14,054 | 8,063 | 5,925 | 43 | 13 | 10 |
| | 100.00% | 57.37% | 42.16% | 0.31% | 0.09% | 0.07% |
| Covington County | 36,478 | 31,551 | 4,777 | 72 | 48 | 30 |
| | 100.00% | 86.49% | 13.10% | 0.20% | 0.13% | 0.08% |
| Crenshaw County | 13,635 | 10,048 | 3,544 | 27 | 11 | 5 |
| | 100.00% | 73.69% | 25.99% | 0.20% | 0.08% | 0.04% |
| Dale County | 49,633 | 39,365 | 8,847 | 239 | 731 | 451 |
| | 100.00% | 79.31% | 17.82% | 0.48% | 1.47% | 0.91% |
| Elmore County | 49,210 | 37,850 | 11,039 | 137 | 129 | 55 |
| | 100.00% | 76.92% | 22.43% | 0.28% | 0.26% | 0.11% |
| Geneva County | 23,647 | 20,682 | 2,824 | 93 | 15 | 33 |
| | 100.00% | 87.46% | 11.94% | 0.39% | 0.06% | 0.14% |
| Henry County | 15,374 | 9,918 | 5,395 | 31 | 6 | 24 |
| | 100.00% | 64.51% | 35.09% | 0.20% | 0.04% | 0.16% |
| Houston County | 81,331 | 61,513 | 18,954 | 287 | 470 | 107 |
| | 100.00% | 75.63% | 23.30% | 0.35% | 0.58% | 0.13% |
| Montgomery County CLOVERDALE COMMUNITY CENTER | 7,177 | 6,644 | 489 | 13 | 25 | 6 |
| | 100.00% | 92.57% | 6.81% | 0.18% | 0.35% | 0.08% |

NORMANDALE LIBRARY

Tract 0020

Block Group 3

| | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 301 | 30 | 30 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 302 | 48 | 42 | 6 | 0 | 0 | 0 |
| | 100.00% | 87.50% | 12.50% | 0.00% | 0.00% | 0.00% |
| Block 303 | 103 | 103 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 304 | 47 | 47 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 305 | 56 | 48 | 8 | 0 | 0 | 0 |
| | 100.00% | 85.71% | 14.29% | 0.00% | 0.00% | 0.00% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 2
Total Populations, All Ages ·

Date: 1/21/92
Time: 3:16 p.m.
Page: 7

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 306 | 89 | 88 | 0 | 0 | 0 | 1 |
| | 100.00% | 98.88% | 0.00% | 0.00% | 0.00% | 1.12% |
| Block 307 | 40 | 40 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 308 | 96 | 81 | 13 | 0 | 2 | 0 |
| | 100.00% | 84.38% | 13.54% | 0.00% | 2.08% | 0.00% |
| Block 309 | 33 | 32 | 0 | 0 | 1 | 0 |
| | 100.00% | 96.97% | 0.00% | 0.00% | 3.03% | 0.00% |
| Block 310 | 46 | 43 | 3 | 0 | 0 | 0 |
| | 100.00% | 93.48% | 6.52% | 0.00% | 0.00% | 0.00% |
| Block 311 | 281 | 269 | 3 | 0 | 9 | 0 |
| | 100.00% | 95.73% | 1.07% | 0.00% | 3.20% | 0.00% |
| Block 313 | 46 | 46 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 314 | 44 | 44 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 315 | 266 | 153 | 107 | 0 | 6 | 0 |
| | 100.00% | 57.52% | 40.23% | 0.00% | 2.26% | 0.00% |
| Total Block Group 3 | 1,225 | 1,066 | 140 | 0 | 18 | 1 |
| | 100.00% | 87.02% | 11.43% | 0.00% | 1.47% | 0.08% |
| | | | | | | |
| Total Tract 0020 | 1,225 | 1,066 | 140 | 0 | 18 | 1 |
| | 100.00% | 87.02% | 11.43% | 0.00% | 1.47% | 0.08% |
| | | | | | | |
| Tract 0021 | | | | | | |
| | | | | | | |
| Block Group 1 | | | | | | |
| Block 101 | 60 | 60 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 102 | 38 | 38 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 103 | 34 | 34 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 104 | 12 | 12 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 105 | 42 | 42 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 106 | 40 | 40 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 107 | 21 | 21 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 108 | 37 | 37 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 109 | 23 | 23 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 110 | 19 | 19 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |

Units Assigned to a District 
District 2 
Total Populations, All Ages

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 111 | 29 | 29 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 112 | 19 | 19 | 0 | 0 | .0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 113 | 17 | 17 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 114 | 19 | 15 | 4 | 0 | 0 | 0 |
| | 100.00% | 78.95% | 21.05% | 0.00% | 0.00% | 0.00% |
| Block 115 | 55 | 52 | 3 | 0 | 0 | 0 |
| | 100.00% | 94.55% | 5.45% | 0.00% | 0.00% | 0.00% |
| Block 116 | 54 | 54 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 117 | 28 | 28 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 118 | 50 | 50 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 119 | 59 | 58 | 1 | 0 | 0 | 0 |
| | 100.00% | 98.31% | 1.69% | 0.00% | 0.00% | .0.00% |
| Block 120 | 58 | 54 | 4 | 0 | 0 | 0 |
| | 100.00% | 93.10% | 6.90% | 0.00% | 0.00% | 0.00% |
| Total Block Group 1 | 714 | 702 | 12 | 0 | 0 | 0 |
| | 100.00% | 98.32% | 1.68% | 0.00% | 0.00% | 0.00% |
| Block Group 2 | | | | | | |
| Block 201 | 7 | 6 | 1 | 0 | 0 | 0 |
| | 100.00% | 85.71% | 14.29% | 0.00% | 0.00% | 0.00% |
| Block 202 | 16 | 16 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 203 | 44 | 43 | 1 | 0 | 0 | 0 |
| | 100.00% | 97.73% | 2.27% | 0.00% | 0.00% | 0.00% |
| Block 204 | 63 | 48 | 15 | 0 | 0 | 0 |
| | 100.00% | 76.19% | 23.81% | 0.00% | 0.00% | 0.00% |
| Block 205 | 36 | 34 | 2 | 0 | 0 | 0 |
| | 100.00% | 94.44% | 5.56% | 0.00% | 0.00% | 0.00% |
| Block 206 | 91 | 58 | 33 | 0 | 0 | 0 |
| | 100.00% | 63.74% | 36.26% | 0.00% | 0.00% | 0.00% |
| Block 207 | 70 | 56 | 14 | 0 | 0 | 0 |
| | 100.00% | 80.00% | 20.00% | 0.00% | 0.00% | 0.00% |
| Block 208 | 52 | 52 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 209 | 68 | 63 | 5 | 0 | 0 | 0 |
| | 100.00% | 92.65% | 7.35% | 0.00% | 0.00% | 0.00% |
| Block 210 | 85 | 72 | 13 | 0 | 0 | 0 |
| | 100.00% | 84.71% | 15.29% | 0.00% | 0.00% | 0.00% |
| Block 211 | 73 | 63 | 10 | 0 | 0 | 0 |
| | 100.00% | 86.30% | 13.70% | 0.00% | 0.00% | 0.00% |

DB: ALABAMA · Units Assigned to a District · Date: 1/21/92
Plan: REDISTRICT · District 2 · Time: 3:16 p.m.
· Total Populations, All Ages · Page: 9
Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 212 | 52 | 52 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 213 | 35 | 33 | 2 | 0 | 0 | 0 |
| | 100.00% | 94.29% | 5.71% | 0.00% | 0.00% | 0.00% |
| Block 214 | 74 | 59 | 15 | 0 | 0 | 0 |
| | 100.00% | 79.73% | 20.27% | 0.00% | 0.00% | 0.00% |
| Block 215 | 76 | 59 | 17 | 0 | 0 | 0 |
| | 100.00% | 77.63% | 22.37% | 0.00% | 0.00% | 0.00% |
| Block 216 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 2 | 842 | 714 | 128 | 0 | 0 | 0 |
| | 100.00% | 84.80% | 15.20% | 0.00% | 0.00% | 0.00% |
| Block Group 3 | | | | | | |
| Block 301 | 32 | 20 | 12 | 0 | 0 | 0 |
| | 100.00% | 62.50% | 37.50% | 0.00% | 0.00% | 0.00% |
| Block 302 | 64 | 39 | 24 | 0 | 1 | 0 |
| | 100.00% | 60.94% | 37.50% | 0.00% | 1.56% | 0.00% |
| Block 303 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 308 | 51 | 42 | 8 | 0 | 1 | 0 |
| | 100.00% | 82.35% | 15.69% | 0.00% | 1.96% | 0.00% |
| Block 310 | 24 | 22 | 2 | 0 | 0 | 0 |
| | 100.00% | 91.67% | 8.33% | 0.00% | 0.00% | 0.00% |
| Block 311 | 77 | 62 | 15 | 0 | 0 | 0 |
| | 100.00% | 80.52% | 19.48% | 0.00% | 0.00% | 0.00% |
| Block 312 | 37 | 29 | 8 | 0 | 0 | 0 |
| | 100.00% | 78.38% | 21.62% | 0.00% | 0.00% | 0.00% |
| Block 313 | 22 | 19 | 3 | 0 | 0 | 0 |
| | 100.00% | 86.36% | 13.64% | 0.00% | 0.00% | 0.00% |
| Block 314 | 98 | 68 | 26 | 0 | 4 | 0 |
| | 100.00% | 69.39% | 26.53% | 0.00% | 4.08% | 0.00% |
| Block 315 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 316 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 317 | 43 | 35 | 8 | 0 | 0 | 0 |
| | 100.00% | 81.40% | 18.60% | 0.00% | 0.00% | 0.00% |
| Block 318 | 63 | 57 | 6 | 0 | 0 | 0 |
| | 100.00% | 90.48% | 9.52% | 0.00% | 0.00% | 0.00% |
| Block 319 | 51 | 36 | 15 | 0 | 0 | 0 |
| | 100.00% | 70.59% | 29.41% | 0.00% | 0.00% | 0.00% |
| Total Block Group 3 | 562 | 429 | 127 | 0 | 6 | 0 |
| | 100.00% | 76.33% | 22.60% | 0.00% | 1.07% | 0.00% |

**1522**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 2
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 10

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block Group 4 | | | | | | |
| Block 401 | 102 | 68 | 34 | 0 | 0 | 0 |
| | 100.00% | 66.67% | 33.33% | 0.00% | 0.00% | 0.00% |
| Block 402 | 64 | 62 | 2 | 0 | 0 | 0 |
| | 100.00% | 96.88% | 3.13% | 0.00% | 0.00% | 0.00% |
| Block 403 | 56 | 56 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 404 | 55 | 52 | 3 | 0 | 0 | 0 |
| | 100.00% | 94.55% | 5.45% | 0.00% | 0.00% | 0.00% |
| Block 405 | 29 | 29 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 406 | 30 | 30 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 407 | 72 | 52 | 19 | 1 | 0 | 0 |
| | 100.00% | 72.22% | 26.39% | 1.39% | 0.00% | 0.00% |
| Block 408 | 21 | 12 | 9 | 0 | 0 | 0 |
| | 100.00% | 57.14% | 42.86% | 0.00% | 0.00% | 0.00% |
| Block 409 | 53 | 41 | 12 | 0 | 0 | 0 |
| | 100.00% | 77.36% | 22.64% | 0.00% | 0.00% | 0.00% |
| Block 410 | 38 | 38 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 411 | 51 | 38 | 13 | 0 | 0 | 0 |
| | 100.00% | 74.51% | 25.49% | 0.00% | 0.00% | 0.00% |
| Block 412 | 43 | 36 | 7 | 0 | 0 | 0 |
| | 100.00% | 83.72% | 16.28% | 0.00% | 0.00% | 0.00% |
| Block 413 | 36 | 15 | 21 | 0 | 0 | 0 |
| | 100.00% | 41.67% | 58.33% | 0.00% | 0.00% | 0.00% |
| Block 414 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 415 | 26 | 17 | 9 | 0 | 0 | 0 |
| | 100.00% | 65.38% | 34.62% | 0.00% | 0.00% | 0.00% |
| Block 416 | 26 | 24 | 2 | 0 | 0 | 0 |
| | 100.00% | 92.31% | 7.69% | 0.00% | 0.00% | 0.00% |
| Block 417 | 54 | 27 | 27 | 0 | 0 | 0 |
| | 100.00% | 50.00% | 50.00% | 0.00% | 0.00% | 0.00% |
| Block 418 | 89 | 74 | 13 | 0 | 0 | 2 |
| | 100.00% | 83.15% | 14.61% | 0.00% | 0.00% | 2.25% |
| Block 419 | 66 | 62 | 4 | 0 | 0 | 0 |
| | 100.00% | 93.94% | 6.06% | 0.00% | 0.00% | 0.00% |
| Block 420 | 47 | 47 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 421 | 62 | 51 | 11 | 0 | 0 | 0 |
| | 100.00% | 82.26% | 17.74% | 0.00% | 0.00% | 0.00% |
| Block 422 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 423 | 47 | 30 | 17 | 0 | 0 | 0 |
| | 100.00% | 63.83% | 36.17% | 0.00% | 0.00% | 0.00% |
| Block 424 | 76 | 43 | 33 | 0 | 0 | 0 |
| | 100.00% | 56.58% | 43.42% | 0.00% | 0.00% | 0.00% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 2
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 11

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 425 | 44 | 40 | 4 | 0 | 0 | 0 |
| | 100.00% | 90.91% | 9.09% | 0.00% | 0.00% | 0.00% |
| Block 426 | 57 | 33 | 24 | 0 | 0 | 0 |
| | 100.00% | 57.89% | 42.11% | 0.00% | 0.00% | 0.00% |
| Total Block Group 4 | 1,249 | 982 | 264 | 1 | 0 | 2 |
| | 100.00% | 78.62% | 21.14% | 0.08% | 0.00% | 0.16% |
| Total Tract 0021 | 3,367 | 2,827 | 531 | 1 | 6 | 2 |
| | 100.00% | 83.96% | 15.77% | 0.03% | 0.18% | 0.06% |
| **Tract 0022** | | | | | | |
| **Block Group 1** | | | | | | |
| Block 101 | 150 | 27 | 122 | 1 | 0 | 0 |
| | 100.00% | 18.00% | 81.33% | 0.67% | 0.00% | 0.00% |
| Block 102 | 176 | 62 | 114 | 0 | 0 | 0 |
| | 100.00% | 35.23% | 64.77% | 0.00% | 0.00% | 0.00% |
| Block 103 | 32 | 24 | 8 | 0 | 0 | 0 |
| | 100.00% | 75.00% | 25.00% | 0.00% | 0.00% | 0.00% |
| Block 104 | 61 | 36 | 25 | 0 | 0 | 0 |
| | 100.00% | 59.02% | 40.98% | 0.00% | 0.00% | 0.00% |
| Block 105 | 61 | 21 | 40 | 0 | 0 | 0 |
| | 100.00% | 34.43% | 65.57% | 0.00% | 0.00% | 0.00% |
| Block 106 | 78 | 20 | 58 | 0 | 0 | 0 |
| | 100.00% | 25.64% | 74.36% | 0.00% | 0.00% | 0.00% |
| Block 107 | 91 | 45 | 46 | 0 | 0 | 0 |
| | 100.00% | 49.45% | 50.55% | 0.00% | 0.00% | 0.00% |
| Block 108 | 33 | 7 | 26 | 0 | 0 | 0 |
| | 100.00% | 21.21% | 78.79% | 0.00% | 0.00% | 0.00% |
| Block 109 | 48 | 25 | 23 | 0 | 0 | 0 |
| | 100.00% | 52.08% | 47.92% | 0.00% | 0.00% | 0.00% |
| Block 110 | 53 | 24 | 29 | 0 | 0 | 0 |
| | 100.00% | 45.28% | 54.72% | 0.00% | 0.00% | 0.00% |
| Block 111 | 98 | 51 | 46 | 1 | 0 | 0 |
| | 100.00% | 52.04% | 46.94% | 1.02% | 0.00% | 0.00% |
| Total Block Group 1 | 881 | 342 | 537 | 2 | 0 | 0 |
| | 100.00% | 38.82% | 60.95% | 0.23% | 0.00% | 0.00% |
| **Block Group 2** | | | | | | |
| Block 201 | 75 | 36 | 39 | 0 | 0 | 0 |
| | 100.00% | 48.00% | 52.00% | 0.00% | 0.00% | 0.00% |
| Block 202 | 40 | 13 | 27 | 0 | 0 | 0 |
| | 100.00% | 32.50% | 67.50% | 0.00% | 0.00% | 0.00% |
| Block 203 | 56 | 32 | 24 | 0 | 0 | 0 |
| | 100.00% | 57.14% | 42.86% | 0.00% | 0.00% | 0.00% |

**1524**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 2
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 12

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 204 | 474 | 24 | 450 | 0 | 0 | 0 |
| | 100.00% | 5.06% | 94.94% | 0.00% | 0.00% | 0.00% |
| Total Block Group 2 | · 645 | 105 | 540 | 0 | 0 | 0 |
| | 100.00% | 16.28% | 83.72% | 0.00% | 0.00% | 0.00% |
| **Block Group 3** | | | | | | |
| Block 304 | 50 | 27 | 21 | 0 | 2 | 0 |
| | 100.00% | 54.00% | 42.00% | 0.00% | 4.00% | 0.00% |
| Block 305 | 13 | 0 | 11 | 2 | 0 | 0 |
| | 100.00% | 0.00% | 84.62% | 15.38% | 0.00% | 0.00% |
| Block 306 | 46 | 9 | 36 | 0 | 1 | 0 |
| | 100.00% | 19.57% | 78.26% | 0.00% | 2.17% | 0.00% |
| Block 310 | 59 | 23 | 35 | 0 | 1 | 0 |
| | 100.00% | 38.98% | 59.32% | 0.00% | 1.69% | 0.00% |
| Block 312 | 480 | 224 | 255 | 0 | 1 | 0 |
| | 100.00% | 46.67% | 53.13% | 0.00% | 0.21% | 0.00% |
| Block 313 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 3 | 648 | 283 | 358 | 2 | 5 | 0 |
| | 100.00% | 43.67% | 55.25% | 0.31% | 0.77% | 0.00% |
| Total Tract 0022 | 2,174 | 730 | 1,435 | 4 | 5 | 0 |
| | 100.00% | 33.58% | 66.01% | 0.18% | 0.23% | 0.00% |
| Total NORMANDALE LIBRARY | 6,766 | 4,623 | 2,106 | 5 | 29 | 3 |
| | 100.00% | 68.33% | 31.13% | 0.07% | 0.43% | 0.04% |
| HIGHLAND AVE ELEMENTARY | 2,399 | 2,221 | 160 | 1 | 10 | 7 |
| | 100.00% | 92.58% | 6.67% | 0.04% | 0.42% | 0.29% |
| VAUGHN ROAD ELEMENTARY | 8,051 | 7,524 | 417 | 22 | 79 | 9 |
| | 100.00% | 93.45% | 5.18% | 0.27% | 0.98% | 0.11% |
| SOUTHEAST YMCA | 5,843 | 5,660 | 151 | 2 | 28 | 2 |
| | 100.00% | 96.87% | 2.58% | 0.03% | 0.48% | 0.03% |
| ALDERSGATE UNITED METHODIST | 6,572 | 5,733 | 711 | 14. | 97 | 17 |
| | 100.00% | 87.23% | 10.82% | 0.21% | 1.48% | 0.26% |
| JOHN PATTERSON TRADE SCHOOL | 7,780 | 3,614 | 4,066 | 7 | 81 | 12 |
| | 100.00% | 46.45% | 52.26% | 0.09% | 1.04% | 0.15% |
| PETERSON ELEMENTARY | 4,217 | 2,172 | 1,888 | 12 | 64 | 81 |
| | 100.00% | 51.51% | 44.77% | 0.28% | 1.52% | 1.92% |
| CAPITOL HEIGHTS COMMUNITY CENTER | 7,012 | 5,577 | 1,295 | 28 | 99 | 13 |
| | 100.00% | 79.54% | 18.47% | 0.40% | 1.41% | 0.19% |
| HIGHLAND GARDENS COMMUNITY CENTER | 5,337 | 4,945 | 305 | 32 | 46 | 9 |
| | 100.00% | 92.66% | 5.71% | 0.60% | 0.86% | 0.17% |
| LIBRARY-COLISEUM BRANCH | 4,424 | 4,324 | 58 | 9 | 33 | 0 |
| | 100.00% | 97.74% | 1.31% | 0.20% | 0.75% | 0.00% |
| LAGOON PARK FIRE STATION | 7,181 | 6,584 | 445 | 17 | 107 | 28 |
| | 100.00% | 91.69% | 6.20% | 0.24% | 1.49% | 0.39% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 2
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 13

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| FLOWERS ELEMENTARY | 6,575 | 6,215 | 331 | 12 | 13 | 4 |
| | 100.00% | 94.52% | 5.03% | 0.18% | 0.20% | 0.06% |
| GOODWYN COMMUNITY CENTER | 6,085 | 5,844 | 172 | 7 | 51 | 11 |
| | 100.00% | 96.04% | 2.83% | 0.12% | 0.84% | 0.18% |
| ALCAZAR SHRINE TEMPLE | 3,262 | 2,535 | 667 | 2 | 47 | 11 |
| | 100.00% | 77.71% | 20.45% | 0.06% | 1.44% | 0.34% |
| WARES FERRY ROAD ELEMENTARY | 3,175 | 2,596 | 502 | 10 | 57 | 10 |
| | 100.00% | 81.76% | 15.81% | 0.31% | 1.80% | 0.31% |
| JIM WALTERS HOMES | 1,597 | 1,017 | 558 | 10 | 2 | 10 |
| | 100.00% | 63.68% | 34.94% | 0.63% | 0.13% | 0.63% |
| SETH JOHNSON ELEMENTARY | 6,109 | 4,489 | 1,500 | 13 | 74 | 33 |
| | 100.00% | 73.48% | 24.55% | 0.21% | 1.21% | 0.54% |
| PETER CRUMP ELEMENTARY | 3,899 | 2,125 | 1,712 | 12 | 44 | 6 |
| | 100.00% | 54.50% | 43.91% | 0.31% | 1.13% | 0.15% |
| PINEDALE COMMUNITY CENTER | 8,212 | 4,525 | 3,625 | 11 | 37 | 14 |
| | 100.00% | 55.10% | 44.14% | 0.13% | 0.45% | 0.17% |
| AUBURN UNIVERSITY AT MONTGOMERY | 6,135 | 5,151 | 793 | 7 | 169 | 15 |
| | 100.00% | 83.96% | 12.93% | 0.11% | 2.75% | 0.24% |
| WOODMERE INFORMATION CENTER | 4,986 | 4,502 | 367 | 21 | 83 | 13 |
| | 100.00% | 90.29% | 7.36% | 0.42% | 1.66% | 0.26% |
| EASTDALE BAPTIST CHURCH | 2,540 | 2,199 | 249 | 8 | 67 | 17 |
| | 100.00% | 86.57% | 9.80% | 0.31% | 2.64% | 0.67% |
| GEORG WASHINGTON JUNIOR HIGH | 3,942 | 1,339 | 2,564 | 19 | 18 | 2 |
| | 100.00% | 33.97% | 65.04% | 0.48% | 0.46% | 0.05% |
| PIKE ROAD LIBRARY | 852 | 510 | 342 | 0 | 0 | 0 |
| | 100.00% | 59.86% | 40.14% | 0.00% | 0.00% | 0.00% |
| CHESSER COMMUNITY CENTER | 1,340 | 946 | 388 | 6 | 0 | 0 |
| | 100.00% | 70.60% | 28.96% | 0.45% | 0.00% | 0.00% |

ALABAMA NATIONAL BANK-RAMER

Tract 0058

Block Group 2

| Block 205 | 4 | 3 | 1 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|
| | 100.00% | 75.00% | 25.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 2 | 4 | 3 | 1 | 0 | 0 | 0 |
| | 100.00% | 75.00% | 25.00% | 0.00% | 0.00% | 0.00% |

Block Group 3

| Block 323 | 9 | 9 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 3 | 9 | 9 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |

| Total Tract 0058 | 13 | 12 | 1 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|
| | 100.00% | 92.31% | 7.69% | 0.00% | 0.00% | 0.00% |

**1526**

DB: ALABAMA Units Assigned to a District Date: 1/21/92
Plan: REDISTRICT District 2 Time: 3:16 p.m.
 Total Populations, All Ages Page: 14

Plan type: CONGRESSIONAL DISTRICTS

| Census<br>Unit | Total<br>Pop. | Total<br>White | Total<br>Black | Total<br>Am. Ind. | Total<br>Asian/PI | Total<br>Other |
|---|---|---|---|---|---|---|
| Total ALABAMA NATIONAL BANK-RAMER | 13 | 12 | 1 | 0 | 0 | 0 |
| | 100.00% | 92.31% | 7.69% | 0.00% | 0.00% | 0.00% |
| COUNTY BRIDGE MAINTENANCE | 1,080 | 647 | 433 | 0 | 0 | 0 |
| | 100.00% | 59.91% | 40.09% | 0.00% | 0.00% | 0.00% |
| SIKES & KOHN COUNTRY MALL | 896 | 513 | 377 | 5 | 1 | 0 |
| | 100.00% | 57.25% | 42.08% | 0.56% | 0.11% | 0.00% |
| Total Montgomery County | 133,457 | 104,786 | 26,672 | 305 | 1,361 | 333 |
| | 100.00% | 78.52% | 19.99% | 0.23% | 1.02% | 0.25% |
| Pike County | 27,595 | 17,814 | 9,548 | 146 | 68 | 19 |
| | 100.00% | 64.56% | 34.60% | 0.53% | 0.25% | 0.07% |
| Total District 2 | 577,227 | 431,639 | 139,265 | 1,692 | 3,362 | 1,269 |
| | 100.00% | 74.78% | 24.13% | 0.29% | 0.58% | 0.22% |

**1527**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 3
Total Populations, All Ages.

Date: 1/21/92
Time: 3:16 p.m.
Page: 15

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| **Bibb County** | | | | | | |
| GREENPOND | 1,980 | 1,907 | 66 | 3 | 0 | 4 |
| | 100.00% | 96.31% | 3.33% | 0.15% | 0.00% | 0.20% |
| CEDAR GROVE | 802 | 699 | 98 | 4 | 1 | 0 |
| | 100.00% | 87.16% | 12.22% | 0.50% | 0.12% | 0.00% |
| PONDVILLE | 489 | 430 | 58 | 1 | 0 | 0 |
| | 100.00% | 87.93% | 11.86% | 0.20% | 0.00% | 0.00% |
| BRENT-SOUTH | 3,064 | 1,589 | 1,467 | 2 | 0 | 6 |
| | 100.00% | 51.86% | 47.88% | 0.07% | 0.00% | 0.20% |
| CENTREVILLE | 2,116 | 1,681 | 433 | 1 | 1 | 0 |
| | 100.00% | 79.44% | 20.46% | 0.05% | 0.05% | 0.00% |
| RANDOLPH | 784 | 650 | 134 | 0 | 0 | 0 |
| | 100.00% | 82.91% | 17.09% | 0.00% | 0.00% | 0.00% |
| RIVERBEND | 288 | 288 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| **WEST BLOCKTON-WEST** | | | | | | |
| **Tract 9513** | | | | | | |
| **Block Group 3** | | | | | | |
| Block 306B | 77 | 66 | 11 | 0 | 0 | 0 |
| | 100.00% | 85.71% | 14.29% | 0.00% | 0.00% | 0.00% |
| Block 306D | 93 | 89 | 3 | 0 | 1 | 0 |
| | 100.00% | 95.70% | 3.23% | 0.00% | 1.08% | 0.00% |
| Block 308D | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 327 | 33 | 7 | 26 | 0 | 0 | 0 |
| | 100.00% | 21.21% | 78.79% | 0.00% | 0.00% | 0.00% |
| Block 328 | 9 | 9 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 329 | 1 | 0 | 1 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0,00% |
| Block 330 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 331 | 6 | 1 | 5 | 0 | 0 | 0 |
| | 100.00% | 16.67% | 83.33% | 0.00% | 0.00% | 0.00% |
| Block 332 | 7 | 0 | 7 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 333 | 2 | 0 | 2 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 334B | 158 | 153 | 5 | 0 | 0 | 0 |
| | 100.00% | 96.84% | 3.16% | 0.00% | 0.00% | 0.00% |
| Block 337 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 338 | 39 | 39 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |

**1528**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 3
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 16

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 339 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 340 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 341 | 20 | 20 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 342 | 9 | 9 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 343 | 53 | 53 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Water block 399D | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399E | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399F | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399G | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399H | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399J | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 3 | 512 | 451 | 60 | 0 | 1 | 0 |
| | 100.00% | 88.09% | 11.72% | 0.00% | 0.20% | 0.00% |
| **Block Group 4** | | | | | | |
| Block 408A | 2 | 2 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 408B | 47 | 47 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 409 | 35 | 35 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 410 | 54 | 54 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 411 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 412 | 2 | 2 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 413A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 413B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 414 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 423 | 0 | 0 | 0 | 0 | 0 | 0 |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 3
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 17

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 424 | 9 | 9 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 429 | 1 | 1 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 430 | 1 | 1 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 431 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 499B | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 499R | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 499T | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 499U | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 499V | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 4 | 151 | 151 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |

Block Group 5

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 520 | 66 | 36 | 30 | 0 | 0 | 0 |
| | 100.00% | 54.55% | 45.45% | 0.00% | 0.00% | 0.00% |
| Block 521 | 46 | 40 | 6 | 0 | 0 | 0 |
| | 100.00% | 86.96% | 13.04% | 0.00% | 0.00% | 0.00% |
| Block 522A | 28 | 28 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 522B | 102 | 59 | 43 | 0 | 0 | 0 |
| | 100.00% | 57.84% | 42.16% | 0.00% | 0.00% | 0.00% |
| Block 523 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 524 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 525 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 526 | 10 | 9 | 0 | 1 | 0 | 0 |
| | 100.00% | 90.00% | 0.00% | 10.00% | 0.00% | 0.00% |
| Block 527 | 40 | 40 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 528 | 82 | 82 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 529 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 549 | 14 | 14 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |

**1530**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 3
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 18

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 550 | 21 | 21 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 551 | 19 | 19 | 0 | 0 | .0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Water block 599J | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 599K | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 5 | 428 | 348 | 79 | 1 | 0 | 0 |
| | 100.00% | 81.31% | 18.46% | 0.23% | 0.00% | 0.00% |
| Total Tract 9513 | 1,091 | 950 | 139 | 1 | 1 | 0 |
| | 100.00% | 87.08% | 12.74% | 0.09% | 0.09% | 0.00% |
| Total WEST BLOCKTON-WEST | 1,091 | 950 | 139 | 1 | 1 | 0 |
| | 100.00% | 87.08% | 12.74% | 0.09% | 0.09% | 0.00% |
| EOLINE | 616 | 523 | 93 | 0 | 0 | 0 |
| | 100.00% | 84.90% | 15.10% | 0.00% | 0.00% | 0.00% |
| BRENT-NORTH | 1,224 | 1,065 | 152 | 0 | 7 | 0 |
| | 100.00% | 87.01% | 12.42% | 0.00% | 0.57% | 0.00% |
| HARRISBURG | 410 | 207 | 203 | 0 | 0 | 0 |
| | 100.00% | 50.49% | 49.51% | 0.00% | 0.00% | 0.00% |
| TABERNACLE | 193 | 189 | 4 | 0 | 0 | 0 |
| | 100.00% | 97.93% | 2.07% | 0.00% | 0.00% | 0.00% |
| Total Bibb County | 13,057 | 10,178 | 2,847 | 12 | 10 | 10 |
| | 100.00% | 77.95% | 21.80% | 0.09% | 0.08% | 0.08% |
| Calhoun County | 116,034 | 92,873 | 21,578 | 296 | 869 | 418 |
| | 100.00% | 80.04% | 18.60% | 0.26% | 0.75% | 0.36% |
| Chambers County | 36,876 | 23,575 | 13,221 | 41 | 13 | 26 |
| | 100.00% | 63.93% | 35.85% | 0.11% | 0.04% | 0.07% |
| Chilton County | 32,458 | 28,647 | 3,674 | 63 | 38 | 36 |
| | 100.00% | 88.26% | 11.32% | 0.19% | 0.12% | 0.11% |
| Clay County | 13,252 | 11,044 | 2,166 | 23 | 13 | 6 |
| | 100.00% | 83.34% | 16.34% | 0.17% | 0.10% | 0.05% |
| Cleburne County | 12,730 | 12,084 | 587 | 20 | 13 | 26 |
| | 100.00% | 94.93% | 4.61% | 0.16% | 0.10% | 0.20% |
| Coosa County | 11,063 | 7,242 | 3,782 | 34 | 4 | 1 |
| | 100.00% | 65.46% | 34.19% | 0.31% | 0.04% | 0.01% |
| Lee County | 87,146 | 64,889 | 20,407 | 132 | 1,584 | 134 |
| | 100.00% | 74.46% | 23.42% | 0.15% | 1.82% | 0.15% |
| Macon County | 24,928 | 3,443 | 21,340 | 24 | 99 | 22 |
| | 100.00% | 13.81% | 85.61% | 0.10% | 0.40% | 0.09% |
| Randolph County | 19,881 | 15,138 | 4,686 | 29 | 21 | 7 |
| | 100.00% | 76.14% | 23.57% | 0.15% | 0.11% | 0.04% |
| Russell County | 46,860 | 28,473 | 18,088 | 90 | 117 | 92 |
| | 100.00% | 60.76% | 38.60% | 0.19% | 0.25% | 0.20% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 3
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 19

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| St. Clair County | 50,009 | 45,138 | 4,561 | 136 | 77 | 97 |
| | 100.00% | 90.26% | 9.12% | 0.27% | 0.15% | 0.19% |
| Talladega County | 74,107 | 50,970 | 22,773 | 174 | 113 | 77 |
| | 100.00% | 68.78% | 30.73% | 0.23% | 0.15% | 0.10% |
| Tallapoosa County | 38,826 | 28,493 | 10,212 | 62 | 37 | 22 |
| | 100.00% | 73.39% | 26.30% | 0.16% | 0.10% | 0.06% |
| Total District 3 | 577,227 | 422,187 | 149,922 | 1,136 | 3,008 | 974 |
| | 100.00% | 73.14% | 25.97% | 0.20% | 0.52% | 0.17% |

**1532**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 4
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 20

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Blount County | 39,248 | 38,397 | 521 | 133 | 33 | 164 |
| | 100.00% | 97.83% | 1.33% | 0.34% | 0.08% | 0.42% |
| Cherokee County | 19,543 | 18,154 | 1,291 | 51 | 24 | 23 |
| | 100.00% | 92.89% | 6.61% | 0.26% | 0.12% | 0.12% |
| Cullman County | 67,613 | 66,744 | 560 | 134 | 117 | 58 |
| | 100.00% | 98.71% | 0.83% | 0.20% | 0.17% | 0.09% |
| DeKalb County | · 54,651 | 52,980 | 1,028 | 481 | 77 | 85 |
| | 100.00% | 96.94% | 1.88% | 0.88% | 0.14% | 0.16% |
| Etowah County | 99,840 | 85,274 | 13,799 | 250 | 419 | 98 |
| | 100.00% | 85.41% | 13.82% | 0.25% | 0.42% | 0.10% |
| Fayette County | 17,962 | 15,717 | 2,190 | 9 | 19 | 27 |
| | 100.00% | 87.50% | 12.19% | 0.05% | 0.11% | 0.15% |
| Franklin County | 27,814 | 26,463 | 1,249 | 57 | 35 | 10 |
| | 100.00% | 95.14% | 4.49% | 0.20% | 0.13% | 0.04% |
| Lamar County | 15,715 | 13,805 | 1,862 | 24 | 10 | 14 |
| | 100.00% | 87.85% | 11.85% | 0.15% | 0.06% | 0.09% |

Lawrence County

CITY HALL PRECINCT 1 BOX 1

Tract 9791

Block Group 1

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 109 | 16 | 13 | 3 | 0 | 0 | 0 |
| | 100.00% | 81.25% | 18.75% | 0.00% | 0.00% | 0.00% |
| Block 110A | 23 | 1 | 22 | 0 | 0 | 0 |
| | 100.00% | 4.35% | 95.65% | 0.00% | 0.00% | 0.00% |
| Block 110B | 62 | 2 | 58 | 2 | 0 | 0 |
| | 100.00% | 3.23% | 93.55% | 3.23% | 0.00% | 0.00% |
| Block 111A | 79 | 2 | 77 | 0 | 0 | 0 |
| | 100.00% | 2.53% | 97.47% | 0.00% | 0.00% | 0.00% |
| Block 111B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 111C | 18 | 6 | 12 | 0 | 0 | 0 |
| | 100.00% | 33.33% | 66.67% | 0.00% | 0.00% | 0.00% |
| Block 111D | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 112A | 11 | 0 | 11 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 112B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 113 | 50 | 0 | 46 | 4 | 0 | 0 |
| | 100.00% | 0.00% | 92.00% | 8.00% | 0.00% | 0.00% |
| Block 114A | 107 | 18 | 89 | 0 | 0 | 0 |
| | 100.00% | 16.82% | 83.18% | 0.00% | · 0.00% | 0.00% |
| Block 114B | 0 | 0 | 0 | 0 | 0 | 0 |

DB: ALABAMA 
Plan: REDISTRICT 

Units Assigned to a District 
District 4 
Total Populations, All Ages 

Date: 1/21/92 
Time: 3:16 p.m. 
Page: 21 

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 115A | 21 | 0 | 21 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 115B | 26 | 0 | 26 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 116 | 48 | 0 | 48 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 117 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 118A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 118B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 119 | 45 | 42 | 0 | 2 | 0 | 1 |
| | 100.00% | 93.33% | 0.00% | 4.44% | 0.00% | 2.22% |
| Block 120 | 1 | 1 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 121 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 122 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 123 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 124 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 125 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 132 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 133 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 134 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 135 | 30 | 25 | 5 | 0 | 0 | 0 |
| | 100.00% | 83.33% | 16.67% | 0.00% | 0.00% | 0.00% |
| Block 136A | 47 | 5 | 38 | 4 | 0 | 0 |
| | 100.00% | 10.64% | 80.85% | 8.51% | 0.00% | 0.00% |
| Block 136B | 25 | 7 | 18 | 0 | 0 | 0 |
| | 100.00% | 28.00% | 72.00% | 0.00% | 0.00% | 0.00% |
| Block 137 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 138 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 139 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 152 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 153 | 13 | 13 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |

**1534**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 4
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 22

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 154 | 22 | 17 | 5 | 0 | 0 | 0 |
| | 100.00% | 77.27% | 22.73% | 0.00% | 0.00% | 0.00% |
| Block 155 | 35 | 35 | 0 | 0 | ·0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 156A | 97 | 6 | 91 | 0 | 0 | 0 |
| | 100.00% | 6.19% | 93.81% | 0.00% | 0.00% | 0.00% |
| Block 156B | 56 | 2 | 54 | 0 | 0 | 0 |
| | 100.00% | 3.57% | 96.43% | 0.00% | 0.00% | 0.00% |
| Block 157 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 158 | 12 | 12 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 159 | 11 | 11 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 160 | 16 | 11 | 1 | 4 | 0 | 0 |
| | 100.00% | 68.75% | 6.25% | 25.00% | 0.00% | 0.00% |
| Block 161 | 29 | 8 | 21 | 0 | 0 | 0 |
| | 100.00% | 27.59% | 72.41% | 0.00% | 0.00% | ·0.00% |
| Block 162 | 28 | 9 | 19 | 0 | 0 | 0 |
| | 100.00% | 32.14% | 67.86% | 0.00% | 0.00% | 0.00% |
| Block 163 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 164 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 165A | 8 | 0 | 8 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 165B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 166 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 167 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 168 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 169 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 170 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 173 | 36 | 25 | 10 | 1 | 0 | 0 |
| | 100.00% | 69.44% | 27.78% | 2.78% | 0.00% | 0.00% |
| Block 174 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 175 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 176 | 38 | 14 | 20 | 4 | 0 | 0 |
| | 100.00% | 36.84% | 52.63% | 10.53% | 0.00% | 0.00% |
| Block 177 | 0 | 0 | 0 | 0 | 0 | 0 |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 4
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 23

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 178 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 179 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 180 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 181 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 182 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 189 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 1 | 1,013 100.00% | 288 28.43% | 703 69.40% | 21 2.07% | 0 0.00% | 1 0.10% |
| **Block Group 2** | | | | | | |
| Block 201 | 18 100.00% | 10 55.56% | 2 11.11% | 6 33.33% | 0 0.00% | 0 0.00% |
| Block 202 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 203 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 210 | 36 100.00% | 36 100.00% | 0 0.00% | 0 0.00% | 0 0.00% | 0 0.00% |
| Block 211 | 32 100.00% | 29 90.63% | 0 0.00% | 3 9.38% | 0 0.00% | 0 0.00% |
| Block 212 | 41 100.00% | 41 100.00% | 0 0.00% | 0 0.00% | 0 0.00% | 0 0.00% |
| Block 213 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 214 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 215 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 216 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 217 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 218 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 219 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 220 | 6 100.00% | 6 100.00% | 0 0.00% | 0 0.00% | 0 0.00% | 0 0.00% |
| Block 221 | 19 100.00% | 0 0.00% | 19 100.00% | 0 0.00% | 0 0.00% | 0 0.00% |

**1536**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 4
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 24

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 223 | 53 | 2 | 51 | 0 | 0 | 0 |
| | 100.00% | 3.77% | 96.23% | 0.00% | 0.00% | 0.00% |
| Block 224 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 227 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 228 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 229 | 22 | 0 | 22 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 230 | 26 | 0 | 24 | 2 | 0 | 0 |
| | 100.00% | 0.00% | 92.31% | 7.69% | 0.00% | 0.00% |
| Block 231 | 3 | 0 | 3 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 232 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 233 | 29 | 20 | 7 | 2 | 0 | 0 |
| | 100.00% | 68.97% | 24.14% | 6.90% | 0.00% | 0.00% |
| Block 236 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 237 | 19 | 0 | 19 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 238 | 30 | 0 | 30 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 239 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 240 | 14 | 5 | 9 | 0 | 0 | 0 |
| | 100.00% | 35.71% | 64.29% | 0.00% | 0.00% | 0.00% |
| Block 241 | 2 | 2 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 242 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 243 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 244 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 245 | 63 | 61 | 2 | 0 | 0 | 0 |
| | 100.00% | 96.83% | 3.17% | 0.00% | 0.00% | 0.00% |
| Block 246 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 247 | 15 | 13 | 2 | 0 | 0 | 0 |
| | 100.00% | 86.67% | 13.33% | 0.00% | 0.00% | 0.00% |
| Block 252 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 273 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 274 | 0 | 0 | 0 | 0 | 0 | 0 |

DB: ALABAMA
Plan: REDISTRICT
Plan type: CONGRESSIONAL DISTRICTS

Units Assigned to a District
District 4
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 25

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 275 | 11 | 11 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 276 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 277 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 278 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 279 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 280 | 1 | 0 | 1 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 281 | 2 | 2 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 282 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 283 | 12 | 1 | 11 | 0 | 0 | 0 |
| | 100.00% | 8.33% | 91.67% | 0.00% | 0.00% | 0.00% |
| Block 284 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Water block 299A | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 299B | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 299C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 299D | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 299E | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 299F | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 2 | 469 | 254 | 202 | 13 | 0 | 0 |
| | 100.00% | 54.16% | 43.07% | 2.77% | 0.00% | 0.00% |
| Total Tract 9791 | 1,482 | 542 | 905 | 34 | 0 | 1 |
| | 100.00% | 36.57% | 61.07% | 2.29% | 0.00% | 0.07% |
| Total CITY HALL PRECINCT 1 BOX 1 | 1,482 | 542 | 905 | 34 | 0 | 1 |
| | 100.00% | 36.57% | 61.07% | 2.29% | 0.00% | 0.07% |
| FISH POND CHURCH PCT 1 BX 2 | 426 | 214 | 186 | 26 | 0 | 0 |
| | 100.00% | 50.23% | 43.66% | 6.10% | 0.00% | 0.00% |
| MASONIC HALL PCT 6 BX 1 | 978 | 730 | 208 | 39 | 1 | 0 |
| | 100.00% | 74.64% | 21.27% | 3.99% | 0.10% | 0.00% |
| DONALD CHURCH PCT 7 BX 1 | 797 | 665 | 79 | 52 | 0 | 1 |
| | 100.00% | 83.44% | 9.91% | 6.52% | 0.00% | 0.13% |
| FLAT ROCK COMMUNITY CENTER PCT 8 B | 285 | 258 | 0 | 27 | 0 | 0 |
| | 100.00% | 90.53% | 0.00% | 9.47% | 0.00% | 0.00% |

**1538**

DB: ALABAMA 
Plan: REDISTRICT

Units Assigned to a District 
District 4 
Total Populations, All Ages

Date: 1/21/92 
Time: 3:16 p.m. 
Page: 26

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| MASONIC HALL PCT 8 BX 3 | 352 | 305 | 0 | 47 | 0 | 0 |
| | 100.00% | 86.65% | 0.00% | 13.35% | 0.00% | 0.00% |
| MT HOPE HIGH SCHOOL PCT 9 BX 1 | 1,033 | 940 | 46 | 47 | 0 | 0 |
| | 100.00% | 91.00% | 4.45% | 4.55% | 0.00% | 0.00% |
| TERRYS TIRE COMPANY PCT 9 BX 2 | 732 | 628 | 56 | 47 | 1 | 0 |
| | 100.00% | 85.79% | 7.65% | 6.42% | 0.14% | 0.00% |
| FIRE STATION PCT 10 BX 1 | 2,019 | 1,862 | 7 | 148 | 1 | 1 |
| | 100.00% | 92.22% | 0.35% | 7.33% | 0.05% | 0.05% |
| MORRIS CHAPEL CHURCH PCT 11 BX 1 | 2,212 | 2,026 | 4 | 180 | 1 | 1 |
| | 100.00% | 91.59% | 0.18% | 8.14% | 0.05% | 0.05% |
| LANIER STORE PCT 11 BX 2 | 783 | 697 | 3 | 83 | 0 | 0 |
| | 100.00% | 89.02% | 0.38% | 10.60% | 0.00% | 0.00% |
| MASONIC HALL PCT 12 BX 1 | 1,255 | 1,166 | 0 | 88 | 1 | 0 |
| | 100.00% | 92.91% | 0.00% | 7.01% | 0.08% | 0.00% |
| FIRE STATION PCT 13 BX 1 | 1,490 | 1,321 | 0 | 169 | 0 | 0 |
| | 100.00% | 88.66% | 0.00% | 11.34% | 0.00% | 0.00% |
| OLD MIDWAY STORE PCT 14 BX 1 | 630 | 588 | 0 | 42 | 0 | 0 |
| | 100.00% | 93.33% | 0.00% | 6.67% | 0.00% | 0.00% |
| HOOPER BUILDING PCT 14 BX 2 | 404 | 355 | 27 | 22 | 0 | 0 |
| | 100.00% | 87.87% | 6.68% | 5.45% | 0.00% | 0.00% |
| FELLOWSHIP HALL PCT 15 BX 1 | 1,035 | 972 | 7 | 55 | 1 | 0 |
| | 100.00% | 93.91% | 0.68% | 5.31% | 0.10% | 0.00% |
| AYCOCK BUILDING PCT 16 BX 1 | 1,123 | 1,051 | 1 | 69 | 2 | 0 |
| | 100.00% | 93.59% | 0.09% | 6.14% | 0.18% | 0.00% |
| OLD LIBERTY CHURCH PCT 17 BX 1 | 367 | 355 | 0 | 12 | 0 | 0 |
| | 100.00% | 96.73% | 0.00% | 3.27% | 0.00% | 0.00% |
| FIRE STATION PCT 18 BX 1 | 836 | 731 | 12 | 93 | 0 | 0 |
| | 100.00% | 87.44% | 1.44% | 11.12% | 0.00% | 0.00% |
| ARMORY PCT 19 BX 1 | 1,727 | 1,553 | 113 | 61 | 0 | 0 |
| | 100.00% | 89.92% | 6.54% | 3.53% | 0.00% | 0.00% |
| FAIRFIELD CHURCH PCT 19 BX 2 | 152 | 128 | 0 | 21 | 3 | 0 |
| | 100.00% | 84.21% | 0.00% | 13.82% | 1.97% | 0.00% |
| PLEASANT GROVE CHURCH PCT 20 BX 1 | 246 | 229 | 11 | 6 | 0 | 0 |
| | 100.00% | 93.09% | 4.47% | 2.44% | 0.00% | 0.00% |
| TAB SCOTT BUILDING PCT 21 BX 1 | 863 | 578 | 209 | 76 | 0 | 0 |
| | 100.00% | 66.98% | 24.22% | 8.81% | 0.00% | 0.00% |
| HIGH SCHOOL PCT 21 BX 2 | 795 | 638 | 9 | 147 | 1 | 0 |
| | 100.00% | 80.25% | 1.13% | 18.49% | 0.13% | 0.00% |
| LINDSEY HALL CHURCH PCT 22 BX 1 | 94 | 91 | 0 | 3 | 0 | 0 |
| | 100.00% | 96.81% | 0.00% | 3.19% | 0.00% | 0.00% |
| PINEY GROVE CHURCH PCT 22 BX 2 | 169 | 154 | 0 | 15 | 0 | 0 |
| | 100.00% | 91.12% | 0.00% | 8.88% | 0.00% | 0.00% |
| GILLESPIE STORE PCT 23 BX 1 | 280 | 266 | 0 | 14 | 0 | 0 |
| | 100.00% | 95.00% | 0.00% | 5.00% | 0.00% | 0.00% |
| PINHOOK COMMUNITY CENTER PCT 23 BX | 252 | 200 | 11 | 41 | 0 | 0 |
| | 100.00% | 79.37% | 4.37% | 16.27% | 0.00% | 0.00% |
| CITY HALL PCT 24 BX 1 | 515 | 460 | 0 | 54 | 1 | 0 |
| | 100.00% | 89.32% | 0.00% | 10.49% | 0.19% | 0.00% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 4
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 27

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| MT MORIAH CHURCH PCT 24 BX 2 | 330 | 290 | 12 | 28 | 0 | 0 |
| | 100.00% | 87.88% | 3.64% | 8.48% | 0.00% | 0.00% |
| BOARD OF EDUCATION PCT 25 BX 1 | 2,409 | 1,996 | 218 | 193 | 0 | 2 |
| | 100.00% | 82.86% | 9.05% | 8.01% | 0.00% | 0.08% |
| RUTHERFORD STORE PCT 25 BX 2 | 118 | 94 | 0 | 24 | 0 | 0 |
| | 100.00% | 79.66% | 0.00% | 20.34% | 0.00% | 0.00% |
| FREEMAN TABERNACLE CHURCH PCT 25 B | 310 | 24 | 284 | 2 | 0 | 0 |
| | 100.00% | 7.74% | 91.61% | 0.65% | 0.00% | 0.00% |
| Total Lawrence County | 26,499 | 22,107 | 2,408 | 1,965 | 13 | 6 |
| | 100.00% | 83.43% | 9.09% | 7.42% | 0.05% | 0.02% |
| Marion County | 29,830 | 28,759 | 967 | 57 | 35 | 12 |
| | 100.00% | 96.41% | 3.24% | 0.19% | 0.12% | 0.04% |
| Marshall County | 70,832 | 69,361 | 1,087 | 231 | 111 | 42 |
| | 100.00% | 97.92% | 1.53% | 0.33% | 0.16% | 0.06% |
| Pickens County | | | | | | |
| LIBERTY | 483 | 281 | 202 | 0 | 0 | 0 |
| | 100.00% | 58.18% | 41.82% | 0.00% | 0.00% | 0.00% |
| REFORM | 2,229 | 1,423 | 805 | 1 | 0 | 0 |
| | 100.00% | 63.84% | 36.11% | 0.04% | 0.00% | 0.00% |
| ETHELSVILLE | 742 | 612 | 130 | 0 | 0 | 0 |
| | 100.00% | 82.48% | 17.52% | 0.00% | 0.00% | 0.00% |
| MCSHAN | 274 | 196 | 74 | 2 | 2 | 0 |
| | 100.00% | 71.53% | 27.01% | 0.73% | 0.73% | 0.00% |
| PINE GROVE | 91 | 84 | 7 | 0 | 0 | 0 |
| | 100.00% | 92.31% | 7.69% | 0.00% | 0.00% | 0.00% |
| CARROLLTON | 116 | 104 | 12 | 0 | 0 | 0 |
| | 100.00% | 89.66% | 10.34% | 0.00% | 0.00% | 0.00% |
| ALICEVILLE | 3,633 | 981 | 2,646 | 1 | 5 | 0 |
| | 100.00% | 27.00% | 72.83% | 0.03% | 0.14% | 0.00% |
| PALMETTA | 502 | 431 | 67 | 4 | 0 | 0 |
| | 100.00% | 85.86% | 13.35% | 0.80% | 0.00% | 0.00% |
| FAIRVIEW | 1,215 | 1,191 | 23 | 1 | 0 | 0 |
| | 100.00% | 98.02% | 1.89% | 0.08% | 0.00% | 0.00% |
| REFORM | 1,564 | 1,182 | 369 | 10 | 2 | 1 |
| | 100.00% | 75.58% | 23.59% | 0.64% | 0.13% | 0.06% |
| HOLLY SPRINGS | 94 | 83 | 11 | 0 | 0 | 0 |
| | 100.00% | 88.30% | 11.70% | 0.00% | 0.00% | 0.00% |
| GORDO | 785 | 727 | 55 | 2 | 1 | 0 |
| | 100.00% | 92.61% | 7.01% | 0.25% | 0.13% | 0.00% |

CARROLLTON

Tract 9879

Block Group 1

**1540**

DB: ALABAMA
Plan: REDISTRICT
Plan type: CONGRESSIONAL DISTRICTS

Units Assigned to a District
District 4
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 28

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 108A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 113 | 59 | 59 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 114 | 9 | 9 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 115 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 116 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 117 | 18 | 18 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 118 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 119 | 17 | 17 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 120A | 43 | 43 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 120B | 44 | 44 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 121A | 14 | 9 | 5 | 0 | 0 | 0 |
| | 100.00% | 64.29% | 35.71% | 0.00% | 0.00% | 0.00% |
| Block 121B | 37 | 22 | 15 | 0 | 0 | 0 |
| | 100.00% | 59.46% | 40.54% | 0.00% | 0.00% | 0.00% |
| Block 122 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 123 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 124A | 156 | 115 | 40 | 1 | 0 | 0 |
| | 100.00% | 73.72% | 25.64% | 0.64% | 0.00% | 0.00% |
| Block 127 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 128A | 47 | 47 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 129 | 2 | 2 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 130 | 25 | 25 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 131 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 132 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 133 | 12 | 12 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 134 | 17 | 17 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 135 | 10 | 10 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |

DB: ALABAMA 
Plan: REDISTRICT 

Units Assigned to a District 
District 4 
Total Populations, All Ages 

Date: 1/21/92 
Time: 3:16 p.m. 
Page: 29 

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 136 | 2 | 1 | 1 | 0 | 0 | 0 |
| | 100.00% | 50.00% | 50.00% | 0.00% | 0.00% | 0.00% |
| Block 137 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 138 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 139 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 140 | 1 | 1 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 141 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 142 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 143 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 144A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 145A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 145B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 147 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 148 | 79 | 20 | 59 | 0 | 0 | 0 |
| | 100.00% | 25.32% | 74.68% | 0.00% | 0.00% | 0.00% |
| Block 149 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 150 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199B | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199D | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199E | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199F | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199G | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 1 | 617 | 496 | 120 | 1 | 0 | 0 |
| | 100.00% | 80.39% | 19.45% | 0.16% | 0.00% | 0.00% |

Block Group 2

**1542**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 4
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 30

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 205A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 206A | 60 | 1 | 59 | 0 | 0 | 0 |
| | 100.00% | 1.67% | 98.33% | 0.00% | 0.00% | 0.00% |
| Block 207 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 208 | 5 | 0 | 5 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 209 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 210 | 1 | 1 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 211 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 212 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 213 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 214 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 215 | 31 | 4 | 27 | 0 | 0 | 0 |
| | 100.00% | 12.90% | 87.10% | 0.00% | 0.00% | 0.00% |
| Block 216 | 55 | 27 | 27 | 1 | 0 | 0 |
| | 100.00% | 49.09% | 49.09% | 1.82% | 0.00% | 0.00% |
| Block 217 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 218 | 10 | 10 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 219 | 6 | 6 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 220 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 221 | 20 | 11 | 9 | 0 | 0 | 0 |
| | 100.00% | 55.00% | 45.00% | 0.00% | 0.00% | 0.00% |
| Block 222 | 16 | 16 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 223 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 224 | 58 | 53 | 5 | 0 | 0 | 0 |
| | 100.00% | 91.38% | 8.62% | 0.00% | 0.00% | 0.00% |
| Block 225A | 38 | 19 | 19 | 0 | 0 | 0 |
| | 100.00% | 50.00% | 50.00% | 0.00% | 0.00% | 0.00% |
| Block 226 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 227A | 8 | 2 | 6 | 0 | 0 | 0 |
| | 100.00% | 25.00% | 75.00% | 0.00% | 0.00% | 0.00% |
| Block 228 | 6 | 6 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 4
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 31

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 229A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 229B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 230 | 38 | 30 | 8 | 0 | 0 | 0 |
| | 100.00% | 78.95% | 21.05% | 0.00% | 0.00% | 0.00% |
| Block 231 | 13 | 13 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 232 | 1 | 1 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 233A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 233B | 14 | 14 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 234A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 234B | 7 | 7 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 235 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 236 | 4 | 0 | 4 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 237 | 4 | 0 | 4 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 238 | 21 | 21 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 239 | 1 | 1 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 243 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 244 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 245 | 25 | 25 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 246 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 247 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 248A | 68 | 63 | 5 | 0 | 0 | 0 |
| | 100.00% | 92.65% | 7.35% | 0.00% | 0.00% | 0.00% |
| Block 248B | 106 | 40 | 66 | 0 | 0 | 0 |
| | 100.00% | 37.74% | 62.26% | 0.00% | 0.00% | 0.00% |
| Block 249 | 9 | 9 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 250 | 7 | 7 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 251 | 0 | 0 | 0 | 0 | 0 | 0 |

**1544**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 4
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 32

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 252 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 253 | 20 | 13 | 7 | 0 | 0 | 0 |
| | 100.00% | 65.00% | 35.00% | 0.00% | 0.00% | 0.00% |
| Block 254 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 255 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 256 | 1 | 1 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 257 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 299A | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 299D | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 299E | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 299F | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 2 | 662 | 410 | 251 | 1 | 0 | 0 |
| | 100.00% | 61.93% | 37.92% | 0.15% | 0.00% | 0.00% |
| **Block Group 3** | | | | | | |
| Block 301A | 64 | 7 | 57 | 0 | 0 | 0 |
| | 100.00% | 10.94% | 89.06% | 0.00% | 0.00% | 0.00% |
| Block 301B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 302A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 302B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 303 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 304 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 305 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 306A | 45 | 45 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 307 | 19 | 0 | 19 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 308 | 97 | 3 | 94 | 0 | 0 | 0 |
| | 100.00% | 3.09% | 96.91% | 0.00% | 0.00% | 0.00% |
| Block 309 | 0 | 0 | 0 | 0 | 0 | 0 |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 4
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 33

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 310 | 24 | 2 | 22 | 0 | 0 | 0 |
| | 100.00% | 8.33% | 91.67% | 0.00% | 0.00% | 0.00% |
| Block 315 | 22 | 3 | 19 | 0 | 0 | 0 |
| | 100.00% | 13.64% | 86.36% | 0.00% | 0.00% | 0.00% |
| Block 316 | 17 | 0 | 17 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 317 | 11 | 2 | 9 | 0 | 0 | 0 |
| | 100.00% | 18.18% | 81.82% | 0.00% | 0.00% | 0.00% |
| Block 318 | 7 | 0 | 7 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 319 | 1 | 0 | 1 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 328A | 201 | 40 | 158 | 0 | 3 | 0 |
| | 100.00% | 19.90% | 78.61% | 0.00% | 1.49% | 0.00% |
| Block 328B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 329 | 71 | 0 | 71 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Water block 399A | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399B | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 3 | 579 | 102 | 474 | 0 | 3 | 0 |
| | 100.00% | 17.62% | 81.87% | 0.00% | 0.52% | 0.00% |
| **Block Group 4** | | | | | | |
| Block 401 | 16 | 16 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 402 | 45 | 43 | 2 | 0 | 0 | 0 |
| | 100.00% | 95.56% | 4.44% | 0.00% | 0.00% | 0.00% |
| Block 403 | 8 | 8 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 404 | 15 | 6 | 9 | 0 | 0 | 0 |
| | 100.00% | 40.00% | 60.00% | 0.00% | 0.00% | 0.00% |
| Block 436 | 176 | 21 | 155 | 0 | 0 | 0 |
| | 100.00% | 11.93% | 88.07% | 0.00% | 0.00% | 0.00% |
| Block 437 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 438 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 441 | 8 | 0 | 8 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 471 | 5 | 2 | 3 | 0 | 0 | 0 |
| | 100.00% | 40.00% | 60.00% | 0.00% | 0.00% | 0.00% |
| Block 472 | 0 | 0 | 0 | 0 | 0 | 0 |

**1546**

DB: ALABAMA
Plan: REDISTRICT
Plan type: CONGRESSIONAL DISTRICTS

Units Assigned to a District
District 4
Total Populations, All Ages.

Date: 1/21/92
Time: 3:16 p.m.
Page: 34

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Water block 499B | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 4 | 273 | 96 | 177 | 0 | 0 | 0 |
| | 100.00% | 35.16% | 64.84% | 0.00% | 0.00% | 0.00% |
| Total Tract 9879 | 2,131 | 1,104 | 1,022 | 2 | 3 | 0 |
| | 100.00% | 51.81% | 47.96% | 0.09% | 0.14% | 0.00% |
| Total CARROLLTON | 2,131 | 1,104 | 1,022 | 2 | 3 | 0 |
| | 100.00% | 51.81% | 47.96% | 0.09% | 0.14% | 0.00% |
| **SAPPS** | | | | | | |
| Tract 9879 | | | | | | |
| Block Group 3 | | | | | | |
| Block 326A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 326B | 57 | 4 | 53 | 0 | 0 | 0 |
| | 100.00% | 7.02% | 92.98% | 0.00% | 0.00% | 0.00% |
| Block 327 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399L | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 3 | 57 | 4 | 53 | 0 | 0 | 0 |
| | 100.00% | 7.02% | 92.98% | 0.00% | 0.00% | 0.00% |
| Total Tract 9879 | 57 | 4 | 53 | 0 | 0 | 0 |
| | 100.00% | 7.02% | 92.98% | 0.00% | 0.00% | 0.00% |
| Tract 9881 | | | | | | |
| Block Group 1 | | | | | | |
| Block 109 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Tract 9881 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total SAPPS | 57 | 4 | 53 | 0 | 0 | 0 |
| | 100.00% | 7.02% | 92.98% | 0.00% | 0.00% | 0.00% |
| HOLLY SPRINGS | 67 | 67 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 4
Total Populations, All Ages·

Date: 1/21/92
Time: 3:16 p.m.
Page: 35

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| GORDO/KIRK 0540 | 2,500 | 1,682 | 814 | 0 | 4 | 0 |
| | 100.00% | 67.28% | 32.56% | 0.00% | 0.16% | 0.00% |
| SPEEDS MILL | 193 | 192 | 1 | 0 | 0 | 0 |
| | 100.00% | 99.48% | 0.52% | 0.00% | 0.00% | 0.00% |
| BENEVOLA/ALICEVILLE 0560 (PART) | 128 | 66 | 62 | 0 | 0 | 0 |
| | 100.00% | 51.56% | 48.44% | 0.00% | 0.00% | 0.00% |
| ALICEVILLE | 1,153 | 900 | 243 | 0 | 10 | 0 |
| | 100.00% | 78.06% | 21.08% | 0.00% | 0.87% | 0.00% |
| Total Pickens County | 17,957 | 11,310 | 6,596 | 23 | 27 | 1 |
| | 100.00% | 62.98% | 36.73% | 0.13% | 0.15% | 0.01% |
| Walker County | 67,670 | 63,042 | 4,405 | 84 | 107 | 32 |
| | 100.00% | 93.16% | 6.51% | 0.12% | 0.16% | 0.05% |
| Winston County | 22,053 | 21,925 | 57 | 42 | 26 | 3 |
| | 100.00% | 99.42% | 0.26% | 0.19% | 0.12% | 0.01% |
| Total District 4 | 577,227 | 534,038 | 38,020 | 3,541 | 1,053 | 575 |
| | 100.00% | 92.52% | 6.59% | 0.61% | 0.18% | 0.10% |

**1548**

DB: ALABAMA 
Plan: REDISTRICT 
Plan type: CONGRESSIONAL DISTRICTS

Units Assigned to a District 
District 5 
Total Populations, All Ages

Date: 1/21/92 
Time: 3:16 p.m. 
Page: 36

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Colbert County | 51,666 | 42,820 | 8,568 | 137 | 93 | 48 |
| | 100.00% | 82.88% | 16.58% | 0.27% | 0.18% | 0.09% |
| Jackson County | 47,796 | 44,696 | 1,968 | 1,020 | 90 | 22 |
| | 100.00% | 93.51% | 4.12% | 2.13% | 0.19% | 0.05% |
| Lauderdale County | 79,661 | 71,560 | 7,695 | 165 | 196 | 45 |
| | 100.00% | 89.83% | 9.66% | 0.21% | 0.25% | 0.06% |
| Lawrence County | | | | | | |
| CITY HALL PRECINCT 1 BOX 1 | | | | | | |
| Tract 9791 | | | | | | |
| Block Group 2 | | | | | | |
| Block 204 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 205 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 206 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 207 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 208 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 209 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 222 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 225 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 226 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 2 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Tract 9791 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total CITY HALL PRECINCT 1 BOX 1 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| SENIOR CITIZENS PCT 2 BX 1 | 1,462 | 231 | 1,221 | 10 | 0 | 0 |
| | 100.00% | 15.80% | 83.52% | 0.68% | 0.00% | 0.00% |
| FIRE STATION PCT 3 BX 1 | 784 | 211 | 570 | 1 | 0 | 2 |
| | 100.00% | 26.91% | 72.70% | 0.13% | 0.00% | 0.26% |
| WHEELER GROVE CHURCH PCT 4 BX 1 | 229 | 143 | 86 | 0 | 0 | 0 |
| | 100.00% | 62.45% | 37.55% | 0.00% | 0.00% | 0.00% |

DB: ALABAMA Units Assigned to a District Date: 1/21/92
Plan: REDISTRICT District 5 Time: 3:16 p.m.
 Total Populations, All Ages Page: 37

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| DEPOT PCT 5 BX 1 | 1,609 | 1,047 | 513 | 42 | 6 | 1 |
| | 100.00% | 65.07% | 31.88% | 2.61% | 0.37% | 0.06% |
| WOLF SPRINGS CHURCH PCT 8 BX 1 | 925 | 819 | 0 | 106 | 0 | 0 |
| | 100.00% | 88.54% | 0.00% | 11.46% | 0.00% | 0.00% |
| Total Lawrence County | 5,014 | 2,456 | 2,390 | 159 | 6 | 3 |
| | 100.00% | 48.98% | 47.67% | 3.17% | 0.12% | 0.06% |
| Limestone County | 54,135 | 46,658 | 7,127 | 148 | 158 | 44 |
| | 100.00% | 86.19% | 13.17% | 0.27% | 0.29% | 0.08% |
| Madison County | 238,912 | 184,197 | 48,116 | 1,601 | 4,232 | 766 |
| | 100.00% | 77.10% | 20.14% | 0.67% | 1.77% | 0.32% |
| Morgan County | 100,043 | 89,122 | 10,081 | 310 | 370 | 160 |
| | 100.00% | 89.08% | 10.08% | 0.31% | 0.37% | 0.16% |
| Total District 5 | 577,227 | 481,509 | 85,945 | 3,540 | 5,145 | 1,088 |
| | 100.00% | 83.42% | 14.89% | 0.61% | 0.89% | 0.19% |

**1550**

DB: ALABAMA 
Plan: REDISTRICT 

Units Assigned to a District 
District 6 
Total Populations, All Ages 

Date: 1/21/92 
Time: 3:16 p.m. 
Page: 38

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| **Bibb County** | | | | | | |
| SIX MILE | 578 | 572 | 5 | 0 | 1 | 0 |
| | 100.00% | 98.96% | 0.87% | 0.00% | 0.17% | 0.00% |
| BRIERFIELD | 848 | 537 | 311 | 0 | 0 | 0 |
| | 100.00% | 63.33% | 36.67% | 0.00% | 0.00% | 0.00% |
| WEST BLOCKTON-EAST | 1,489 | 1,177 | 307 | 5 | 0 | 0 |
| | 100.00% | 79.05% | 20.62% | 0.34% | 0.00% | 0.00% |
| WEST BLOCKTON-WEST | | | | | | |
| Tract 9513 | | | | | | |
| **Block Group 3** | | | | | | |
| Block 384 | 8 | 8 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 385 | 22 | 22 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 3 | 30 | 30 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| **Block Group 4** | | | | | | |
| Block 407 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 4 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Tract 9513 | 34 | 34 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total WEST BLOCKTON-WEST | 34 | 34 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| MARVEL | 180 | 172 | 8 | 0 | 0 | 0 |
| | 100.00% | 95.56% | 4.44% | 0.00% | 0.00% | 0.00% |
| GREY HILL | 390 | 382 | 0 | 8 | 0 | 0 |
| | 100.00% | 97.95% | 0.00% | 2.05% | 0.00% | 0.00% |
| Total Bibb County | 3,519 | 2,874 | 631 | 13 | 1 | 0 |
| | 100.00% | 81.67% | 17.93% | 0.37% | 0.03% | 0.00% |
| **Jefferson County** | | | | | | |
| BURKETT CENTER FOR MULTI-HN | 4,261 | 3,880 | 374 | 2 | 3 | 2 |
| | 100.00% | 91.06% | 8.78% | 0.05% | 0.07% | 0.05% |
| FULTONDALE COMMUNITY CENTER | 7,059 | 6,793 | 232 | 16 | 17 | 1 |
| | 100.00% | 96.23% | 3.29% | 0.23% | 0.24% | 0.01% |

DB: ALABAMA
Plan: REDISTRICT

Plan type: CONGRESSIONAL DISTRICTS

Units Assigned to a District
District 6
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 39

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| GARDENDALE CIVIC CTR/4306 MORRIS M | 13,034 | 12,820 | 170 | 28 | 10 | 6 |
| | 100.00% | 98.36% | 1.30% | 0.21% | 0.08% | 0.05% |
| NEW CASTLE UNITED METHODIST | 1,316 | 1,273 | 35 | 5 | 2 | 1 |
| | 100.00% | 96.73% | 2.66% | 0.38% | 0.15% | 0.08% |
| KIMBERLY CITY HALL | 1,668 | 1,603 | 63 | 2 | 0 | 0 |
| | 100.00% | 96.10% | 3.78% | 0.12% | 0.00% | 0.00% |
| TRAFFORD CITY HALL | 895 | 843 | 49 | 0 | 0 | 3 |
| | 100.00% | 94.19% | 5.47% | 0.00% | 0.00% | 0.34% |
| KERMIT JOHNSON ELEM/PALMERDALE FIR | 7,966 | 7,358 | 587 | 16 | 3 | 2 |
| | 100.00% | 92.37% | 7.37% | 0.20% | 0.04% | 0.03% |
| CLAY COMMUNITY CTR/4313 GRAYSON VA | 8,532 | 8,353 | 141 | 18 | 17 | 3 |
| | 100.00% | 97.90% | 1.65% | 0.21% | 0.20% | 0.04% |
| PINSON UNITED METHODIST CHURCH/431 | 4,532 | 4,435 | 69 | 11 | 16 | 1 |
| | 100.00% | 97.86% | 1.52% | 0.24% | 0.35% | 0.02% |
| CENTER POINT ELEMENTARY | 8,469 | 7,611 | 796 | 9 | 37 | 16 |
| | 100.00% | 89.87% | 9.40% | 0.11% | 0.44% | 0.19% |
| CENTER POINT COURTHOUSE | 6,077 | 5,752 | 290 | 7 | 25 | 3 |
| | 100.00% | 94.65% | 4.77% | 0.12% | 0.41% | 0.05% |
| CHALKVILLE CIVIC CENTER | 6,627 | 6,369 | 237 | 7 | 11 | 3 |
| | 100.00% | 96.11% | 3.58% | 0.11% | 0.17% | 0.05% |
| GRAYSON VALLEY SOUTHERN | 6,779 | 6,583 | 152 | 21 | 21 | 2 |
| | 100.00% | 97.11% | 2.24% | 0.31% | 0.31% | 0.03% |
| TRUSSVILLE CITY HALL | 9,771 | 9,474 | 264 | 8 | 20 | 5 |
| | 100.00% | 96.96% | 2.70% | 0.08% | 0.20% | 0.05% |
| ROBINSON SCHOOL | 8,547 | 6,313 | 2,169 | 15 | 40 | 10 |
| | 100.00% | 73.86% | 25.38% | 0.18% | 0.47% | 0.12% |
| DON HAWKINS COMM CTR | 3,237 | 3,052 | 166 | 5 | 14 | 0 |
| | 100.00% | 94.28% | 5.13% | 0.15% | 0.43% | 0.00% |
| HUFFMAN ELEMENTARY SCHOOL | 5,532 | 5,369 | 102 | 7 | 47 | 7 |
| | 100.00% | 97.05% | 1.84% | 0.13% | 0.85% | 0.13% |
| NORTH ROEBUCK SCHOOL | 4,102 | 3,878 | 171 | 20 | 26 | 7 |
| | 100.00% | 94.54% | 4.17% | 0.49% | 0.63% | 0.17% |
| ANDREW GAVIN FAMILY LIFE | 6,398 | 5,874 | 471 | 14 | 29 | 10 |
| | 100.00% | 91.81% | 7.36% | 0.22% | 0.45% | 0.16% |
| LM SMITH SCHOOL | 6,405 | 5,690 | 690 | 6 | 16 | 3 |
| | 100.00% | 88.84% | 10.77% | 0.09% | 0.25% | 0.05% |
| FIRE STATION #28 | 8,207 | 7,195 | 951 | 8 | 42 | 11 |
| | 100.00% | 87.67% | 11.59% | 0.10% | 0.51% | 0.13% |
| MOUNTAIN CHAPEL METHODIST | 5,917 | 5,864 | 8 | 2 | 39 | 4 |
| | 100.00% | 99.10% | 0.14% | 0.03% | 0.66% | 0.07% |
| VESTAVIA CITY HALL | 3,599 | 3,544 | 19 | 0 | 35 | 1 |
| | 100.00% | 98.47% | 0.53% | 0.00% | 0.97% | 0.03% |
| MOUNTAIN BROOK GRAMMAR SCHOOL | 1,945 | 1,933 | 3 | 3 | 6 | 0 |
| | 100.00% | 99.38% | 0.15% | 0.15% | 0.31% | 0.00% |
| LOCKSLEY FIRE STATION | 4,558 | 4,521 | 6 | 4 | 27 | 0 |
| | 100.00% | 99.19% | 0.13% | 0.09% | 0.59% | 0.00% |
| OVERTON ROAD METHODIST/4608 LEEDS | 7,713 | 7,101 | 546 | 17 | 42 | 7 |
| | 100.00% | 92.07% | 7.08% | 0.22% | 0.54% | 0.09% |

**1552**

DB: ALABAMA
Plan: REDISTRICT
Plan type: CONGRESSIONAL DISTRICTS

Units Assigned to a District
District 6
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 40

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| MOUNTAIN BROOK JUNIOR HIGH | 4,743 | 4,679 | 9 | 2 | 43 | 10 |
| | 100.00% | 98.65% | 0.19% | 0.04% | 0.91% | 0.21% |
| CAHABA HEIGHTS ELEMENTARY | 4,822 | 4,733 | 45 | 9 | 32 | 3 |
| | 100.00% | 98.15% | 0.93% | 0.19% | 0.66% | 0.06% |
| BROOKWOOD BAPTIST CHURCH | 4,837 | 4,747 | 28 | 2 | 58 | 2 |
| | 100.00% | 98.14% | 0.58% | 0.04% | 1.20% | 0.04% |
| HIGHLAND RACQUET CLUB | 1,398 | 1,289 | 90 | 4 | 13 | 2 |
| | 100.00% | 92.20% | 6.44% | 0.29% | 0.93% | 0.14% |
| AVONDALE SCHOOL | 2,320 | 2,283 | 28 | 3 | 4 | 2 |
| | 100.00% | 98.41% | 1.21% | 0.13% | 0.17% | 0.09% |
| DONALD COMER ELEMENTARY SCHOOL | 3,365 | 2,885 | 446 | 5 | 26 | 3 |
| | 100.00% | 85.74% | 13.25% | 0.15% | 0.77% | 0.09% |
| WOODLAWN FIRE STATION | 3,565 | 2,215 | 1,323 | 2 | 15 | 10 |
| | 100.00% | 62.13% | 37.11% | 0.06% | 0.42% | 0.28% |
| MOUNTAIN BROOK CITY HALL | 3,669 | 3,657 | 5 | 1 | 6 | 0 |
| | 100.00% | 99.67% | 0.14% | 0.03% | 0.16% | 0.00% |
| MCELWAIN BAPTIST CHURCH | 5,858 | 5,445 | 332 | 7 | 72 | 2 |
| | 100.00% | 92.95% | 5.67% | 0.12% | 1.23% | 0.03% |
| IRONDALE CITY HALL | 8,945 | 7,177 | 1,632 | 23 | 98 | 15 |
| | 100.00% | 80.23% | 18.24% | 0.26% | 1.10% | 0.17% |
| EAST JEFFERSON COUNTY FIRE STATION | 1,877 | 1,523 | 345 | 6 | 2 | 1 |
| | 100.00% | 81.14% | 18.38% | 0.32% | 0.11% | 0.05% |
| LEEDS ARMORY | 4,553 | 3,385 | 1,145 | 8 | 1 | 14 |
| | 100.00% | 74.35% | 25.15% | 0.18% | 0.02% | 0.31% |
| KNESSETH ISRAEL SYNAGOGUE | 1,706 | 1,696 | 6 | 1 | 3 | 0 |
| | 100.00% | 99.41% | 0.35% | 0.06% | 0.18% | 0.00% |
| 4801 4802 4803 4807 4808 PCTS COMB | 26,396 | 24,878 | 1,036 | 41 | 385 | 56 |
| | 100.00% | 94.25% | 3.92% | 0.16% | 1.46% | 0.21% |
| ST MARKS UNITED METHODIST | 6,697 | 6,448 | 105 | 11 | 115 | 18 |
| | 100.00% | 96.28% | 1.57% | 0.16% | 1.72% | 0.27% |
| VESTAVIA PLAZA MALL-SEARS | 1,195 | 1,172 | 8 | 1 | 14 | 0 |
| | 100.00% | 98.08% | 0.67% | 0.08% | 1.17% | 0.00% |
| VESTAVIA HIGH SCHOOL | 6,317 | 5,997 | 191 | 3 | 107 | 19 |
| | 100.00% | 94.93% | 3.02% | 0.05% | 1.69% | 0.30% |
| PLEASANT GROVE COMMUNITY | 8,579 | 8,377 | 177 | 15 | 6 | 4 |
| | 100.00% | 97.65% | 2.06% | 0.17% | 0.07% | 0.05% |
| HUEYTOWN ALTERNATIVE SCHOOL | 6,746 | 4,299 | 2,423 | 8 | 16 | 0 |
| | 100.00% | 63.73% | 35.92% | 0.12% | 0.24% | 0.00% |
| SYLVAN SPRINGS COMMUNITY | 1,695 | 1,682 | 7 | 5 | 0 | 1 |
| | 100.00% | 99.23% | 0.41% | 0.29% | 0.00% | 0.06% |
| MAYTOWN CITY HALL | 504 | 436 | 65 | 3 | 0 | 0 |
| | 100.00% | 86.51% | 12.90% | 0.60% | 0.00% | 0.00% |
| BOOKER HEIGHTS COMMUNITY | 197 | 12 | 185 | 0 | 0 | 0 |
| | 100.00% | 6.09% | 93.91% | 0.00% | 0.00% | 0.00% |

EASTERN VALLEY COMMUNITY

Tract 0142.03

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 6
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 41

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block Group 1 | | | | | | |
| Block 124 | 107 | 107 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 125 | 18 | 18 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 128 | 51 | 50 | 0 | 0 | 1 | 0 |
| | 100.00% | 98.04% | 0.00% | 0.00% | 1.96% | 0.00% |
| Block 131 | 38 | 38 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 148 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 1 | 214 | 213 | 0 | 0 | 1 | 0 |
| | 100.00% | 99.53% | 0.00% | 0.00% | 0.47% | 0.00% |
| Block Group 2 | | | | | | |
| Block 215 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 216 | 31 | 31 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 217 | 98 | 94 | 0 | 1 | 1 | 2 |
| | 100.00% | 95.92% | 0.00% | 1.02% | 1.02% | 2.04% |
| Block 219 | 12 | 12 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 220 | 82 | 82 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 221 | 21 | 21 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 2 | 244 | 240 | 0 | 1 | 1 | 2 |
| | 100.00% | 98.36% | 0.00% | 0.41% | 0.41% | 0.82% |
| Block Group 3 | | | | | | |
| Block 304 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Tract 0142.03 | 458 | 453 | 0 | 1 | 2 | 2 |
| | 100.00% | 98.91% | 0.00% | 0.22% | 0.44% | 0.44% |
| Total EASTERN VALLEY COMMUNITY | 458 | 453 | 0 | 1 | 2 | 2 |
| | 100.00% | 98.91% | 0.00% | 0.22% | 0.44% | 0.44% |
| WA BELL HIGH SCHOOL | 1,142 | 873 | 266 | 3 | 0 | 0 |
| | 100.00% | 76.44% | 23.29% | 0.26% | 0.00% | 0.00% |

**1554**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 6
Total Populations, All Ages.

Date: 1/21/92
Time: 3:16 p.m.
Page: 42

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| HUEYTOWN CITY HALL | 7,013 | 6,887 | 111 | 3 | 10 | 2 |
| | 100.00% | 98.20% | 1.58% | 0.04% | 0.14% | 0.03% |
| VIRGINIA VOLUNTEER FIRE DEPARTMENT | 2,329 | 2,154 | 171 | 1 | 3 | 0 |
| | 100.00% | 92.49% | 7.34% | 0.04% | 0.13% | 0.00% |
| JOHNS CITY HALL | 1,600 | 1,254 | 329 | 12 | 0 | 5 |
| | 100.00% | 78.38% | 20.56% | 0.75% | 0.00% | 0.31% |
| OAK GROVE HIGH SCHOOL | 1,921 | 1,917 | 0 | 2 | 2 | 0 |
| | 100.00% | 99.79% | 0.00% | 0.10% | 0.10% | 0.00% |
| CONCORD FIRE DEPARTMENT | 4,680 | 4,640 | 17 | 11 | 9 | 3 |
| | 100.00% | 99.15% | 0.36% | 0.24% | 0.19% | 0.06% |
| ALLIANCE ELEMENTARY SCHOOL | 3,710 | 2,779 | 918 | 7 | 1 | 5 |
| | 100.00% | 74.91% | 24.74% | 0.19% | 0.03% | 0.13% |
| MASONIC LODGE WEST JEFFERSON | 1,389 | 1,368 | 19 | 1 | 0 | 1 |
| | 100.00% | 98.49% | 1.37% | 0.07% | 0.00% | 0.07% |
| ADAMSVILLE ELEMENTARY | 4,474 | 3,895 | 567 | 9 | 1 | 2 |
| | 100.00% | 87.06% | 12.67% | 0.20% | 0.02% | 0.04% |
| MULGA CITY HALL | 1,692 | 1,276 | 415 | 1 | 0 | 0 |
| | 100.00% | 75.41% | 24.53% | 0.06% | 0.00% | 0.00% |
| MINOR FIRE STATION | 3,395 | 2,308 | 1,076 | 8 | 3 | 0 |
| | 100.00% | 67.98% | 31.69% | 0.24% | 0.09% | 0.00% |
| SANDUSKY FIRST BAPTIST CHURCH | 1,873 | 1,730 | 140 | 1 | 2 | 0 |
| | 100.00% | 92.37% | 7.47% | 0.05% | 0.11% | 0.00% |
| WESTWOOD CRUMLEY CHAPEL CHURCH | 4,595 | 4,192 | 380 | 7 | 11 | 5 |
| | 100.00% | 91.23% | 8.27% | 0.15% | 0.24% | 0.11% |
| ADAMSVILLE CITY HALL | 3,448 | 2,790 | 643 | 13 | 2 | 0 |
| | 100.00% | 80.92% | 18.65% | 0.38% | 0.06% | 0.00% |
| MAURICE WEST COMMUNITY CENTER | 3,203 | 2,497 | 698 | 2 | 5 | 1 |
| | 100.00% | 77.96% | 21.79% | 0.06% | 0.16% | 0.03% |
| BROOKSIDE CITY HALL | 2,963 | 2,790 | 169 | 3 | 1 | 0 |
| | 100.00% | 94.16% | 5.70% | 0.10% | 0.03% | 0.00% |
| MT OLIVE ELEMENTARY SCHOOL | 3,276 | 3,262 | 3 | 8 | 2 | 1 |
| | 100.00% | 99.57% | 0.09% | 0.24% | 0.06% | 0.03% |
| WARRIOR CITY HALL | 3,312 | 2,708 | 596 | 3 | 4 | 1 |
| | 100.00% | 81.76% | 18.00% | 0.09% | 0.12% | 0.03% |
| CORNER SCHOOL | 2,803 | 2,790 | 1 | 3 | 3 | 6 |
| | 100.00% | 99.54% | 0.04% | 0.11% | 0.11% | 0.21% |
| BAGLEY JUNIOR HIGH SCHOOL | 4,191 | 4,179 | 1 | 10 | 0 | 1 |
| | 100.00% | 99.71% | 0.02% | 0.24% | 0.00% | 0.02% |
| NORTHWESTERN | 852 | 842 | 9 | 0 | 1 | 0 |
| | 100.00% | 98.83% | 1.06% | 0.00% | 0.12% | 0.00% |
| RAMSAY HIGH SCHOOL | 3,844 | 2,194 | 1,168 | 12 | 455 | 15 |
| | 100.00% | 57.08% | 30.39% | 0.31% | 11.84% | 0.39% |
| GLEN IRIS SCHOOL | 7,412 | 5,479 | 1,599 | 12 | 297 | 25 |
| | 100.00% | 73.92% | 21.57% | 0.16% | 4.01% | 0.34% |
| FRATERNAL ORDER OF POLICE | 3,537 | 2,803 | 655 | 12 | 57 | 10 |
| | 100.00% | 79.25% | 18.52% | 0.34% | 1.61% | 0.28% |
| HIGHLAND MANOR APARTMENTS | 158 | 153 | 5 | 0 | 0 | 0 |
| | 100.00% | 96.84% | 3.16% | 0.00% | 0.00% | 0.00% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 6
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 43

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| FIRE STATION 22 | 4,852 | 4,201 | 616 | 6 | 25 | 4 |
| | 100.00% | 86.58% | 12.70% | 0.12% | 0.52% | 0.08% |
| PARKE MEMORIAL LIBRARY | 758 | 679 | 68 | 4 | 5 | 2 |
| | 100.00% | 89.58% | 8.97% | 0.53% | 0.66% | 0.26% |
| 5506 5507 5508 PCTS COMBINED | 10,443 | 9,856 | 530 | 14 | 37 | 6 |
| | 100.00% | 94.38% | 5.08% | 0.13% | 0.35% | 0.06% |
| HOMEWOOD RECREATION CENTER | 4,700 | 3,615 | 957 | 13 | 102 | 13 |
| | 100.00% | 76.91% | 20.36% | 0.28% | 2.17% | 0.28% |
| CARR AVENUE FIRE STATION | 4,898 | 4,278 | 519 | 10 | 76 | 15 |
| | 100.00% | 87.34% | 10.60% | 0.20% | 1.55% | 0.31% |
| EDGEWOOD SCHOOL | 5,256 | 4,613 | 529 | 14 | 91 | 9 |
| | 100.00% | 87.77% | 10.06% | 0.27% | 1.73% | 0.17% |
| HOMEWOOD LIBRARY | 5,536 | 5,363 | 99 | 9 | 46 | 19 |
| | 100.00% | 96.88% | 1.79% | 0.16% | 0.83% | 0.34% |
| SHADES CAHABA SCHOOL | 3,446 | 3,370 | 42 | 6 | 28 | 0 |
| | 100.00% | 97.79% | 1.22% | 0.17% | 0.81% | 0.00% |
| MORGAN ROAD FIRE STATION | 3,557 | 3,511 | 41 | 2 | 2 | 1 |
| | 100.00% | 98.71% | 1.15% | 0.06% | 0.06% | 0.03% |
| HIGHLAND AVENUE FIRE STATION | 1,346 | 1,284 | 48 | 2 | 12 | 0 |
| | 100.00% | 95.39% | 3.57% | 0.15% | 0.89% | 0.00% |
| HILLVIEW COMMUNITY CENTER | 2,553 | 2,258 | 288 | 1 | 6 | 0 |
| | 100.00% | 88.44% | 11.28% | 0.04% | 0.24% | 0.00% |
| HILLVIEW ELEMENTARY SCHOOL | 3,265 | 1,950 | 1,301 | 0 | 14 | 0 |
| | 100.00% | 59.72% | 39.85% | 0.00% | 0.43% | 0.00% |
| Total Jefferson County | 393,010 | 355,687 | 33,386 | 637 | 2,876 | 424 |
| | 100.00% | 90.50% | 8.49% | 0.16% | 0.73% | 0.11% |
| Shelby County | 99,358 | 90,715 | 7,718 | 264 | 575 | 86 |
| | 100.00% | 91.30% | 7.77% | 0.27% | 0.58% | 0.09% |
| Tuscaloosa County | | | | | | |
| REGIONAL EDUCATION CENTER | | | | | | |
| Tract 0104.04 | | | | | | |
| Block Group 1 | | | | | | |
| Block 101 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 1 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Tract 0104.04 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total REGIONAL EDUCATION CENTER | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |

**1556**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 6
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Pages 44–45

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| COUNTY COURTHOUSE | 5,569 | 4,630 | 594 | 10 | 315 | 20 |
| | 100.00% | 83.14% | 10.67% | 0.18% | 5.66% | 0.36% |
| CLARA VERNA TOWERS | 6,211 | 4,678 | 1,360 | 11 | 141 | 21 |
| | 100.00% | 75.32% | 21.90% | 0.18% | 2.27% | 0.34% |
| COLISEUM | 4,262 | 3,402 | 722 | 6 | 123 | 9 |
| | 100.00% | 79.82% | 16.94% | 0.14% | 2.89% | 0.21% |
| FOREST LAKE METHODIST CHURCH | 3,109 | 2,756 | 312 | 6 | 34 | 1 |
| | 100.00% | 88.65% | 10.04% | 0.19% | 1.09% | 0.03% |
| TUSCALOOSA ACADEMY/WOOD VILLAGE CO | 7,720 | 6,915 | 686 | 1 | 110 | 8 |
| | 100.00% | 89.57% | 8.89% | 0.01% | 1.42% | 0.10% |
| JAYCEE PARK | 6,337 | 4,475 | 1,789 | 11 | 36 | 26 |
| | 100.00% | 70.62% | 28.23% | 0.17% | 0.57% | 0.41% |
| HOLT ARMORY | 4,878 | 3,045 | 1,818 | 6 | 5 | 4 |
| | 100.00% | 62.42% | 37.27% | 0.12% | 0.10% | 0.08% |
| #6 FIRE STATION | 4,879 | 4,371 | 474 | 5 | 21 | 8 |
| | 100.00% | 89.59% | 9.72% | 0.10% | 0.43% | 0.16% |
| PETERSON CHURCH/BROOKWOOD CITY HAL | 3,691 | 3,648 | 40 | 2 | 0 | 1 |
| | 100.00% | 98.84% | 1.08% | 0.05% | 0.00% | 0.03% |
| WESTWOOD SCHOOL BUHL SCHOOL MASONI | 3,266 | 2,887 | 337 | 7 | 0 | 35 |
| | 100.00% | 88.40% | 10.32% | 0.21% | 0.00% | 1.07% |
| MYRTLEWOOD SCHOOL COMMUNITY CENTER | 1,818 | 1,194 | 611 | 9 | 0 | 4 |
| | 100.00% | 65.68% | 33.61% | 0.50% | 0.00% | 0.22% |
| BROWNVILLE COMMUNITY CENTER/MCCONN | 590 | 586 | 4 | 0 | 0 | 0 |
| | 100.00% | 99.32% | 0.68% | 0.00% | 0.00% | 0.00% |
| OLD SAMANTHA SCHOOL SWINDLE | 772 | 653 | 117 | 2 | 0 | 0 |
| | 100.00% | 84.59% | 15.16% | 0.26% | 0.00% | 0.00% |
| MACEDONIA METHODIST CHURCH | 3,825 | 3,650 | 157 | 7 | 9 | 2 |
| | 100.00% | 95.42% | 4.10% | 0.18% | 0.24% | 0.05% |
| VOTING BUILDING/OLD HOPE SCHOOL SI | 1,444 | 1,424 | 11 | 0 | 8 | 1 |
| | 100.00% | 98.61% | 0.76% | 0.00% | 0.55% | 0.07% |
| GORGAS-SAMANTHA COMM CENTER/VOTING | 1,521 | 1,454 | 50 | 17 | 0 | 0 |
| | 100.00% | 95.60% | 3.29% | 1.12% | 0.00% | 0.00% |
| FRANK FIELDS STORE/DAN TIERCE/FILE | 1,511 | 1,485 | 20 | 4 | 0 | 2 |
| | 100.00% | 98.28% | 1.32% | 0.26% | 0.00% | 0.13% |
| ECHOLA/ELROD/BAMA JONES STORE | 1,032 | 990 | 39 | 1 | 2 | 0 |
| | 100.00% | 95.93% | 3.78% | 0.10% | 0.19% | 0.00% |
| MT OLIVE FIRE STATION | 2,314 | 2,294 | 0 | 13 | 6 | 1 |
| | 100.00% | 99.14% | 0.00% | 0.56% | 0.26% | 0.04% |
| CHAPEL HILL BAPTIST CHURCH | 1,973 | 1,874 | 93 | 3 | 2 | 1 |
| | 100.00% | 94.98% | 4.71% | 0.15% | 0.10% | 0.05% |
| NORTHPORT COMMUNITY CENTER | 4,949 | 3,813 | 1,119 | 2 | 6 | 9 |
| | 100.00% | 77.05% | 22.61% | 0.04% | 0.12% | 0.18% |
| NORTHPORT ARMORY/CITY HALL | 9,664 | 8,273 | 1,221 | 17 | 138 | 15 |
| | 100.00% | 85.61% | 12.63% | 0.18% | 1.43% | 0.16% |
| Total Tuscaloosa County | 81,339 | 68,501 | 11,574 | 140 | 956 | 168 |
| | 100.00% | 84.22% | 14.23% | 0.17% | 1.18% | 0.21% |
| Total District 6 | 577,226 | 517,777 | 53,309 | 1,054 | 4,408 | 678 |
| | 100.00% | 89.70% | 9.24% | 0.18% | 0.76% | 0.12% |

DB: ALABAMA
Plan: REDISTRICT
Plan type: CONGRESSIONAL DISTRICTS

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 46

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Choctaw County | 16,018 | 8,913 | 7,077 | 10 | 12 | 6 |
| | 100.00% | 55.64% | 44.18% | 0.06% | 0.07% | 0.04% |
| Clarke County | | | | | | |
| GOSPORT | 359 | 45 | 312 | 0 | 2 | 0 |
| | 100.00% | 12.53% | 86.91% | 0.00% | 0.56% | 0.00% |
| SALITPA | | | | | | |
| Tract 9579 | | | | | | |
| Block Group 1 | | | | | | |
| Block 120 | 10 | 10 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 1 | 10 | 10 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Tract 9579 | 10 | 10 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total SALITPA | 10 | 10 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| WINN/ZIMCO | | | | | | |
| Tract 9579 | | | | | | |
| Block Group 1 | | | | | | |
| Block 129 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 1 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Tract 9579 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total WINN/ZIMCO | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| ANDERSONS | 600 | 224 | 375 | 0 | 1 | 0 |
| | 100.00% | 37.33% | 62.50% | 0.00% | 0.17% | 0.00% |
| SCYRENE | 1,421 | 888 | 531 | 1 | 1 | 0 |
| | 100.00% | 62.49% | 37.37% | 0.07% | 0.07% | 0.00% |
| CHANCE | 213 | 36 | 177 | 0 | 0 | 0 |
| | 100.00% | 16.90% | 83.10% | 0.00% | 0.00% | 0.00% |

**1558**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 7
Total Populations, All Ages

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| MORVIN/CAMPBELL | 510 | 175 | 335 | 0 | 0 | 0 |
| | 100.00% | 34.31% | 65.69% | 0.00% | 0.00% | 0.00% |
| Total Clarke County | 3,117 | 1,382 | 1,730 | 1 | 4 | 0 |
| | 100.00% | 44.34% | 55.50% | 0.03% | 0.13% | 0.00% |
| Dallas County | 48,130 | 20,121 | 27,825 | 41 | 129 | 14 |
| | 100.00% | 41.81% | 57.81% | 0.09% | 0.27% | 0.03% |
| Greene County | 10,153 | 1,966 | 8,181 | 3 | 0 | 3 |
| | 100.00% | 19.36% | 80.58% | 0.03% | 0.00% | 0.03% |
| Hale County | 15,498 | 6,255 | 9,214 | 20 | 9 | 0 |
| | 100.00% | 40.36% | 59.45% | 0.13% | 0.06% | 0.00% |
| Jefferson County | | | | | | |
| BARRETT SCHOOL | 3,780 | 1,461 | 2,290 | 5 | 21 | 3 |
| | 100.00% | 38.65% | 60.58% | 0.13% | 0.56% | 0.08% |
| CHARLES BROWN SCHOOL | 4,836 | 1,824 | 2,996 | 7 | 2 | 7 |
| | 100.00% | 37.72% | 61.95% | 0.14% | 0.04% | 0.14% |
| ENSLEY COMMUNITY HOUSE | 4,807 | 1,322 | 3,470 | 6 | 1 | 8 |
| | 100.00% | 27.50% | 72.19% | 0.12% | 0.02% | 0.17% |
| WYLAM FIRE STATION | 3,211 | 1,658 | 1,552 | 0 | 1 | 0 |
| | 100.00% | 51.64% | 48.33% | 0.00% | 0.03% | 0.00% |
| FAIRFIELD HIGH CIVIC CLUB | 2,828 | 2,422 | 385 | 5 | 16 | 0 |
| | 100.00% | 85.64% | 13.61% | 0.18% | 0.57% | 0.00% |
| GLEN OAKS SCHOOL | 5,129 | 1,803 | 3,312 | 2 | 7 | 5 |
| | 100.00% | 35.15% | 64.57% | 0.04% | 0.14% | 0.10% |
| BESSEMER STATE TECHNICAL | 3,053 | 2,518 | 526 | 0 | 8 | 1 |
| | 100.00% | 82.48% | 17.23% | 0.00% | 0.26% | 0.03% |

EASTERN VALLEY COMMUNITY

Tract 0141.04

Block Group 1

| | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 128 | 2 | 2 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 129 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 1 | 6 | 6 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Tract 0141.04 | 6 | 6 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |

Tract 0141.05

Block Group 2

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 7
Total Populations, All Ages.

Date: 1/21/92
Time: 3:16 p.m.
Page: 48

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 204B | 43 | 43 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 204E | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 213A | 15 | 15 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 213B | 17 | 17 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 213C | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 213D | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 213E | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 2 | 75 | 75 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block Group 9 | | | | | | |
| Block 901A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 901B | 53 | 50 | 3 | 0 | 0 | 0 |
| | 100.00% | 94.34% | 5.66% | 0.00% | 0.00% | 0.00% |
| Block 902A | 14 | 13 | 1 | 0 | 0 | 0 |
| | 100.00% | 92.86% | 7.14% | 0.00% | 0.00% | 0.00% |
| Block 902B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 902C | 67 | 67 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 903A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 903B | 62 | 61 | 1 | 0 | 0 | 0 |
| | 100.00% | 98.39% | 1.61% | 0.00% | 0.00% | 0.00% |
| Block 903C | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 903D | 24 | 24 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 903E | 11 | 11 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 904 | 13 | 13 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 905 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 906 | 16 | 16 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 907A | 20 | 20 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |

**1560**

DB: ALABAMA
Plan: REDISTRICT

Plan type: CONGRESSIONAL DISTRICTS

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 49

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 907B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 907C | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 908 | 12 | 12 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 9 | 295 | 290 | 5 | 0 | 0 | 0 |
| | 100.00% | 98.31% | 1.69% | 0.00% | 0.00% | 0.00% |
| Total Tract 0141.05 | 370 | 365 | 5 | 0 | 0 | 0 |
| | 100.00% | 98.65% | 1.35% | 0.00% | 0.00% | 0.00% |
| **Tract 0142.03** | | | | | | |
| Block Group 1 | | | | | | |
| Block 101 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 102 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 103 | 37 | 37 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 104 | 33 | 33 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 105 | 7 | 7 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 106 | 16 | 16 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 107 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 108 | 16 | 16 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 109 | 42 | 42 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 110 | 44 | 43 | 0 | 1 | 0 | 0 |
| | 100.00% | 97.73% | 0.00% | 2.27% | 0.00% | 0.00% |
| Block 111 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 112 | 25 | 24 | 0 | 0 | 1 | 0 |
| | 100.00% | 96.00% | 0.00% | 0.00% | 4.00% | 0.00% |
| Block 113 | 20 | 20 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 114 | 80 | 80 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 115 | 15 | 15 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 116 | 15 | 15 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 50

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 117 | 44 | 44 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 118 | 21 | 21 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 119 | 24 | 24 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 120 | 59 | 59 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 121 | 37 | 37 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 122 | 13 | 12 | 0 | 0 | 0 | 1 |
| | 100.00% | 92.31% | 0.00% | 0.00% | 0.00% | 7.69% |
| Block 123 | 54 | 47 | 6 | 1 | 0 | 0 |
| | 100.00% | 87.04% | 11.11% | 1.85% | 0.00% | 0.00% |
| Block 126 | 7 | 7 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 127 | 85 | 10 | 75 | 0 | 0 | 0 |
| | 100.00% | 11.76% | 88.24% | 0.00% | 0.00% | 0.00% |
| Block 129 | 84 | 84 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 130 | 82 | 25 | 57 | 0 | 0 | 0 |
| | 100.00% | 30.49% | 69.51% | 0.00% | 0.00% | 0.00% |
| Block 132 | 25 | 25 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 133 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 134 | 11 | 11 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 135 | 550 | 529 | 20 | 0 | 1 | 0 |
| | 100.00% | 96.18% | 3.64% | 0.00% | 0.18% | 0.00% |
| Block 136 | 36 | 35 | 0 | 0 | 1 | 0 |
| | 100.00% | 97.22% | 0.00% | 0.00% | 2.78% | 0.00% |
| Block 137 | 127 | 125 | 2 | 0 | 0 | 0 |
| | 100.00% | 98.43% | 1.57% | 0.00% | 0.00% | 0.00% |
| Block 138A | 12 | 12 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 138B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 138C | 13 | 13 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 138D | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 139A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 139B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 140 | 0 | 0 | 0 | 0 | 0 | 0 |

**1562**

DB: ALABAMA Units Assigned to a District Date: 1/21/92
Plan: REDISTRICT District 7 Time: 3:16 p.m.
 Total Populations, All Ages. Page: 51

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 141 | 20 | 20 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 142 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 143 | 69 | 68 | 0 | 0 | 1 | 0 |
| | 100.00% | 98.55% | 0.00% | 0.00% | 1.45% | 0.00% |
| Block 144 · | 9 | 9 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 145 | 20 | 16 | 4 | 0 | 0 | 0 |
| | 100.00% | 80.00% | 20.00% | 0.00% | 0.00% | 0.00% |
| Block 146 | 25 | 8 | 17 | 0 | 0 | 0 |
| | 100.00% | 32.00% | 68.00% | 0.00% | 0.00% | 0.00% |
| Block 147 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 149 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 150 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 151 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 152 . | 36 | 11 | 25 | 0 | 0 | 0 |
| | 100.00% | 30.56% | 69.44% | 0.00% | 0.00% | 0.00% |
| Water block 199 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 1 | 1,824 | 1,611 | 206 | 2 | 4 | 1 |
| | 100.00% | 88.32% | 11.29% | 0.11% | 0.22% | 0.05% |
| **Block Group 2** | | | | | | |
| Block 218 | 182 | 182 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 222 | 39 | 36 | · 0 | 0 | 0 | 3 |
| | 100.00% | 92.31% | 0.00% | 0.00% | 0.00% | 7.69% |
| Total Block Group 2 | 221 | 218 | 0 | 0 | 0 | 3 |
| | 100.00% | 98.64% | 0.00% | 0.00% | 0.00% | 1.36% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 52

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block Group 3 | | | | | | |
| Block 301 | 90 | 82 | 8 | 0 | 0 | 0 |
| | 100.00% | 91.11% | 8.89% | 0.00% | 0.00% | 0.00% |
| Block 302 | 87 | 35 | 52 | 0 | 0 | 0 |
| | 100.00% | 40.23% | 59.77% | 0.00% | 0.00% | 0.00% |
| Block 303 | 245 | 244 | 0 | 0 | 1 | 0 |
| | 100.00% | 99.59% | 0.00% | 0.00% | 0.41% | 0.00% |
| Block 305 | 45 | 45 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 306 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 307 | 13 | 9 | 4 | 0 | 0 | 0 |
| | 100.00% | 69.23% | 30.77% | 0.00% | 0.00% | 0.00% |
| Block 308 | 11 | 11 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 309 | 26 | 26 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 310 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 311 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 312 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 313 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 314 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 315 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 316 | 49 | 49 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 317 | 115 | 115 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 318 | 53 | 53 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 319 | 14 | 14 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 320 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 321 | 266 | 265 | 1 | 0 | 0 | 0 |
| | 100.00% | 99.62% | 0.38% | 0.00% | 0.00% | 0.00% |
| Block 322 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 323 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 324 | 4 | 4 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 325 | 55 | 55 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |

**1564**

DB: ALABAMA Units Assigned to a District Date: 1/21/92
Plan: REDISTRICT District 7 Time: 3:16 p.m.
Total Populations, All Ages Page: 53

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 326 | 38 | 38 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 327 | 12 | 12 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 328 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 329 | 39 | 39 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 330 | 10 | 10 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 331 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 332 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 333 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399A | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399B | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399D | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399E | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399F | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399G | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399H | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399J | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399K | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399L | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399M | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399N | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 3 | 1,180 | 1,114 | 65 | 0 | 1 | 0 |
| | 100.00% | 94.41% | 5.51% | 0.00% | 0.08% | 0.00% |

Block Group 9

DB: ALABAMA
Plan: REDISTRICT

Plan type: CONGRESSIONAL DISTRICTS

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 54

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 901A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 901B | 191 | 191 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 902 | 12 | 12 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 903 | 17 | 17 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 904 | 7 | 7 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 905 | 11 | 11 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 906 | 6 | 6 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 907 | 87 | 87 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 908 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 909A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 909B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 910 | 35 | 35 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 911 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 912A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 912B | 15 | 15 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 913 | 16 | 16 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 914A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 914B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 914C | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 915A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 915B | 1 | 1 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 9 | 401 | 401 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Tract 0142.03 | 3,626 | 3,344 | 271 | 2 | 5 | 4 |
| | 100.00% | 92.22% | 7.47% | 0.06% | 0.14% | 0.11% |

**1566**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 55

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Tract 0143.01 | | | | | | |
| Block Group 4 | | | | | | |
| Block 401A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 401B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 402 | 134 | 69 | 65 | 0 | 0 | 0 |
| | 100.00% | 51.49% | 48.51% | 0.00% | 0.00% | 0.00% |
| Block 403A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 403B | 61 | 58 | 2 | 0 | 1 | 0 |
| | 100.00% | 95.08% | 3.28% | 0.00% | 1.64% | 0.00% |
| Block 404 | 13 | 13 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 405 | 20 | 20 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 406 | 13 | 13 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 407 | 15 | 15 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 408 | 26 | 26 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 409 | 38 | 38 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 410 | 60 | 58 | 0 | 1 | 1 | 0 |
| | 100.00% | 96.67% | 0.00% | 1.67% | 1.67% | 0.00% |
| Block 411 | 42 | 42 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 412A | 10 | 10 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 412B | 22 | 22 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 413 | 10 | 10 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 414 | 25 | 25 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 415 | 63 | 63 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 416A | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 416B | 140 | 140 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 417 | 86 | 86 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 418 | 11 | 11 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 4 | 789 | 719 | 67 | 1 | 2 | 0 |
| | 100.00% | 91.13% | 8.49% | 0.13% | 0.25% | 0.00% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 56

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Total Tract 0143.01 | 789 | 719 | 67 | 1 | 2 | 0 |
| | 100.00% | 91.13% | 8.49% | 0.13% | 0.25% | 0.00% |
| Total EASTERN VALLEY COMMUNITY | 4,791 | 4,434 | 343 | 3 | 7 | 4 |
| | 100.00% | 92.55% | 7.16% | 0.06% | 0.15% | 0.08% |
| FLINT HILL FIRE STATION | 5,238 | 3,111 | 2,103 | 8 | 12 | 4 |
| | 100.00% | 59.39% | 40.15% | 0.15% | 0.23% | 0.08% |
| MCDONALD CHAPEL COMMUNITY | 285 | 39 | 245 | 1 | 0 | 0 |
| | 100.00% | 13.68% | 85.96% | 0.35% | 0.00% | 0.00% |
| COOPER GREEN RECREATION CENTER | 4,933 | 37 | 4,893 | 1 | 2 | 0 |
| | 100.00% | 0.75% | 99.19% | 0.02% | 0.04% | 0.00% |
| SEMMIE LAVENDER COMMUNITY CENTER | 2,703 | 161 | 2,540 | 0 | 1 | 1 |
| | 100.00% | 5.96% | 93.97% | 0.00% | 0.04% | 0.04% |
| CENTRAL PARK COMMUNITY CENTER | 9,152 | 3,699 | 5,418 | 11 | 18 | 6 |
| | 100.00% | 40.42% | 59.20% | 0.12% | 0.20% | 0.07% |
| LEE SCHOOL | 2,869 | 230 | 2,633 | 4 | 2 | 0 |
| | 100.00% | 8.02% | 91.77% | 0.14% | 0.07% | 0.00% |
| HARRISON PARK COMMUNITY CENTER | 6,344 | 191 | 6,144 | 2 | 5 | 2 |
| | 100.00% | 3.01% | 96.85% | 0.03% | 0.08% | 0.03% |
| HEMPHILL SCHOOL RECREATION | 6,250 | 684 | 5,545 | 15 | 1 | 5 |
| | 100.00% | 10.94% | 88.72% | 0.24% | 0.02% | 0.08% |
| WENONAH ELEMENTARY SCHOOL | 2,323 | 314 | 2,005 | 3 | 1 | 0 |
| | 100.00% | 13.52% | 86.31% | 0.13% | 0.04% | 0.00% |
| JACKSON SCHOOL | 2,452 | 22 | 2,421 | 9 | 0 | 0 |
| | 100.00% | 0.90% | 98.74% | 0.37% | 0.00% | 0.00% |
| HILL SCHOOL | 6,233 | 505 | 5,710 | 14 | 1 | 3 |
| | 100.00% | 8.10% | 91.61% | 0.22% | 0.02% | 0.05% |
| GRAYMONT ELEMENTARY SCHOOL | 5,260 | 147 | 5,107 | 3 | 1 | 2 |
| | 100.00% | 2.79% | 97.09% | 0.06% | 0.02% | 0.04% |
| CENTER STREET SCHOOL | 4,205 | 74 | 4,127 | 3 | 0 | 1 |
| | 100.00% | 1.76% | 98.15% | 0.07% | 0.00% | 0.02% |
| WASHINGTON SCHOOL | 4,832 | 20 | 4,807 | 3 | 0 | 2 |
| | 100.00% | 0.41% | 99.48% | 0.06% | 0.00% | 0.04% |
| ELYTON SCHOOL | 2,397 | 227 | 2,165 | 1 | 3 | 1 |
| | 100.00% | 9.47% | 90.32% | 0.04% | 0.13% | 0.04% |
| FORTY-FIFTH STREET BAPTIST CHURCH | 1,591 | 38 | 1,550 | 3 | 0 | 0 |
| | 100.00% | 2.39% | 97.42% | 0.19% | 0.00% | 0.00% |
| NORWOOD ARMORY | 3,771 | 146 | 3,619 | 4 | 2 | 0 |
| | 100.00% | 3.87% | 95.97% | 0.11% | 0.05% | 0.00% |
| MCARTHUR SCHOOL | 3,557 | 516 | 3,034 | 3 | 3 | 1 |
| | 100.00% | 14.51% | 85.30% | 0.08% | 0.08% | 0.03% |
| CITY AUDITORIUM | 4,174 | 19 | 4,151 | 2 | 1 | 1 |
| | 100.00% | 0.46% | 99.45% | 0.05% | 0.02% | 0.02% |
| WILKERSON SCHOOL/5411 CARRIE TUGGL | 3,271 | 38 | 3,217 | 2 | 7 | 7 |
| | 100.00% | 1.16% | 98.35% | 0.06% | 0.21% | 0.21% |
| AVONDALE LIBRARY | 1,828 | 914 | 893 | 5 | 10 | 6 |
| | 100.00% | 50.00% | 48.85% | 0.27% | 0.55% | 0.33% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 57

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| SOUTHTOWN HOUSING COMMUNITY CENTER | 1,280 | 80 | 1,193 | 1 | 2 | 4 |
| | 100.00% | 6.25% | 93.20% | 0.08% | 0.16% | 0.31% |
| BETHEL BAPTIST CHURCH | 715 | 3 | 706 | 0 | 6 | 0 |
| | 100.00% | 0.42% | 98.74% | 0.00% | 0.84% | 0.00% |
| SOUTHSIDE HOMES COMMUNITY | 5,819 | 93 | 5,718 | 5 | 2 | 1 |
| | 100.00% | 1.60% | 98.26% | 0.09% | 0.03% | 0.02% |
| THOMPSON MANOR COMMUNITY | 1,961 | 1,357 | 595 | 5 | 2 | 2 |
| | 100.00% | 69.20% | 30.34% | 0.25% | 0.10% | 0.10% |
| ST FRANCIS SCHOOL | 6,090 | 702 | 5,376 | 6 | 0 | 6 |
| | 100.00% | 11.53% | 88.28% | 0.10% | 0.00% | 0.10% |
| BESSEMER CITY HALL | 2,402 | 1,578 | 815 | 6 | 0 | 3 |
| | 100.00% | 65.70% | 33.93% | 0.25% | 0.00% | 0.12% |
| BESSEMER FIRE STATION | 1,966 | 591 | 1,367 | 3 | 5 | 0 |
| | 100.00% | 30.06% | 69.53% | 0.15% | 0.25% | 0.00% |
| NATIONAL GUARD ARMORY | 2,722 | 414 | 2,305 | 2 | 0 | 1 |
| | 100.00% | 15.21% | 84.68% | 0.07% | 0.00% | 0.04% |
| JONESBORO ELEMENTARY SCHOOL | 6,349 | 4,631 | 1,703 | 7 | 3 | 5 |
| | 100.00% | 72.94% | 26.82% | 0.11% | 0.05% | 0.08% |
| ADDISON SCHOOL | 743 | 30 | 713 | 0 | 0 | 0 |
| | 100.00% | 4.04% | 95.96% | 0.00% | 0.00% | 0.00% |
| WOODWARD ELEMENTARY SCHOOL | 1,854 | 652 | 1,197 | 1 | 3 | 1 |
| | 100.00% | 35.17% | 64.56% | 0.05% | 0.16% | 0.05% |
| FAIRFIELD CITY HALL | 3,057 | 1,105 | 1,942 | 1 | 8 | 1 |
| | 100.00% | 36.15% | 63.53% | 0.03% | 0.26% | 0.03% |
| FAIRFIELD FIRE STATION | 4,020 | 115 | 3,900 | 4 | 0 | 1 |
| | 100.00% | 2.86% | 97.01% | 0.10% | 0.00% | 0.02% |
| MIDFIELD COMMUNITY CENTER | 2,973 | 2,590 | 354 | 13 | 16 | 0 |
| | 100.00% | 87.12% | 11.91% | 0.44% | 0.54% | 0.00% |
| BRIGHTON HIGH SCHOOL | 1,771 | 69 | 1,701 | 0 | 1 | 0 |
| | 100.00% | 3.90% | 96.05% | 0.00% | 0.06% | 0.00% |
| ROOSEVELT SCHOOL | 2,511 | 56 | 2,452 | 2 | 1 | 0 |
| | 100.00% | 2.23% | 97.65% | 0.08% | 0.04% | 0.00% |
| LIPSCOMB CITY HALL | 3,049 | 1,564 | 1,475 | 2 | 8 | 0 |
| | 100.00% | 51.30% | 48.38% | 0.07% | 0.26% | 0.00% |
| BRYANTS CHAPEL AME CHURCH | 4,317 | 38 | 4,279 | 0 | 0 | 0 |
| | 100.00% | 0.88% | 99.12% | 0.00% | 0.00% | 0.00% |
| RILEY SCHOOL | 5,401 | 398 | 4,986 | 1 | 14 | 2 |
| | 100.00% | 7.37% | 92.32% | 0.02% | 0.26% | 0.04% |
| FIRE STATION 29 | 9,112 | 5,371 | 3,717 | 14 | 6 | 4 |
| | 100.00% | 58.94% | 40.79% | 0.15% | 0.07% | 0.04% |
| CURRY SCHOOL | 4,419 | 2,824 | 1,560 | 4 | 22 | 9 |
| | 100.00% | 63.91% | 35.30% | 0.09% | 0.50% | 0.20% |
| WILLOWWOOD RECREATION CENTER | 5,559 | 1,031 | 4,484 | 16 | 20 | 8 |
| | 100.00% | 18.55% | 80.66% | 0.29% | 0.36% | 0.14% |
| AL YOUTH SERVICES VACCA | 3,092 | 1,425 | 1,643 | 0 | 19 | 5 |
| | 100.00% | 46.09% | 53.14% | 0.00% | 0.61% | 0.16% |
| OPORTO ARMORY/5801 TARRANT CITY HA | 4,144 | 205 | 3,937 | 1 | 0 | 1 |
| | 100.00% | 4.95% | 95.00% | 0.02% | 0.00% | 0.02% |

**1569**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 58

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| INGLENOOK SCHOOL/5910 MT PARK FIRS | 4,240 | 1,650 | 2,570 | 2 | 3 | 15 |
| | 100.00% | 38.92% | 60.61% | 0.05% | 0.07% | 0.35% |
| MORTON SIMPSON COMMUNITY CENTER | 5,513 | 694 | 4,814 | 3 | 1 | 1 |
| | 100.00% | 12.59% | 87.32% | 0.05% | 0.02% | 0.02% |
| HUDSON SCHOOL | 3,604 | 0 | 3,600 | 2 | 2 | 0 |
| | 100.00% | 0.00% | 99.89% | 0.06% | 0.06% | 0.00% |
| NORTH BHAM RECREATION CENTER | 3,629 | 504 | 3,121 | 2 | 2 | 0 |
| | 100.00% | 13.89% | 86.00% | 0.06% | 0.06% | 0.00% |
| WRIGHTS CHAPEL UNITED METHODIST | 2,700 | 41 | 2,657 | 0 | 0 | 2 |
| | 100.00% | 1.52% | 98.41% | 0.00% | 0.00% | 0.07% |
| HOOPER CITY RECREATION CENTER | 2,362 | 2 | 2,357 | 0 | 1 | 2 |
| | 100.00% | 0.08% | 99.79% | 0.00% | 0.04% | 0.08% |
| LEWIS SCHOOL | 1,458 | 0 | 1,457 | 0 | 1 | 0 |
| | 100.00% | 0.00% | 99.93% | 0.00% | 0.07% | 0.00% |
| HARRIMAN PARK RECREATION | 613 | 1 | 612 | 0 | 0 | 0 |
| | 100.00% | 0.16% | 99.84% | 0.00% | 0.00% | 0.00% |
| MOUNT HEBRON BAPTIST CHURCH | 4,494 | 450 | 4,042 | 1 | 1 | 0 |
| | 100.00% | 10.01% | 89.94% | 0.02% | 0.02% | 0.00% |
| WOODROW WILSON SCHOOL | 6,604 | 1,727 | 4,841 | 3 | 28 | 5 |
| | 100.00% | 26.15% | 73.30% | 0.05% | 0.42% | 0.08% |
| FAIRVIEW SCHOOL | 6,168 | 1,401 | 4,737 | 17 | 11 | 2 |
| | 100.00% | 22.71% | 76.80% | 0.28% | 0.18% | 0.03% |
| ENSLEY HIGH SCHOOL GYM | 3,846 | 80 | 3,755 | 2 | 9 | 0 |
| | 100.00% | 2.08% | 97.63% | 0.05% | 0.23% | 0.00% |
| EAST ENSLEY BRANCH PUBLIC LIBRARY | 2,720 | 15 | 2,697 | 1 | 7 | 0 |
| | 100.00% | 0.55% | 99.15% | 0.04% | 0.26% | 0.00% |
| HOWZE SANFORD RECREATION | 1,859 | 32 | 1,827 | 0 | 0 | 0 |
| | 100.00% | 1.72% | 98.28% | 0.00% | 0.00% | 0.00% |
| PRATT CITY FIRE STATION | 2,692 | 428 | 2,261 | 0 | 3 | 0 |
| | 100.00% | 15.90% | 83.99% | 0.00% | 0.11% | 0.00% |
| GEORGE N SCOTT SCHOOL | 4,584 | 109 | 4,468 | 0 | 6 | 1 |
| | 100.00% | 2.38% | 97.47% | 0.00% | 0.13% | 0.02% |
| Total Jefferson County | 258,515 | 62,630 | 195,135 | 252 | 346 | 152 |
| | 100.00% | 24.23% | 75.48% | 0.10% | 0.13% | 0.06% |
| Lowndes County | 12,658 | 3,185 | 9,456 | 10 | 4 | 3 |
| | 100.00% | 25.16% | 74.70% | 0.08% | 0.03% | 0.02% |
| Marengo County | 23,084 | 11,314 | 11,745 | 11 | 11 | 3 |
| | 100.00% | 49.01% | 50.88% | 0.05% | 0.05% | 0.01% |
| Montgomery County | | | | | | |
| NORMANDALE LIBRARY | | | | | | |
| Tract 0022 | | | | | | |
| Block Group 3 | | | | | | |
| Block 301 | 30 | 3 | 27 | 0 | 0 | 0 |
| | 100.00% | 10.00% | 90.00% | 0.00% | 0.00% | 0.00% |

**1570**

DB: ALABAMA 
Plan: REDISTRICT

Units Assigned to a District 
District 7 
Total Populations, All Ages

Date: 1/21/92 
Time: 3:16 p.m. 
Page: 59

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 311 | 53 | 1 | 52 | 0 | 0 | 0 |
| | 100.00% | 1.89% | 98.11% | 0.00% | 0.00% | 0.00% |
| Total Block Group 3 | 83 | 4 | 79 | 0 | 0 | 0 |
| | 100.00% | 4.82% | 95.18% | 0.00% | 0.00% | 0.00% |
| Total Tract 0022 | 83 | 4 | 79 | 0 | 0 | 0 |
| | 100.00% | 4.82% | 95.18% | 0.00% | 0.00% | 0.00% |
| Total NORMANDALE LIBRARY | 83 | 4 | 79 | 0 | 0 | 0 |
| | 100.00% | 4.82% | 95.18% | 0.00% | 0.00% | 0.00% |
| BELLINGRATH COMMUNITY CENTER | 2,277 | 102 | 2,166 | 0 | 0 | 9 |
| | 100.00% | 4.48% | 95.13% | 0.00% | 0.00% | 0.40% |
| BEULAH BAPTIST CHURCH | 8,252 | 380 | 7,861 | 3 | 2 | 6 |
| | 100.00% | 4.60% | 95.26% | 0.04% | 0.02% | 0.07% |
| CARVER HIGH SCHOOL | 3,535 | 43 | 3,478 | 4 | 6 | 4 |
| | 100.00% | 1.22% | 98.39% | 0.11% | 0.17% | 0.11% |
| CAPITAL CITY BOYS CLUB | 3,524 | 387 | 3,103 | 8 | 17 | 9 |
| | 100.00% | 10.98% | 88.05% | 0.23% | 0.48% | 0.26% |
| MONTGOMERY BOYS CLUB | 2,472 | 1,198 | 1,249 | 6 | 16 | 3 |
| | 100.00% | 48.46% | 50.53% | 0.24% | 0.65% | 0.12% |
| HAYNEVILLE ROAD COMMUNITY CENTER | 3,177 | 320 | 2,847 | 5 | 5 | 0 |
| | 100.00% | 10.07% | 89.61% | 0.16% | 0.16% | 0.00% |
| FORT SHEPERD ARMORY | 3,013 | 374 | 2,635 | 0 | 3 | 1 |
| | 100.00% | 12.41% | 87.45% | 0.00% | 0.10% | 0.03% |
| WILLIAM HARRISON ELEMENTARY | 1,688 | 145 | 1,540 | 1 | 1 | 1 |
| | 100.00% | 8.59% | 91.23% | 0.06% | 0.06% | 0.06% |
| SOUTHLAWN ELEMENTARY | 5,345 | 157 | 5,179 | 2 | 4 | 3 |
| | 100.00% | 2.94% | 96.89% | 0.04% | 0.07% | 0.06% |
| HOUSTON HILL COMMUNITY CENTER | 3,648 | 406 | 3,228 | 13 | 1 | 0 |
| | 100.00% | 11.13% | 88.49% | 0.36% | 0.03% | 0.00% |
| ALABAMA STATE UNIVERSITY | 4,151 | 480 | 3,652 | 7 | 9 | 3 |
| | 100.00% | 11.56% | 87.98% | 0.17% | 0.22% | 0.07% |
| HAMNER HALL FIRE STATION | 2,524 | 499 | 1,999 | 12 | 12 | 2 |
| | 100.00% | 19.77% | 79.20% | 0.48% | 0.48% | 0.08% |
| GOODE STREET SCHOOL | 5,764 | 394 | 5,355 | 2 | 8 | 5 |
| | 100.00% | 6.84% | 92.90% | 0.03% | 0.14% | 0.09% |
| MCINTYRE COMMUNITY CENTER | 4,767 | 67 | 4,697 | 3 | 0 | 0 |
| | 100.00% | 1.41% | 98.53% | 0.06% | 0.00% | 0.00% |
| NEWTOWN COMMUNITY CENTER | 4,252 | 1,111 | 3,115 | 7 | 16 | 3 |
| | 100.00% | 26.13% | 73.26% | 0.16% | 0.38% | 0.07% |
| NORTH COMMUNITY CENTER | 5,882 | 2,165 | 3,664 | 8 | 40 | 5 |
| | 100.00% | 36.81% | 62.29% | 0.14% | 0.68% | 0.09% |
| UNION ACADEMY BAPTIST CHURCH | 323 | 121 | 202 | 0 | 0 | 0 |
| | 100.00% | 37.46% | 62.54% | 0.00% | 0.00% | 0.00% |
| UNION CHAPEL AME ZION CHURCH | 1,599 | 559 | 1,036 | 3 | 1 | 0 |
| | 100.00% | 34.96% | 64.79% | 0.19% | 0.06% | 0.00% |
| KING HILL COMMUNITY CENTER | 1,687 | 712 | 958 | 4 | 13 | 0 |
| | 100.00% | 42.21% | 56.79% | 0.24% | 0.77% | 0.00% |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 60

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| CATOMA SCHOOL | 1,975 | 1,691 | 267 | 6 | 10 | 1 |
| | 100.00% | 85.62% | 13.52% | 0.30% | 0.51% | 0.05% |
| HOPE HULL CHURCH OF CHRIST | 718 | 348 | 354 | 1 | 2 | 13 |
| | 100.00% | 48.47% | 49.30% | 0.14% | 0.28% | 1.81% |
| SNOWDOWN WOMEN'S CLUB | 565 | 222 | 338 | 4 | 1 | 0 |
| | 100.00% | 39.29% | 59.82% | 0.71% | 0.18% | 0.00% |
| NEWELL BROTHERS CONSTRUCTION | 1,064 | 746 | 311 | 2 | 0 | 5 |
| | 100.00% | 70.11% | 29.23% | 0.19% | 0.00% | 0.47% |
| FLETA MASONIC LODGE | 1,431 | 867 | 558 | 4 | 2 | 0 |
| | 100.00% | 60.59% | 38.99% | 0.28% | 0.14% | 0.00% |
| LAPINE COMMUNITY CENTER | 1,000 | 577 | 420 | 0 | 3 | 0 |
| | 100.00% | 57.70% | 42.00% | 0.00% | 0.30% | 0.00% |

ALABAMA NATIONAL BANK-RAMER

Tract 0058

Block Group 1

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 101 | 39 | 5 | 34 | 0 | 0 | 0 |
| | 100.00% | 12.82% | 87.18% | 0.00% | 0.00% | 0.00% |
| Block 102 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 103 | 14 | 14 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 104 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 105 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 106 | 93 | 20 | 73 | 0 | 0 | 0 |
| | 100.00% | 21.51% | 78.49% | 0.00% | 0.00% | 0.00% |
| Block 107 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 109 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 119 | 176 | 120 | 56 | 0 | 0 | 0 |
| | 100.00% | 68.18% | 31.82% | 0.00% | 0.00% | 0.00% |
| Block 120 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 121 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 122 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 123 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 152 | 13 | 0 | 13 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 153 | 39 | 36 | 3 | 0 | 0 | 0 |
| | 100.00% | 92.31% | 7.69% | 0.00% | 0.00% | 0.00% |

**1572**

DB: ALABAMA
Plan: REDISTRICT

Plan type: CONGRESSIONAL DISTRICTS

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 61

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 154 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 199C | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 1 | 377 100.00% | 198 52.52% | 179 47.48% | 0 0.00% | 0 0.00% | 0 0.00% |
| Block Group 2 | | | | | | |
| Block 206 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 207 | 2 100.00% | 2 100.00% | 0 0.00% | 0 0.00% | 0 0.00% | 0 0.00% |
| Block 208 | 80 100.00% | 50 62.50% | 30 37.50% | 0 0.00% | 0 0.00% | 0 0.00% |
| Block 217 | 141 100.00% | 44 31.21% | 93 65.96% | 4 2.84% | 0 0.00% | 0 0.00% |

DB: ALABAMA Units Assigned to a District Date: 1/21/92
Plan: REDISTRICT District 7 Time: 3:16 p.m.
 Total Populations, All Ages. Page: 62

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 218 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 219 | 27 | 5 | 22 | 0 | 0 | 0 |
| | 100.00% | 18.52% | 81.48% | 0.00% | 0.00% | 0.00% |
| Block 220 | 7 | 7 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 221 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 222 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 223 | 18 | 18 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 224 | 1 | 1 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 225 | 2 | 2 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Water block 299E | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 299F | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 299G | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 299H | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 2 | 281 | 132 | 145 | 4 | 0 | 0 |
| | 100.00% | 46.98% | 51.60% | 1.42% | 0.00% | 0.00% |
| Block Group 3 | | | | | | |
| Block 302 | 50 | 40 | 10 | 0 | 0 | 0 |
| | 100.00% | 80.00% | 20.00% | 0.00% | 0.00% | 0.00% |
| Block 303 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 304 | 57 | 48 | 9 | 0 | 0 | 0 |
| | 100.00% | 84.21% | 15.79% | 0.00% | 0.00% | 0.00% |
| Block 305 | 18 | 18 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 306 | 7 | 6 | 1 | 0 | 0 | 0 |
| | 100.00% | 85.71% | 14.29% | 0.00% | 0.00% | 0.00% |
| Block 307 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 308 | 10 | 10 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 309 | 26 | 26 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 310 | 0 | 0 | 0 | 0 | 0 | 0 |

**1574**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 63

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 311 | 15 | 15 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 312 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 313 | 29 | 26 | 3 | 0 | 0 | 0 |
| | 100.00% | 89.66% | 10.34% | 0.00% | 0.00% | 0.00% |
| Block 314 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 322 | 1 | 1 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 324 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 325 | 1 | 1 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 326 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 327 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 328 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 329 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 330 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 331 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399A | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399B | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399C | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 3 | 219 | 196 | 23 | 0 | 0 | 0 |
| | 100.00% | 89.50% | 10.50% | 0.00% | 0.00% | 0.00% |
| **Block Group 4** | | | | | | |
| Block 401 | 30 | 28 | 2 | 0 | 0 | 0 |
| | 100.00% | 93.33% | 6.67% | 0.00% | 0.00% | 0.00% |
| Block 402 | 5 | 5 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Water block 499G | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 4 | 35 | 33 | 2 | 0 | 0 | 0 |
| | 100.00% | 94.29% | 5.71% | 0.00% | 0.00% | 0.00% |
| Total Tract 0058 | 912 | 559 | 349 | 4 | 0 | 0 |
| | 100.00% | 61.29% | 38.27% | 0.44% | 0.00% | 0.00% |

DB: ALABAMA
Plan: REDISTRICT
Plan type: CONGRESSIONAL DISTRICTS

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 64

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Total ALABAMA NATIONAL BANK-RAMER | 912 | 559 | 349 | 4 | 0 | 0 |
| | 100.00% | 61.29% | 38.27% | 0.44% | 0.00% | 0.00% |
| Total Montgomery County | 75,628 | 14,634 | 60,640 | 109 | 172 | 73 |
| | 100.00% | 19.35% | 80.18% | 0.14% | 0.23% | 0.10% |
| Perry County | 12,759 | 4,503 | 8,219 | 16 | 14 | 7 |
| | 100.00% | 35.29% | 64.42% | 0.13% | 0.11% | 0.05% |
| Pickens County | | | | | | |
| COCHRANE | 587 | 171 | 416 | 0 | 0 | 0 |
| | 100.00% | 29.13% | 70.87% | 0.00% | 0.00% | 0.00% |
| ETHELSVILLE | 408 | 47 | 361 | 0 | 0 | 0 |
| | 100.00% | 11.52% | 88.48% | 0.00% | 0.00% | 0.00% |
| CARROLLTON | | | | | | |
| Tract 9879 | | | | | | |
| Block Group 3 | | | | | | |
| Block 306B | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 3 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Tract 9879 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total CARROLLTON | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| PINE GROVE | 174 | 106 | 68 | 0 | 0 | 0 |
| | 100.00% | 60.92% | 39.08% | 0.00% | 0.00% | 0.00% |
| SPRING HILL | 126 | 46 | 80 | 0 | 0 | 0 |
| | 100.00% | 36.51% | 63.49% | 0.00% | 0.00% | 0.00% |
| PICKENSVILLE | 702 | 204 | 497 | 1 | 0 | 0 |
| | 100.00% | 29.06% | 70.80% | 0.14% | 0.00% | 0.00% |
| SAPPS | | | | | | |
| Tract 9879 | | | | | | |
| Block Group 3 | | | | | | |
| Block 311 | 248 | 35 | 213 | 0 | 0 | 0 |
| | 100.00% | 14.11% | 85.89% | 0.00% | 0.00% | 0.00% |
| Block 312 | 0 | 0 | 0 | 0 | 0 | 0 |

**1576**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 65

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 313 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 314 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 320 | 31 | 24 | 7 | 0 | 0 | 0 |
| | 100.00% | 77.42% | 22.58% | 0.00% | 0.00% | 0.00% |
| Block 321 | 73 | 16 | 57 | 0 | 0 | 0 |
| | 100.00% | 21.92% | 78.08% | 0.00% | 0.00% | 0.00% |
| Block 322 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 323 | 66 | 0 | 66 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 324 | 17 | 0 | 17 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 325 | 140 | 0 | 140 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Water block 399C | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399D | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399E | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399F | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399G | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399H | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399J | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399K | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 3 | 575 | 75 | 500 | 0 | 0 | 0 |
| | 100.00% | 13.04% | 86.96% | 0.00% | 0.00% | 0.00% |
| **Block Group 4** | | | | | | |
| Block 439 | 28 | 0 | 28 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 440 | 119 | 20 | 99 | 0 | 0 | 0 |
| | 100.00% | 16.81% | 83.19% | 0.00% | 0.00% | 0.00% |
| Block 469 | 17 | 17 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 470 | 3 | 3 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Water block 499W | 0 | 0 | 0 | 0 | 0 | 0 |

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 7
Total Populations, All Ages ·

Date: 1/21/92
Time: 3:16 p.m.
Page: 66

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Water block 499X | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 4 | 167 | 40 | 127 | 0 | 0 | 0 |
| | 100.00% | 23.95% | 76.05% | 0.00% | 0.00% | 0.00% |
| Total Tract 9879 | 742 | 115 | 627 | 0 | 0 | 0 |
| | 100.00% | 15.50% | 84.50% | 0.00% | 0.00% | 0.00% |
| Total SAPPS | 742 | 115 | 627 | 0 | 0 | 0 |
| | 100.00% | 15.50% | 84.50% | 0.00% | 0.00% | 0.00% |
| Total Pickens County | 2,742 | 692 | 2,049 | 1 | 0 | 0 |
| | 100.00% | 25.24% | 74.73% | 0.04% | 0.00% | 0.00% |
| Sumter County | 16,174 | 4,759 | 11,369 | 6 | 30 | 10 |
| | 100.00% | 29.42% | 70.29% | 0.04% | 0.19% | 0.06% |
| Tuscaloosa County | | | | | | |
| STILLMAN COLLEGE | 9,591 | 419 | 9,159 | 8 | 3 | 2 |
| | 100.00% | 4.37% | 95.50% | 0.08% | 0.03% | 0.02% |
| MCDONALD HUGHES COMM CENTER | 3,599 | 17 | 3,578 | 2 | 0 | 2 |
| | 100.00% | 0.47% | 99.42% | 0.06% | 0.00% | 0.06% |
| ARMY RESERVE CENTER | 9,021 | 4,219 | 4,736 | 11 | 38 | 17 |
| | 100.00% | 46.77% | 52.50% | 0.12% | 0.42% | 0.19% |
| BAMA MALL | 9,714 | 5,805 | 3,804 | 24 | 65 | 16 |
| | 100.00% | 59.76% | 39.16% | 0.25% | 0.67% | 0.16% |
| REGIONAL EDUCATION CENTER | | | | | | |
| Tract 0104.03 | | | | | | |
| Block Group 1 | | | | | | |
| Block 101A | 2 | 2 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 101B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 101C | 10 | 10 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 102 | 198 | 160 | 35 | 0 | 3 | 0 |
| | 100.00% | 80.81% | 17.68% | 0.00% | 1.52% | 0.00% |
| Block 103 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 104A | 262 | 187 | 74 | 0 | 1 | 0 |
| | 100.00% | 71.37% | 28.24% | 0.00% | 0.38% | 0.00% |
| Block 104B | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 104C | 0 | 0 | 0 | 0 | 0 | 0 |

**1578**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 67

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 105 | 139 | 97 | 42 | 0 | 0 | 0 |
| | 100.00% | 69.78% | 30.22% | 0.00% | 0.00% | 0.00% |
| Block 106 | 12 | 7 | 5 | 0 | 0 | 0 |
| | 100.00% | 58.33% | 41.67% | 0.00% | 0.00% | 0.00% |
| Block 107 | 16 | 12 | 4 | 0 | 0 | 0 |
| | 100.00% | 75.00% | 25.00% | 0.00% | 0.00% | 0.00% |
| Block 108 | 82 | 14 | 68 | 0 | 0 | 0 |
| | 100.00% | 17.07% | 82.93% | 0.00% | 0.00% | 0.00% |
| Block 109 | 24 | 24 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 110 | 14 | 14 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 111 | 72 | 72 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 112 | 11 | 11 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 113 | 11 | 11 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | .0.00% |
| Block 114 | 7 | 7 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 115 | 19 | 19 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 116 | 20 | 16 | 4 | 0 | 0 | 0 |
| | 100.00% | 80.00% | 20.00% | 0.00% | 0.00% | 0.00% |
| Block 117 | 62 | 7 | 55 | 0 | 0 | 0 |
| | 100.00% | 11.29% | 88.71% | 0.00% | 0.00% | 0.00% |
| Block 118 | 25 | 6 | 19 | 0 | 0 | 0 |
| | 100.00% | 24.00% | 76.00% | 0.00% | 0.00% | 0.00% |
| Block 119 | 19 | 19 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 120 | 7 | 7 | 0 | 0 | 0 | 0 |
| | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Block 121 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 122 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 1 | 1,012 | 702 | 306 | 0 | 4 | 0 |
| | 100.00% | 69.37% | 30.24% | 0.00% | 0.40% | 0.00% |
| Total Tract 0104.03 | 1,012 | 702 | 306 | 0 | 4 | 0 |
| | 100.00% | 69.37% | 30.24% | 0.00% | 0.40% | 0.00% |

Tract 0104.04

Block Group 1

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 102 | 34 | 0 | 34 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |

DB: ALABAMA
Plan: REDISTRICT

Plan type: CONGRESSIONAL DISTRICTS

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 68

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 103 | 25 | 0 | 25 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 104 | 32 | 1 | 31 | 0 | 0 | 0 |
| | 100.00% | 3.13% | 96.88% | 0.00% | 0.00% | 0.00% |
| Block 105 | 49 | 2 | 47 | 0 | 0 | 0 |
| | 100.00% | 4.08% | 95.92% | 0.00% | 0.00% | 0.00% |
| Block 106 | 10 | 0 | 10 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 107 | 8 | 0 | 8 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 108 | 43 | 0 | 43 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 109 | 21 | 0 | 21 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 110 | 13 | 0 | 13 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 111 | 24 | 1 | 23 | 0 | 0 | 0 |
| | 100.00% | 4.17% | 95.83% | 0.00% | 0.00% | 0.00% |
| Block 112 | 19 | 1 | 18 | 0 | 0 | 0 |
| | 100.00% | 5.26% | 94.74% | 0.00% | 0.00% | 0.00% |
| Block 113 | 93 | 0 | 93 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 114 | 38 | 0 | 38 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 115 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 116 | 31 | 0 | 31 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 117 | 15 | 0 | 15 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 118 | 16 | 0 | 16 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Total Block Group 1 | 471 | 5 | 466 | 0 | 0 | 0 |
| | 100.00% | 1.06% | 98.94% | 0.00% | 0.00% | 0.00% |
| Block Group 2 | | | | | | |
| Block 201 | 17 | 1 | 16 | 0 | 0 | 0 |
| | 100.00% | 5.88% | 94.12% | 0.00% | 0.00% | 0.00% |
| Block 202 | 77 | 0 | 77 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 203 | 36 | 0 | 36 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 204 | 67 | 0 | 67 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 205 | 14 | 0 | 14 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |

**1580**

DB: ALABAMA
Plan: REDISTRICT

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 69

Plan type: CONGRESSIONAL DISTRICTS

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Block 206 | 16 | 0 | 16 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 207 | 96 | 0 | 96 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 208 | 5 | 0 | 5 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 209 | 25 | 0 | 25 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 210 | 102 | 5 | 97 | 0 | 0 | 0 |
| | 100.00% | 4.90% | 95.10% | 0.00% | 0.00% | 0.00% |
| Block 211 | 110 | 3 | 107 | 0 | 0 | 0 |
| | 100.00% | 2.73% | 97.27% | 0.00% | 0.00% | 0.00% |
| Block 212 | 30 | 0 | 30 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 213 | 1 | 0 | 1 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 214 | 37 | 7 | 30 | 0 | 0 | 0 |
| | 100.00% | 18.92% | 81.08% | 0.00% | 0.00% | 0.00% |
| Block 215 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 299 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 2 | 633 | 16 | 617 | 0 | 0 | 0 |
| | 100.00% | 2.53% | 97.47% | 0.00% | 0.00% | 0.00% |
| Block Group 3 | | | | | | |
| Block 310 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 311 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 312 | 7 | 1 | 6 | 0 | 0 | 0 |
| | 100.00% | 14.29% | 85.71% | 0.00% | 0.00% | 0.00% |
| Block 317 | 14 | 0 | 14 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 318 | 7 | 0 | 7 | 0 | 0 | 0 |
| | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| Block 319 | 0 | 0 | 0 | 0 | 0 | 0 |
| Block 323 | 0 | 0 | 0 | 0 | 0 | 0 |
| Water block 399A | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Block Group 3 | 28 | 1 | 27 | 0 | 0 | 0 |
| | 100.00% | 3.57% | 96.43% | 0.00% | 0.00% | 0.00% |
| Total Tract 0104.04 | 1,132 | 22 | 1,110 | 0 | 0 | 0 |
| | 100.00% | 1.94% | 98.06% | 0.00% | 0.00% | 0.00% |

DB: ALABAMA
Plan: REDISTRICT
Plan type: CONGRESSIONAL DISTRICTS

Units Assigned to a District
District 7
Total Populations, All Ages

Date: 1/21/92
Time: 3:16 p.m.
Page: 70

| Census Unit | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| Total REGIONAL EDUCATION CENTER | 2,144 | 724 | 1,416 | 0 | 4 | 0 |
| | 100.00% | 33.77% | 66.04% | 0.00% | 0.19% | 0.00% |
| MCFARLAND MALL | 13,467 | 10,532 | 2,726 | 19 | 172 | 18 |
| | 100.00% | 78.21% | 20.24% | 0.14% | 1.28% | 0.13% |
| COTTONDALE METHODIST CHURCH | 3,492 | 3,447 | 39 | 2 | 1 | 3 |
| | 100.00% | 98.71% | 1.12% | 0.06% | 0.03% | 0.09% |
| COALING COMMUNITY CENTER | 2,476 | 2,203 | 247 | 21 | 5 | 0 |
| | 100.00% | 88.97% | 9.98% | 0.85% | 0.20% | 0.00% |
| VANCE COMMUNITY CENTER | 1,519 | 1,491 | 28 | 0 | 0 | 0 |
| | 100.00% | 98.16% | 1.84% | 0.00% | 0.00% | 0.00% |
| MASONIC LODGE/BUCKSVILLE BAPTIST/L | 4,398 | 4,176 | 204 | 13 | 5 | 0 |
| | 100.00% | 94.95% | 4.64% | 0.30% | 0.11% | 0.00% |
| BF GOODRICH UNION HALL | 972 | 518 | 453 | 0 | 1 | 0 |
| | 100.00% | 53.29% | 46.60% | 0.00% | 0.10% | 0.00% |
| HILLCREST HIGH | 3,276 | 2,727 | 531 | 7 | 11 | 0 |
| | 100.00% | 83.24% | 16.21% | 0.21% | 0.34% | 0.00% |
| BIG SANDY BAPTIST CHURCH | 2,302 | 1,547 | 751 | 3 | 1 | 0 |
| | 100.00% | 67.20% | 32.62% | 0.13% | 0.04% | 0.00% |
| DUNCANVILLE CHURCH/COMMUNITY CENTE | 3,212 | 3,072 | 131 | 3 | 2 | 4 |
| | 100.00% | 95.64% | 4.08% | 0.09% | 0.06% | 0.12% |
| Total Tuscaloosa County | 69,183 | 40,897 | 27,803 | 113 | 308 | 62 |
| | 100.00% | 59.11% | 40.19% | 0.16% | 0.45% | 0.09% |
| Wilcox County | 13,568 | 4,203 | 9,353 | 6 | 6 | 0 |
| | 100.00% | 30.98% | 68.93% | 0.04% | 0.04% | 0.00% |
| Total District 7 | 577,227 | 185,454 | 389,796 | 599 | 1,045 | 333 |
| | 100.00% | 32.13% | 67.53% | 0.10% | 0.18% | 0.06% |

HAND, Senior District Judge, concurring in judgment:

I concur in the Judgment and Order of the Court for the reasons expressed therein, except as noted below, but I write separately to emphasize a point which the opinion does not address as squarely as I feel it should. Accepting as fact the statements contained in the stipulation of the parties that this State has a substantial African–American minority that is relatively geographically compact so as to comprise a minority district which complies with the population equality requirement of *Karcher v. Daggett*, 462 U.S. 725, 103 S.Ct. 2653, 77 L.Ed.2d 133 (1983), and no evidence or argument being presented that the establishment of such a district would violate any requirement of the law, I agree with the decision to accept the parties' joint request for the creation of such a district as a remedy and as a remedy only. In so doing, my concurrence should in no way be considered as an agreement that such a result is constitutionally mandated. It simply is not.

Those in high and low places who advocate racial gerrymandering to create African–American congressional districts would do well to remember the reasoned dissents of the first Mr. Justice Harlan wherein he stated in *Plessy v. Ferguson:* "There is no caste here. Our Constitution is color-blind, and neither knows nor tolerates classes among citizens." 163 U.S. 537, 558, 16 S.Ct. 1138, 1146, 41 L.Ed. 256 (1895); and of Mr. Justice William O. Douglas who later addressed this point with an equally persuasive dissent in *Wright v. Rockefeller*, 376 U.S. 52, 59–67, 84 S.Ct. 603, 606–11, 11 L.Ed.2d 512 (1964):

> Here no Negroes are deprived of the franchise. Rather, zigzag tortuous lines are drawn to concentrate Negroes and Puerto Ricans into Manhattan's Eighteenth Congressional District and practically to exclude them from the Seventeenth Congressional District.

. . . . .

The intervenors are persons who apparently have a vested interest in control of the segregated Eighteenth District.

[footnote $ 4: Adam Clayton Powell has represented the Eighteenth District in Congress since 1945] They and the State seem to support this segregation not on the "separate but equal" theory of Plessy v. Ferguson but on another theory. Their theory might be called the theory of "separate but better of"—a theory that has been used before.

. . . . .

Here the individual is important, not his race, his creed, or his color. The principle of equality is at war with the notion that District A must be represented by a Negro, as it is with the notion that District B must be represented by a Caucasian, District C by a Jew, District D by a Catholic, and so on.... That system, by whatever name it is called, is a divisive force in a community, emphasizing differences between candidates and voters that are irrelevant in the constitutional sense. Of course race, like religion, plays an important role in the choices which individual voters make from among various candidates. [footnote omitted]. But government has no business designing electoral districts along racial or religious lines.

. . . . .

When racial or religious lines are drawn by the State, the multiracial, multireligious communities that our Constitution seeks to weld together as one becomes separatist; antagonisms that relate to race or to religion rather than to political issues are generated; communities seek not the best representative but the best racial or religious partisan. Since that system is at war with the democratic ideal, it should find no footing here.

"Separate but equal" and "separate but better off" have no more place in voting districts than they have in schools, parks, railroad terminals, or any other facility serving the public.

As I perceive it, the chief danger, which these Justices recognized and so eloquently

articulated, is judicial and legislative ghettoizing of the vote. The resulting balkanization is antithetical to the American dream, and I do not wish to be associated with any such action or effort, thus I write separately to this point.